# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SANDRA J. WEST | § | |
| | § | |
| vs. | § | Case No. 4:09cv255 |
| | § | (Judge Schneider/Judge Mazzant) |
| DOLLAR GENERAL CORPORATION | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On February 10, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Renewed Motion to Dismiss (Dkt. #21) should be granted.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant's Renewed Motion to Dismiss (Dkt. #21) is **GRANTED.**

    **IT IS SO ORDERED.**

    **SIGNED this 3rd day of March, 2010.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE