IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRACY LANE BEATTY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 4:09-CV-225 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

**ORDER DENYING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT
AND RENAMING THE MOTION FOR SUMMARY
JUDGMENT AS AN ANSWER**

Before the court is the Respondent's "Motion for Summary Judgment" (docket entry #19) which contains the Respondent's answer to the Petitioner's application for writ of habeas corpus. Local Rule CV-7(a) requires that motions be filed as a separate document. Therefore, the Respondent's motion for summary judgment, which is actually the Respondent's answer, is denied without prejudice to the Respondent's right to re-file the same in a separate document. Document number 19 is hereby renamed the Respondent's answer.

**SIGNED this the 31st day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE