

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

October 28, 2022

**VIA ELECTRONIC MAIL**
Clerk, United States District Court
Eastern District of Texas
101 East Pecan Street Room 216
Sherman, Texas 75090

Re:   *Tracy Lane Beatty v. Bobby Lumpkin, Director*
      Civil Action No. 4:09-cv-00225-SDJ

Dear Clerk:

    Attached please find State Court Records in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,

 */s/ Rachel L. Patton*
RACHEL L. PATTON
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

RLP/cm
Enclosures