## AFFIDAVIT

**THE STATE OF TEXAS**  §
**COUNTY OF WALKER**  §

"My name is **L. Leflore**. I am over twenty-one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as the Vice-Chairman Classification and Records for the Texas Department of Criminal Justice Correctional Institutions Division, and my office is located in Huntsville, Texas. I do hereby certify that the attached information provided on inmate BEATTY, TRACY ,
TDCJ/BPP# 485951 Cause# F8877833I, 20972 ,
are true and correct copies of the original records now on file in my office maintained in the regular course of business within the Bureau of Classification and Records of the Texas Department of Criminal Justice - Correctional Institutions Division.

In witness whereof, I have hereto set my hand this the 17 day of May ,
2004.

TB



L. LeFlore,
Vice-Chairman
Classification and Records



STATE'S
EXHIBIT
150
PENGAD 800-631-6989

The director shall certify under the seal of the Correctional Institutions Division the documents received under Subsections (a) and (c) of Article 42.09 Code of Criminal Procedure. A document certified under this subsection is self-authenticated for the purpose of Rules 901 and 902, Texas Rules of Criminal Evidence.

Article 42.09, Subsection 8(b), as amended by S. B. 1067, Acts 1993, 73d leg.

(Rev.12/02)




FORM 3.
1/1/86

TDC

NO. F-88-77833-I

THE STATE OF TEXAS

VS.

TRACY LANE BEATTY

W/M  1-23-61

IN THE    CRIMINAL    DISTRICT

COURT    NO. 2    OF

DALLAS COUNTY, TEXAS

### JUDGMENT ON JURY VERDICT OF GUILTY
### PUNISHMENT FIXED BY COURT OR JURY -- NO PROBATION GRANTED

APRIL    TERM, A.D., 19 88

| | |
|---|---|
| JUDGE PRESIDING: | LARRY BARAKA | DATE OF JUDGMENT: | MAY 17, 1988 |

| | | | |
|---|---|---|---|
| ATTORNEY FOR STATE: | KIM HODGSON | ATTORNEY FOR DEFENDANT: | BRETT LEDBETTER |

OFFENSE CONVICTED OF: THEFT OF PROPERTY OF THE VALUE OF $750.00 OR MORE BUT LESS THAN $20,000,

DEGREE: THIRD    DATE OFFENSE COMMITTED: JANUARY 25, 1988

CHARGING INSTRUMENT: INDICTMENT/INFORMATIONX    PLEA: NOT GUILTY BEFORE THE JURY

JURY VERDICT    GUILTY    FOREMAN: ALLAN L. ANDERSEN

PLEA TO ENHANCEMENT PARAGRAPH(S)    N/A    FINDINGS ON ENHANCEMENT:    N/A

FINDINGS ON USE OF DEADLY WEAPON:    N/A

PUNISHMENT ASSESSED BY:    JURY

DATE SENTENCE IMPOSED:    MAY 17, 1988    COSTS: YES/NO

PUNISHMENT AND PLACE OF CONFINEMENT: 15 YEARS & 1 DAY  CONFINEMENT IN TEXAS DEPARTMENT OF CORRECTIONS AND A FINE OF $   -0-    DATE TO COMMENCE: MAY 17, 1988

TIME CREDITED:    1/25/88-5/17/88

RESTITUTION/REPARATION: XXXX/NO

CONCURRENT UNLESS OTHERWISE SPECIFIED.

On this day, set forth above, the above styled and numbered cause came to trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel. Where shown above that the charging instrument was by information instead of indictment, the Defendant did, with the consent and approval of his attorney, of the attorney for the State, and the Court, waive his right to prosecution by indictment and agree to be tried on an affidavit and information; all such waivers, agreements and consents being in writing and filed in the papers of this cause prior to the Defendant entering his plea herein, and Defendant in open court was duly arraigned, and entered the above shown plea. Where shown above that Defendant entered a plea of guilty, Defendant was admonished by the Court of the consequences of the said plea and Defendant persisted in entering said plea, and it plainly appearing to the Court that Defendant is mentally competent and said plea is free and voluntary, the said plea was accepted by the Court and is now entered of record as the plea herein of Defendant. Thereupon a jury was duly selected, impaneled and sworn, who, having heard the charging instrument, as shown above presented, and Defendant's plea thereto, and having heard the evidence submitted, and having been duly charged by the Court as to their duty to determine the guilt or innocence of the Defendant and after having heard the arguments of counsel, retired in charge of the proper officer to consider of their verdict, and afterward were brought into open court, by the proper officer, Defendant and his counsel being present, and in due form of law returned into open Court the above shown verdict, which was received and accepted by the Court, and is here and now entered upon the minutes of the Court.

435026

(Continued)

FORM 3/PAGE 2
1/1/86

And when shown above that the charging instrument contains enhancement paragraph(s), which were not waived or dismissed, the Court, after hearing the Defendant's plea to said paragraph(s) as set out above and after hearing further evidence on the issue of punishment, the Court, or jury, makes its finding as set out above; if true, the Court, or jury, is of the opinion and finds Defendant has been heretofore convicted of said offense(s) alleged in the said enhancement paragraph(s) as may be shown above.

When it is shown above the Defendant is guilty of the offense set forth and charged above, IT IS CONSIDERED by the Court that said Defendant is adjudged to be guilty of the offense set forth above, and that Defendant committed the offense on the date set forth above as charged in the instrument shown above, and that Defendant was previously convicted when shown above in the manner above, and that said Defendant be punished as has been determined, said punishment being assessed by the above shown assessor of punishment, as elected in writing by Defendant, and be confined in the place of confinement shown above for the term of time set forth above, and when said punishment is assessed as other than death or life, that the State of Texas do have and recover of the said Defendant all costs in this prosecution expended including any fine shown for which let execution issue. The Court further makes its finding as to deadly weapon as set forth above based upon the jury's verdict or the findings of the Court when punishment fixed by the Court.

THEREUPON the said Defendant was asked by the Court whether he had anything to say why said sentence should not be pronounced against him, and he answered nothing in bar thereof and it appearing to the Court that Defendant is mentally competent and understanding of the proceedings.

IT IS, THEREFORE, CONSIDERED AND ORDERED by the Court, in the presence of said Defendant, and his attorney that the said judgment, as set forth above be, is hereby in all things, approved and confirmed, and that Defendant, who has been adjudged guilty of the above named offense, as shown above, and whose punishment has been assessed by the Court or the jury, as shown above, that Defendant be punished in accordance with the punishment set forth above and that Defendant shall be delivered by the Sheriff to the Director of the Department of Corrections of the State of Texas, or other person legally authorized to receive such convicts for the punishment assessed herein, and said Defendant shall be confined for the above named term in accordance with the provisions of law governing such punishments and execution may issue as necessary. It is further ordered that Defendant pay court costs, restitution or reparation, as set forth above.

And Defendant is remanded to jail until said Sheriff can obey the directions of this judgment.

COURT COST IN THE AMOUNT OF $95.50

May 17, 1988

Defendant excepts and gives Notice of Appeal to the Court of Appeals for the Fifth Supreme Judicial District of Texas.

It is the further findings and orders of this court that restitution due is owing by the Defendant is in the amount of $ _-0-_ and that additional court costs in the amount of $ 1935.50 be taxed against the Defendant for compensation paid to the court appointed counsel for the Defendant, as provided by Art. 26.05, Sec. 3, C.C.P.

_____
PRESIDING JUDGE

JUDGMENT ON JURY VERDICT OF GUILTY - PUNISHMENT FIXED BY COURT OR JURY - NO PROBATION GRANTE

NO. _20,972_

THE STATE OF TEXAS                    *        IN THE DISTRICT COURT OF

VS.                                   *        _ANDERSON_ COUNTY, TEXAS

_TRACY LANE BEATTY_                   *        3 _RD_ JUDICIAL DISTRICT

### JUDGMENT AND SENTENCE ON PLEA OF
### GUILTY OR NOLO CONTENDERE BEFORE COURT
### WAIVER OF JURY TRIAL

Judge Presiding:                              Date of Judgment:
       _R.W. LAWRENCE_                               _7-3-91_

Attorney                                      Attorney
for State:                                    for Defendant:
       _HERB HANCOCK_                                _CHARMAINE BISSELL_

Offense
Convicted of    :  AGGRAVATED ASSAULT ON A CORRECTIONAL OFFICER
                                              Date Offense
       Degree:  _3RD_                         Committed:
                                                     _MARCH 9, 1990_

Charging
Instrument:  Indictment                       Plea:  Guilty

Terms of Plea Bargain (in detail):

_3_ years in T.D.C.J.I.D. stacked on cause # _F-88-77833_  out of the  _2ND_
District Court of _DALLAS_   County.

Plea to Enhancement                           Findings on
Paragraph(s):      N/A                        Enhancement:  N/A

Findings on Use of
Deadly Weapon:      _N/A_

Punishment and                                Date to
Place of Confinement: _3_ years in            Commence:  SEE BELOW
                      T.D.C.J.I.D.

Date Sentence
Imposed:      _7-3-91_                         Costs:  112.00

Time Credited:                                Total Amount of
                                              Restitution/Reparation: -0-
       _623 DAYS_

Consecutive

          On the _3 RD_ day of _JULY_            , 1991, the above referenced cause was
called for trial.  The parties appeared as follows:  the State appeared by
its Special Prosecutor, and the Defendant, _TRACY LANE BEATTY_   , appeared in
person with his attorney of record, _CHARMAINE BISSELL_ .  Both parties announced

                                              FILED FOR RECORD

                                              At _____ O'clock _____

                                              JUL  3 1991

                                              MAXINE BARNETTE
                                              District Clerk Anderson County, Tex.
                                              By _____ Dep.

for trial, and t__) Defendant having waived __s right to a jury trial __red his plea of guilty to the offense of <u>AGGRAVATED ASSAULT ON A CORRECTIONAL OFFICER</u> committed on <u>MARCH 9, 1980</u>. After the reading __the indictment was waived and evidence for the State and the Defendant __was submitted and concluded, and argument of counsel for the State and Defendant was heard and concluded, the Court made the following findings:

Defendant is guilty as charged in the indictment.

Thereupon, the said Defendant having previously requested that the Court assess the proper punishment, and upon hearing all the evidence submitted by and on behalf of the State and the Defendant, the Court is of the opinion and so finds the proper punishment of the Defendant should be by confinement in the Texas Department of Criminal Justice Institutional Division for a term of <u>THREE (3) YEARS</u>.

It is therefore CONSIDERED, ADJUDGED AND ORDERED by the Court that the Defendant, _____, is guilty of the offense of <u>AGGRAVATED ASSAULT ON A CORRECTIONAL OFFICER</u> committed on _____ and that he be punished by confinement in the Texas Department of Criminal Justice Institutional Division for a term of <u>THREE (3) YEARS</u>, and that such punishment be carried into execution in the manner prescribed by law.

It is further ORDERED by the Court that the judgment and sentence in this cause shall begin to run from and after the sentence of law in Cause No. <u>F88-77833-I</u> on the <u>17</u>th day of <u>MAY</u>, <u>1980</u>, in the <u>2ND</u> ☒ District Court of <u>DALLAS</u> County, Texas, for the offense of <u>THEFT OF PROPERTY $750-$20,000</u> for which the defendant received <u>15 YRS. 1 DAY (☒) YEARS</u>, has ceased to operate, and the said Defendant is hereby remanded in jail until the directions of this sentence can by obeyed.

Right Index Fingerprint

_Tracy Lane Beatty_
Of Defendant

_____
Presiding Judge

_July 3, 1991_
Date Signed
Notice of Appeal: _NO_

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
## INSTITUTIONAL DIVISION
HUNTSVILLE, TEXAS

NAME __BEATTY, TRACY LANE__          DPS# __02579594__

ALIAS _____          CLASSIFICATION _____

NO __485951__   RACE __WHITE__   SEX __MALE__          REFERENCE _____

### RIGHT HAND

| THUMB 16 | INDEX FINGER 16 | MIDDLE FINGER 8 | RING FINGER 8 | LITTLE FINGER 4 |
|---|---|---|---|---|

### LEFT HAND

| THUMB 1 | INDEX FINGER 2 | MIDDLE FINGER 2 | RING FINGER 1 | LITTLE FINGER 1 |
|---|---|---|---|---|

_____
SIGNATURE OF PERSON TAKING PRINTS

X _Tracy Lane Beatty_
SIGNATURE OF PERSON FINGERPRINTED

| LEFT HAND | LEFT THUMB | RIGHT THUMB | RIGHT HAND |
|---|---|---|---|

PERS-34

J0231

RESTRICTED
AND
CONFIDENTIAL

Texas Department of Criminal Justice
Institutional Division
Huntsville, Texas
CASE SUMMARY

## I.  GENERAL INFORMATION

Code: _____

OFFENDER CATEGORY: 05/04/93:  RET FROM PAROLE FROM SMITH CO. W/OUT NEW CONV.  OUT OF CUST
8M 1D.  JGT FROM 2-19-93 ONLY.  SAT 4W EFF 2-19-93.  ELIG FOR 1167 JGT ON 8-4-93.

Name: BEATTY, Tracy Lane _____  TDCJ-ID #: 485951

True Name: BEATTY, Tracy Lane _____  Int. Date: 5/13/93 / 7:05am

Alias: NONE _____  Int. By: J. White/1t

D.O.B. 1/23/61   Age: 32   Race: W   Sex: M   Ht: 5'8   Wt. 166   Hair: BRN   Eyes: BLU

Segregative Class: IIB   E.A. Score: Not Tested   I.Q. Score: 100   SSN: 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

DPS#: 2579594   FBI#: 419615DA6   Prior TDCJ-ID #: N/A

IBM Code                                              IBM Code

_____  NATIVITY: Tyler, Smith Co., TX               MILITARY: NONE

_____  CITIZENSHIP: USA                             MILITARY DISCHARGE CODE

_____  RESIDENCE: Malakoff, Henderson Co., TX       GRADE COMPLETED: 9

_____  MARITAL: CL Married

_____  RELIGION: Baptist

## II.  PREVIOUS CRIMINAL SUMMARY

|  | COMMITMENTS | ESCAPES |  | COMMITMENTS | ESCAPES |
|---|---|---|---|---|---|
| Adult Probations (State): | 2-1REV |  | TDCJ-ID : | 1,3PV |  |
| Juvenile Reformatories : | 1 | 1 | Other Prisons : |  |  |
| Adult Probations (Fed.) : |  |  | State Farms : |  |  |
| Juvenile Probations : |  |  | Detention Hospitals : | 1 |  |
| Juvenile Detention Homes : |  |  | Military Brigade : |  |  |
| Suspended Sentences : |  |  | Military Stockade : |  |  |
| Jails : | 13 |  | Military Guardhouse : |  |  |
| City Farms : |  |  | Military Prison : |  |  |
| County Farms : |  |  | County Boot Camp : |  |  |
| TOTAL ARRESTS: 21 |  |  | Other : |  |  |

## III.  PRESENT OFFENSE(S) DATA

Date Received TDCJ-ID: 7/14/88 _____  # Of Current Offenses: 2

Projected (Min.) Release Date: 01-24-1999 _____  Maximum Release Date: 12-22-2006

Offense: AGG ASLT CORR OFFICER _____  Sent. Length: 3Y   County: Anderson

Court: 3rd Judicial District _____  Cause #: 20,972

Date of Offense: 3/9/90 _____  Date Sentenced: 7/3/91 _____  Sent. Begin Date: 1/25/88

(cc/cu): CU   Plea: Yes   Flat Time Only: (yes/no)   No   Legislature: 70th/72nd

Accomplices/Codefendants: NONE

(Doc. Rev. 11/8/91)

#485951
Page 2

ense # 2: THEFT PROP OF 750 _____ Sent. Length: 15Y _____ County: Dallas _____

Court: 2nd Judicial District _____ Cause #: F88-77833-I _____

Date of Offense: 1/25/88 _____ Date Sentenced: 5/17/88 _____ Sent.Begin Date: 1/25/88 _____

Type (cc/cu): CU ___ Plea: No ___ Flat Time Only (yes/no): _____ Legislature: 70th/72nd _____

Accomplices/Codefendants: ___ NONE _____

DPS Report    No ( )
              Yes (X)   Date: ____05/12/93____          PIA Interview  Yes ( )   No ( X )

FBI Report    No ( )
              Yes (X)   Date: ____04/17/92____

## IV.   SUMMARY OTHER ARRESTS

The subject admits arrests for Traffic Violation (2), fined and time served; Evading Arrest, time served; Criminal Trespassing, Theft By Check, and Reckless Conduct, fined and time served; Aggravated Assault (cut and stabbed 22 year old white male in self defense, time served; Possession of MARIJUANA Over 20 OUNCES, dropped; Unlawfully Carrying a Weapon (knife), and Theft, time served and dismissed; Possession of a CONTROLLED SUBSTANCE (.25 OUNCES MARIJUANA) and Assault (slapped 35 year old white aunt), time served and dismissed; Driving While INTOXICATED, fined and time served; Public INTOXICATION (2), fined and time served; Assault (hit 49 year old white mother in face), time served; Injury to a Child (accused of wrestling with 14 year old white female and twisting her leg), no billed.

## V.   PRESENT OFFENSE(S) SUMMARY

THEFT OF PROPERTY OVER $750:  The official version states on 1/25/88, the subject and 1 codefendant, Michael PROVENCE (8 years TDCJ-ID) stole a 1976 Pontiac Station Wagon from a convenience store in Dallas, Dallas County, Texas.  The report states that the subject jumped into the car while it was running and unattended in front of a convenience store. An off duty police officer observed the incident and summoned an on duty police officer who pursued the subject and apprehended them after a high speed vehicle chase and then a short foot chase.  The subject was arrested by Dallas City Police and transported to the Dallas County Jail where he was unable to post a $3,500 bond.

RATIONALE OF PRESENT OFFENSE "I DIDN'T STEAL IT."

AGGRAVATED ASSAULT ON A CORRECTIONAL OFFICER:  The official version states on 3/9/90, the subject was ordered to get a hair cut by a TDCJ-ID correctional officer.  At that time, the subject stated that he would get the hair cut.  The officer then turned to walk away and the subject struck the victim in the nose.  A major use of force was conducted to gain control of the subject.  The officer was sent to the Palestine Memorial Hospital for further treatment and was diagnosed with a possible broken nose.  In addition to the official version, the subject claims that he knew the officer from the free world because e use to date his sister.  The subject states that the officer had harassed him on several other occasions.

RATIONALE OF PRESENT OFFENSE "BECAUSE I WAS ATTACKED."

## VI.  DETAINER INFORMATION

N/A

## VII.  JUVENILE CRIMINAL HISTORY

The subject admits that at age 15, he was sentenced to Texas SJTS on an indeterminate sentence for Motorcycle Theft.  He was confined for 5 weeks before ESCAPING in 1976 (on foot, no violence, never returned).

## VIII.  ADULT PROBATIONS

| Date | Offense | Sentence | Disposition |
|------|---------|----------|-------------|
| 3/79 | DWI | 1Y | Completed. |
| 11/84 | Inj to Child (shocked 19 month old wht fem with electrical cord causing burns, burned her with a cigarette, pulling her hair, striking her in the face and biting her on the back) | 6Y | Revoked and reduced 12/86 as first TDCJ-ID incarc due to failure to report and pay fees. |

## IX.  ADULT INCARCERATIONS

| Date | Offense | Sentence | Disposition |
|------|---------|----------|-------------|
| 7/88 | Theft Prop O/$750 | 15Y/TDCJ-ID | Paroled to Palestine Sheriff's Office ("HOLD"); 8/1/91 retd from Parole "HOLD" w/o BPP revocation with 3Y CU sent for Agg Aslt on Corr Off; Paroled 9/91; Retd PV 3/92 w/o new charges and old number due to TECH VIOL (arrest for aslting 29 year old mother by slapping her in the face, time served); Paroled 6/92; Retd PV 5/92 w/o new charges and old number due to TECH VIOL (arrest for Inj Child (accused of wrestling w/14 yr old wht fem and twisting her leg, no billed, p.o.). |

#485951
Page

## X.  "VICTIM IMPACT STATEMENT RECEIVED:  YES ( )  NO ( X )

Significant comments regarding "Victim Impact Statement":  N/A

## XI.  SUBSTANCE ABUSE HISTORY

<u>ALCOHOL ABUSE History:</u>  The subject admits that he began drinking ALCOHOL at age 10, and that he currently drinkis up to a 12-PACK of BEER per day during t he week, a 12-PACK of BEER on Friday nights and a 12-PACK of BEER on Saturday nights.  The subject denies being under the influence of ALCOHOL at the time of the present offense.

<u>DRUG ABUSE History:</u>  The subject admits that he began SMOKING MARIJUANA at age 10.  The subject claims that he currently SMOKES up to 2 MARIJUANA CIGARETTES per day.  The subject admits at age 13, he SMOKED HASHISH on several occasions.  The subject admits at age 14, experimenting with MUSHROOMS on 2 occasions.  The subject admits at age 14, he SNORTED COCAINE on 1 occasion.  The subject claims from age 16 to 23, experimenting with LSD on 6 separate occasions.  The subject admits at age 15, INJECTING METHAMPHETAMINES. The subject admits using METHAMPHETAMINES over a 3 day to 2 week span without stopping. The subject admits at age 16, using SPEED such as BLACK MOLLIES.  He states that he would CONSUME up to a handful of BLACK MOLLIES on a daily basis especially when he was driving his truck.  He admits that he was ADDICTED to METHAMPHETAMINES and claims that he supported his HABIT through the SALE of NARCOTICS.  The subject admits that he began SELLING MARIJUANA at age 15.  The subject claims that he would usually buy up to a POUND of MARIJUANA for $1000 and then break it down into $10 and $20 BAGS for SALE.  The subject claims that he could make a profit of $200 for each POUND SOLD.  The subject admits that he began SELLING METHAMPHETAMINE at age 20, claiming that he would usually purchase up to $200 worth of METHAMPHETAMINE and break it down into $10 and $20 BALLOONS for SALE.  The subject admits that he doubled his money and SOLD just enough METHAMPHETAMINES to support his own habit.  The subject denies being under the influence of NARCOTICS during his present offense.  He admits to one voluntary rehabilitation facility as an out patient for DRUG ADDICTION.  The subject claims that he was treated for several months and then discontinued treatment against medical advice in 1985.

## XII.  ACADEMIC EDUCATION HISTORY

**A.  GRAMMAR/SECONDARY SCHOOLS**

Highest Grade Completed: <u>9th</u>        School Name/Location:  <u>John Tyler High/Tyler, TX</u>

Dates of Attendance: <u>19??</u>            Reason For Leaving:  <u>Quit</u>

Special Educational Programs Attended: <u>N/A</u>

Other Languages Spoken: <u>N/A</u>

GED Completion Date: <u>1987</u>        Program Name/Location:  <u>WSS/Darrington Unit</u>

**B.  COLLEGE EDUCATION:**

N/A

## XIII.  VOCATIONAL EDUCATION HISTORY

Name/Location of Voc. Ed. Course(s) ATTENDED:   N/A

Type / Dates: N/A

Name/Location of Voc. Ed. Course(s) COMPLETED:  Darrington Unit

Type / Dates: Business/19??

Voc.Ed.Certificates Held: N/A

Other Comments (Voc.Ed): N/A

## XIV.  EMPLOYMENT HISTORY

Longest Period of Continuous Employment: 4.5Y          Job Title: Laborer

Name and address of Longest Continuous Employment:  Water Tech Towers

  A/U, Gainesville, TX

Primary Job Skill: Electrician                Length of Experience: N/A

Secondary Job Skill: Laborer                Length of Experience: N/A

Other Job Skills:   N/A

Within the past 2 years were you employed full time continuously in one job for 6 months or
longer?                                    Yes ( )     No  (X)

If employed at time of present offense, give job title:  N/A

   Length of time on the job: N/A

   Name of Employer: N/A

   Address:  N/A

If unemployed at time of present offense, give name and address of last employment:

   Name of Employer/Dates:   ASPLUND

   Address:  A/U, Athens, TX

If unemployed at present offense, how long unemployed?  N/A

Significant work experience during prior incarceration (type):   N/A

Union Affiliation/Memberships:(Name/#/Location): N/A

Union License(s) Held:(Dates) N/A

## XV.  MILITARY SERVICE

N/A

№ 282807

| Type of Report: | | |
|---|---|---|
| Major | ☐ | |
| Minor | ☑ | |

**TEXAS DEPARTMENT OF CORRECTIONS**
DISCIPLINARY REPORT

Disciplinary Report No.
12/29/88
Date of Offense

DARRINGTON
UNIT

NAME: BEATTY,TRACY LANE                    TDC No: 485951          CLASS: L-1

CELL / WING: _____ L-119 _____          ASSIGNMENT: _____

REPORTING OFFICER: DYSON          TITLE: CO III

OFFENSE (TITLE & CODE No.) Level 2 code 18 Damaging/destroying property

OFFENSE DESCRIPTION:

On 12/29/88 at approx. 1145 hrs, I, officer Dyson, CO III, observed i/m Beatty,
Tracy Lane #485951 come into the supply room requesting to be issued a white
coat. I checked this i/m's records and found that he had already been issued
a white coat on 10-5-88. All i/ms are instruceed/ordered to be responsible for
the articles of nessecities that are issued to them. At this time I issued i/m
Beatty another coat and informed him that I would be recommending him ro the
U.D.C. for disciplinary for level 2 code 24.

I mak claim
Coat was stole

X Tracy L Beatty

| FOR USE WITH MINOR DISCIPLINARY |
|---|
| Penalty: 15 Days Restriction |
| Restriction |
| _Hearing Officer's Signature_   _Hearing Date_ 1/20/89 |
| _Warden's Approval_ |

dac

_A Dyson Co III_ _____    1-17-89
Reporting Officer's Signature          Date
F. DYSON, CO III

Time & Date
Inmate Notified 0604   1-21-89          Notifying   B. Wilson
                                        Officer

Witness(es) Requested? Yes ☐  No ☑ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐  No ☑ List, if Yes: _____

Counsel Substitute Requested? Yes ☐  No ☑

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

_____
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

Refuse to sign
Inmate's Signature

I-47 (Rev. 6-84)                                        JAN 1 8 REC'D

№ 282130

| Type of Report: | |
|---|---|
| Major | ☑ |
| Minor | ☑ |

**TEXAS DEPARTMENT OF CORRECTIONS**
DISCIPLINARY REPORT

Disciplinary Report No.
11/30/88
Date of Offense

DARRINGTON
UNIT

NAME: BEATTY,TRACY LANE          TDC No: 485951          CLASS: L-1

CELL / WING: L-119          ASSIGNMENT: 14 SQD

REPORTING OFFICER: HILL          TITLE: CO III

OFFENSE (TITLE & CODE No.): Level 2 Code 18 Damaging/destroying property

OFFENSE DESCRIPTION:

On 11/30/88 approximatley 11:25 hrs, inmate Beatty,Tracy Lane TDC#485951
entered the supply room requestin to be issed 2 Blankets.  A check of supply
records showed that the inmate had been issued blankets on Oct. 1, 1988.
When asked where the old one was he replied they taken from my cell while
at work.  Two (2) blankets were isssued to the inmate on 11/30/88 and was
informed that a disciplinary report would be filed.

| FOR USE WITH MINOR DISCIPLINARY | |
|---|---|
| Penalty: 15 Days Recreation Restriction | |
| _(signature)_ 12-24-88 | |
| Hearing Officer's Signature   Hearing Date | |
| Warden's Approval | |

Reporting Officer's Signature     12-22-88
D. HILL, CO III                      Date

dac

Time & Date
Inmate Notified  12/24/88

Notifying
Officer  Caldwell

Witness(es) Requested? Yes ☐ No ☑ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐ No ☑ List, if Yes: _____

Counsel Substitute Requested? Yes ☐ No ☑

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

_(signature)_
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

X _(signature)_
Inmate's Signature

I-47 (Rev. 6-84)

OCR'd ENT'D

№ 174852

| Type of Report: | | TEXAS DEPARTMENT OF CORRECTIONS | Disciplinary Report No. |
|---|---|---|---|
| Major | ☑ | DISCIPLINARY REPORT | 10/9/88 |
| Minor | ☐ | | Date of Offense |

<u>DARRINGTON</u>
UNIT

NAME: <u>BEATTY, TRACY</u>  TDC No: 485951  CLASS: L-1

CELL / WING: <u>I 102</u>  ASSIGNMENT: Kit

REPORTING OFFICER: R. Grubb  TITLE: CO III/2-D

OFFENSE (TITLE & CODE No.):
Level 2 Code 24 Refusing/Failing to obey an order
Level 2 Code 23 Creating a Disturbance
Level 3 Code 31 Mutilation

OFFENSE DESCRIPTION:  Level 3 Code 42 Use of indecent or vulgar language

AT approximately 1715 hours on 10/9/88 while assigned to the pill window, I officer R. Grubb CO III inmate Beatty, Tracy TDC# 485951 in need of a shave and haircut. I then told the inmate that he needed a shave and haircut. Inmate Beatty responded by saying "fuck you! I ain't going to shave or get a haircut tell a Captain or above to tell me to shave or get my hair cut. No fucking peon is going to tell me shit. I then ordered inmate Beatty out of the pill line and placed him in handcuffs because of the abnormal behavior and his belignernant tone of voice. I then called Captain MacDonald over to me and explained the situation. Inmate Beatty was advised disciplinary would be taken. I also note that inmate Beatty purposley opened a cut on his wrist with the handcuffs, thus causing self mutilation, and a major use of force was filed. I also note at 1730 hours inmate Beatty approached me and told me he cut his wrist open on purpose.

FOR USE WITH MINOR DISCIPLINARY

Penalty: _____

_____

Hearing Officer's Signature     Hearing Date

Warden's Approval

Reporting Officer's Signature     Date
R. GRUBB, CO III

dl;d

Time & Date Inmate Notified: 10:00/am 10/25/88

Notifying Officer: Mallory

Witness(es) Requested? Yes ☑  No ☐  List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐  No ☑  List, if Yes: _____

Counsel Substitute Requested? Yes ☐  No ☐  Mallory

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

1-23-95   4-17-95   Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_____
Inmate's Signature

I-47 (Rev. 6-84)

| Type of Report: | | **TEXAS DEPARTMENT OF CORRECTIONS** | № 181102 |
|---|---|---|---|
| Major | ☐ | DISCIPLINARY REPORT | Disciplinary Report No. |
| Minor | ☒ | | 08/15/88 |
| | | | Date of Offense |

DARRINGTON
UNIT

NAME: BEATTY, TRACY _____ TDC No: 485951 CLASS: L-1 _____

CELL / WING: _____ I-307 *1102* ASSIGNMENT: I/S MED SQUAD _____

REPORTING OFFICER: _____ M. LAIRD _____ TITLE: CO III _____

OFFENSE (TITLE & CODE No.) Level 2 – Code 24: Refusing/failing to obey orders _____

OFFENSE DESCRIPTION:

On Aug. 15, 1988 at approx. 0700 hours, inmate Beatty, Tracy, #485951 failed to turn out for work with his assigned work squad. At approx. 0830 hours, inmate Beatty was brought to work as a stuck out. Inmate Beatty states he was stuck out beca he was trying to go to the Infirmary. Inmate Beatty was advised disciplinary action would be taken.

I/m BEATTY WAS ORDERED
TO BE AT COURT ON 9-21-88
AT 1700 HRS. I/m BEATTY
FAILED TO SHOW UP FOR COURT.

*M. Laird*
9-21-88

---

FOR USE WITH MINOR DISCIPLINARY

Penalty: 30 DAYS COMMISSARY
6 HRS EXTRA DUTY.

R. Harris _____ 9/21/88
Hearing Officer's Signature / Hearing Date

C. Hightower Acting Asst Warden For _____
Warden's Approval C.T. Petz

*M. Laird* _____ 9-7-88
Reporting Officer's Signature / Date
M. LAIRD, COI II

jml
Time & Date
Inmate Notified 5:42pm 9-10-88 Notifying Officer Dabney

Witness(es) Requested? Yes ☐ No ☒ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☒ No ☐ List, if Yes: Job Change

Counsel Substitute Requested? Yes ☐ No ☐

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

X _____ *Tracy Beatty*
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice: _____

_____
Inmate's Signature

I-47 (Rev. 6-84)

| Type of Report: | | |
|---|---|---|
| Major | | |
| Minor | | |

**TEXAS DEPARTMENT OF CORRECTION**
**DISCIPLINARY REPORT**

Disciplinary Report No.
No. 28254

**AUGUST 11, 1988**
Date of Offense

DARRINGTON
UNIT

NAME: BEATTY,TRACY          TDC No. 485951          CLASS: L1

CELL / WING: I-307          ASSIGNMENT: I/S MEDICAL WORK SQUAD

REPORTING OFFICER: M. LAIRD          TITLE: COIII

OFFENSE (TITLE & CODE No.): REFUSING/FAILING TO OBEY AN ORDER Lvl 2 Code 24

OFFENSE DESCRIPTION:

On August 11, 1988 at approximately 0700 hrs I/M Beatty,Tracy failed to turn out for work with his assigned work squad. At approximately 1000 hrs I/M Beatty was brought to work as a stuck-out. I/M Beatty states he was stuck-out because he was told by the infirmary he had a lay-in. I/M Beatty was advised disciplinary action would be taken.

*I HAD A LAYIN*

*Tracy L Beatty*

| FOR USE WITH MINOR DISCIPLINARY | |
|---|---|
| Penalty: *Not Guilty* | |
| Hearing Officer's Signature     9-8-88 | |
| Hearing Date | |
| Warden's Approval | |

Reporting Officer's Signature          8-29-88
M. LAIRD, COIII                              Date

Time & Date
Inmate Notified   3:48 Pm   9/4/88          Notifying Officer   E Tedrick co III

Witness(es) Requested? Yes ☐   No ☑   List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☑   No ☐   List, if Yes: *move slip.*

Counsel Substitute Requested? Yes ☐   No ☑

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

*Tracy L Beatty*
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice: _____

_____
Inmate's Signature

I-47 (Rev. 6-84)

| Type of Report: | | | N° 181071 |
|---|---|---|---|
| Major | | | Disciplinary Report No. |
| Minor | ☑ | | 8/1/88 |

**TEXAS DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

Date of Offense

<u>DARRINGTON</u>
UNIT

NAME: <u>BEATTY, TRACY</u>        TDC No: ____485951____ CLASS: <u>S-4</u>

CELL / WING: <u>I-307  I-102</u>        ASSIGNMENT: <u>I/S WK SQ</u>

REPORTING OFFICER: <u>M. LAIRD</u>        TITLE: <u>CO III</u>

OFFENSE (TITLE & CODE No.): <u>Level 2 Code 24 Refusing/Failing to obey an order</u>

OFFENSE DESCRIPTION:

On 8/1/88 at approximately 0700 hours inmate Beatty, Tracy TDC# 485951 failed to turn out with his assigned work squad. At approximately 0900 hours inmate Beatty was brought to work as stuck out. Inmate Beatty stated he was stuck out because he is new on the unit and did not know the procedure for work turn out. Inmate Beatty was advised disciplinary action would be taken.

STATEMENT: I DiDN'T KNOW where I was Suppose To Be WoRKing.

_Tracy L Beatty_

| FOR USE WITH MINOR DISCIPLINARY |
|---|
| Penalty: <u>Verbal Reprimand</u> |
| R. Donnell  17/D    8/31/88 |
| Hearing Officer's Signature    Hearing Date |
| _Warden's Approval_ |

d1d

_M. Laird_        8-23-88

Reporting Officer's Signature        Date
M. LAIRD, CO III

Time & Date
Inmate Notified  18:30 hrs  8-26-88        Notifying Officer  _Jose M. Peña CO III_

Witness(es) Requested? Yes ☐ No ☑ List, if Yes: ____

Wishes to Present Documentary Evidence? Yes ☐ No ☑ List, if Yes: ____

Counsel Substitute Requested? Yes ☑ No ☐

You will appear before the Disciplinary Committee 24 hours or more after receipt of <u>this notice.</u>

_Tracy L Beatty_
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_____
Inmate's Signature

I-47 (Rev. 6-84)

Nº 50745

| Type of Report: | | |
|---|---|---|
| Major | ☒ | |
| Minor | ☐ | |

**TEXAS DEPARTMENT OF CORRECTIONS**
DISCIPLINARY REPORT

Disciplinary Report No.
**JULY 15, 1988**
Date of Offense

DIAGNOSTIC
UNIT

NAME: **BEATTY, TRACY L.**          TDC No: **485951**          CLASS: **S.A.T.IV**

CELL / WING: **B-2**          ASSIGNMENT: **TRANSIENT**

REPORTING OFFICER: **W. PETITT**          TITLE: **SERGEANT**

OFFENSE (TITLE & CODE No.): **LEVEL 3 CODE 42 USE OF INDECENT LANGUAGE OR VULGAR LANGUAGE IN THE PRESENCE OF OR DIRECTED AT AN EMPLOYEE**

OFFENSE DESCRIPTION: ON JULY 15, 1988 AT APPROXIMATELY 11:40 A.M. I, SGT. PETITT, WHILE WORKING THE SOUTH DESK, RECEIVED A CALL FROM MS. COOK STATING THAT OFFICER ALLEN WAS HAVING A PROBLEM WITH AN INMATE. WHEN I ARRIVED, I OBSERVED INMATE BEATTY, TRACY #485951 AND OFFICER ALLEN HAVING A CONFRONTATION. I ASKED OFFICER ALLEN WHAT THE PROBLEM WAS. SHE TOLD ME THT INMATE BEATTY WOULD NOT BE QUIET IN THE HOSPITAL AND THAT SHE HAD TOLD HIM SEVERAL TIMES TO BE QUIET. I INSTRUCTED INMATE BEATTY TO GO TO THE SOUTH DESK. BECAUSE I HAD HAD AN ALTERCATION WITH INMATE BEATTY ON 7/14/88 AND BECAUSE OF HIS ATTITUDE TOWARD OFFICER ALLEN, I MADE THE DECISION TO PLACE HIM IN SPECIAL HOUSING (B-2). AS OFFICER WALLACE AND I PLACED INMATE BEATTY IN B-2 HE STATED, "I'VE DONE TIME ON DARRINGTON AND NEVER CAUGHT A CASE, I COME TO THIS FUCKED UP FARM AND GET SENT TO LOCK-UP. YOU PUT ME BACK IN POPULATION AND I'LL GIVE YOU A REASON TO LOCK ME UP. THAT'S A GODDAMN PROMISE." I THEN ASKED INMATE BEATTY, "EXCUSE ME?" HE AGAIN STATED, "YOU PUT ME BACK IN POPULATION AND I'LL GIVE YOU A REASON TO LOCK ME UP. THAT'S A PROMISE." BECAUSE OF INMATE BEATTY'S ACTIONS I REQUEST THAT HE APPEAR BEFORE THE UNIT DISCIPLINARY HEARING OFFICER.

| FOR USE WITH MINOR DISCIPLINARY |
|---|
| Penalty: _____ |
| _____ |
| Hearing Officer's Signature    Hearing Date |
| Warden's Approval |

Reporting Officer's Signature          Date 7-18-88

Time & Date
Inmate Notified   7/18/88  11:41 AM          Notifying Officer   C. Marshall

Witness(es) Requested? Yes ☐  No ☐ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐  No ☐ List, if Yes: _____

Counsel Substitute Requested? Yes ☐  No ☐

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_____
Inmate's Signature

I-47 (Rev. 6-84)

**N⁰. 50745**

Type of Report:
Major ☒
Minor ☐

## TEXAS DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT

Disciplinary Report No.
**JULY 15, 1988**
Date of Offense

DIAGNOSTIC
UNIT

NAME: **BEATTY, TRACY L.**          TDC No: **485951**     CLASS: **S.A.T. IV**

CELL / WING: **B-2**          ASSIGNMENT: **TRANSIENT**

REPORTING OFFICER: **W. PETITT**          TITLE: **SERGEANT**

OFFENSE (TITLE & CODE No.): **LEVEL 3 CODE 42 USE OF INDECENT LANGUAGE OR VULGAR LANGUAGE IN THE PRESENCE OF OR DIRECTED AT AN EMPLOYEE**

OFFENSE DESCRIPTION: ON JULY 15, 1988 AT APPROXIMATELY 11:40 A.M. I, SGT. PETITT, WHILE WORKING THE SOUTH DESK, RECEIVED A CALL FROM MS. COOK STATING THAT OFFICER ALLEN WAS HAVING A PROBLEM WITH AN INMATE. WHEN I ARRIVED, I OBSERVED INMATE BEATTY, TRACY #485951 AND OFFICER ALLEN HAVING A CONFRONTATION. I ASKED OFFICER ALLEN WHAT THE PROBLEM WAS. SHE TOLD ME THT INMATE BEATTY WOULD NOT BE QUIET IN THE HOSPITAL AND THAT SHE HAD TOLD HIM SEVERAL TIMES TO BE QUIET. I INSTRUCTED INMATE BEATTY TO GO TO THE SOUTH DESK. BECAUSE I HAD HAD AN ALTERCATION WITH INMATE BEATTY ON 7/14/88 AND BECAUSE OF HIS ATTITUDE TOWARD OFFICER ALLEN, I MADE THE DECISION TO PLACE HIM IN SPECIAL HOUSING (B-2). AS OFFICER WALLACE AND I PLACED INMATE BEATTY IN B-2 HE STATED, "I'VE DONE TIME ON DARRINGTON AND NEVER CAUGHT A CASE, I COME TO THIS FUCKED UP FARM AND GET SENT TO LOCK-UP. YOU PUT ME BACK IN POPULATION AND I'LL GIVE YOU A REASON TO LOCK ME UP. THAT'S A GODDAMN PROMISE." THEN ASKED INMATE BEATTY, "EXCUSE ME?" HE AGAIN STATED, "YOU PUT ME BACK IN POPULATION AND I'LL GIVE YOU A REASON TO LOCK ME UP. THAT'S A PROMISE." BECAUSE OF INMATE BEATTY'S ACTIONS I REQUEST THAT HE APPEAR BEFORE THE UNIT DISCIPLINARY EARING OFFICER.

FOR USE WITH MINOR DISCIPLINARY

Penalty: _____

_____

Hearing Officer's Signature     Hearing Date

Warden's Approval

_W. Petitt_
Reporting Officer's Signature     _7-18-88_ Date

Time & Date
Inmate Notified _7/18/88   11:41 AM_     Notifying Officer _C Marshall_

Witness(es) Requested? Yes ☐  No ☐ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐  No ☐ List, if Yes: _____

Counsel Substitute Requested? Yes ☐ No ☐

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

_8-6-94_  _1-23-95_

_X Tracy L Beatty_
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_____
Inmate's Signature

I-47 (Rev. 6-84)

PHD

№ 277034

| Type of Report: | |
|---|---|
| Major | ☑ |
| Minor | ☐ |

**TEXAS DEPARTMENT OF CORRECTIONS**
DISCIPLINARY REPORT

Disciplinary Report No.
02/01/89

Date of Offense

DARRINGTON
UNIT

NAME: BEATTY, TRACY _____ TDC No: ___ 485951 ___ CLASS: ___ L-1 ___

CELL / WING: _____ L-119/D- ___ ASSIGNMENT: ___ PHD ___

REPORTING OFFICER: ___ B. BONNER ___ TITLE: ___ CO III ___ 1-F ___

OFFENSE (TITLE & CODE No.): Level 1 - Code 04; Threatening an Officer

OFFENSE DESCRIPTION:

On 02/01/89 at approx. 0700 hours, I, Officer B. Bonner, CO III, was working P-3 hallway. When I approached L-line to let inmate Beatty, Tracy, #485951 in to L-line, I told him that I did not appreciate him calling me a girl. Inmate Beatty entered L-line, as he entered the wing, he said something in a very low tone of voice. I then ordered him back into the hall. He then stated I'm not going to. So, I asked Officer P. Burgman, CO III, to tell the inmate to come back out into the hallway. When inmate Beatty entered the hallway, I told him to place his hands on the bars of the picket to be searched. As I was searching him, he stated, if you put your hand on me, I'll bust you in the mouth. I then asked Officer A. Johnson for his handcuffs and cuffed inmate Beatty and escorted him to Capt. Brock to explain the situation. On the way to report the incident, inmate Beatty stated let's go into the gym and settle this. I am charging inmate Beatty with threatening to inflict harm on an Officer.

| FOR USE WITH MINOR DISCIPLINARY | |
|---|---|
| Penalty: _____ | |
| _____ _____ | |
| Hearing Officer's Signature   Hearing Date | |
| Warden's Approval | |

*B. Bonner CO III*   2-2-89
Reporting Officer's Signature   Date
B. BONNER, CO III

jml

Time & Date
Inmate Notified   2:49 pm, 2/2/89

Notifying
Officer   *B. Axell (S)*

Witness(es) Requested? Yes ☐ No ☑ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐ No ☑ List, if Yes: _____

Counsel Substitute Requested? Yes ☑ No ☐ *Axell*

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

4-17-95   *X Tracy Lane Beatty*
10-17-20   Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

*X Tracy Lane Beatty*
Inmate's Signature

I-47 (Rev. 6-84)

№ 277078

**TEXAS DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

Disciplinary Report No.

02/16/89
Date of Offense

Type of Report:
Major ☐
Minor ☐

DARRINGTON
UNIT

NAME: BEATTY, TRACY          TDC No: 485951          CLASS: L-3

CELL / WING: L-108          ASSIGNMENT: 14 SQUAD

REPORTING OFFICER: J. CASTILLO          TITLE: CO III   2-A

OFFENSE (TITLE & CODE No.): Level 1 - Code 04; Threatening an Officer
Level 3 - Code 42; Use of indecent/vulgar language

OFFENSE DESCRIPTION:

On February 16, 1989 at approximately 1:35 p.m., I, Officer J. Castillo, CO III, was working P-3 hallway, when inmate Beatty, Tracy, #485951 called me to let him in on L-line cellblock. Inmate Beatty had his mattress with him and sheets. I asked inmate Beatty where his moving slip was, inmate Beatty responded that he didn't have it with him. I told inmate Beatty that he had to wait for the Officer that brought him down to P-3 area. Inmate Beatty then stated, "Fuck you bitch." I ordered inmate Beatty to turn around and put his hands behind his back. Inmate Beatty did so. I then placed handcuffs on inmate Beatty. I then escorted the inmate to Sgt. Jackson. I infomrd the Sergeant about the situation then inmate Beatty talked to Sgt. Jackson. Inmate Beatty then started saying that he wanted the handcuffs off. Inmate Beatty then stated to me, Officer Castillo, "If you pull these handcuffs one more time, I'll kick your ass." Sgt. Jackson and I then escorted inmate Beatty to the holding cubicle. Inmate Beatty was informed disciplinary action would be taken.

FOR USE WITH MINOR DISCIPLINARY
Penalty: _____

_____
Hearing Officer's Signature          Hearing Date
Warden's Approval

Reporting Officer's Signature          2/16/89
J. CASTILLO, CO III          Date

jml
Time & Date
Inmate Notified  9:32 am 2/16/89          Notifying Officer

Witness(es) Requested? Yes ☒ No ☐ List, if Yes: Sgt. Jackson

Wishes to Present Documentary Evidence? Yes ☐ No ☒ List, if Yes:

Counsel Substitute Requested? Yes ☒ No ☐

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

10-17-2007
no CS          Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_____
Inmate's Signature

I-47 (Rev. 6-84)

**№ 277089**

| Type of Report: | TEXAS DEPARTMENT OF CORRECTIONS | Disciplinary Report No. |
|---|---|---|
| Major ☑ | DISCIPLINARY REPORT | 02/16/89 |
| Minor ☐ | | Date of Offense |

DARRINGTON
UNIT

NAME: BEATTY, TRACY _____ TDC No: _____ 485951 _____ CLASS: ___ L-3 ___

CELL / WING: **3063** C 105 _____ ASSIGNMENT: _____ PHD _____

REPORTING OFFICER: _____ J. S. MACDONALD _____ TITLE: _____ CAPTAIN _____

OFFENSE (TITLE & CODE No.): Level 1 – Code 04: Threatening an Officer

OFFENSE DESCRIPTION:

On 02/16/89, I, Capt. MacDonald, and CO 3 Joseph, escorted inmate Beatty, Tracy, #485951 to the Unit Infirmary for a Pre Hearing Detention physical on an incident which occurred at 1:50 p.m.  While in the Infirmary, inmate Beatty was upset over the incident, stating that it did not happen.  I had not said a word to the inmate.  All of a sudden, inmate Beatty stated to me, "I'll tell you what, Captain MacDonald, as soon as I get out of lock up, I'm going to kick your ass.  You can count on it.  I'm going to kick your ass."  The inmate was advised disciplinary action would be taken.  Once the inmate's physical was completed, inmate Beatty was placed in PHD status.

It should be noted that inmate Beatty was handcuffed during this incident.

| FOR USE WITH MINOR DISCIPLINARY | |
|---|---|
| Penalty: _____ | |
| _____ | |
| Hearing Officer's Signature   Hearing Date | |
| Warden's Approval | |

Reporting Officer's Signature          Date
J. S. MacDONALD, CAPTAIN 2-A

jml

Time & Date
Inmate Notified _8634 a.m. 2/22/89_          Notifying Officer _B. Aydell CSI_

Witness(es) Requested? Yes ☐  No ☒ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐  No ☒ List, if Yes: _____

Counsel Substitute Requested? Yes ☒  No ☐ _Aydell_

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

Date received: _____
Date typed _____
Date for Off. Sign. _____          _Tac Beatty decline to sign_
Date received _____                Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_10-17-2002_
_no Change_                              Inmate's Signature

I-47 (Rev. 6-84)

№ 487387

**TEXAS DEPARTMENT OF CORRECTIONS**
DISCIPLINARY REPORT

Disciplinary Report No.

3-13-89
Date of Offense

| Type of Report: | |
|---|---|
| Major | ☒ LR |
| Minor | ☐ |

Darrington
UNIT

NAME: Beatty, Tracy    TDC No: 485951    CLASS: L-3

CELL / WING: C-105    ASSIGNMENT: A/S

REPORTING OFFICER: V. Burroughs    TITLE: CO III

OFFENSE (TITLE & CODE No.): Level 3, Code 42:  Use of indecent/ vulgar language

OFFENSE DESCRIPTION:

On 3-13-89, I, officer Burroughs was assigned to C-line, at approximately 1920 hours myself and Officer Campbell was called to cell C-105, this cell houses inmate Beatty, Tracy TDC #485951, upon arriving to this inmates cell, he informed me that he needed to go to the infirmary for a shower.  I then told the inmate that he would be taken to the infirmary as soon as we got an escort team.  The inmate then became hostile and stated, "Fuck you bitch, all you whores want to do is play with your dicks, you fuckin bitches".  I then informed inmate Beatty that disciplinary action would be taken.

---

| FOR USE WITH MINOR DISCIPLINARY |
|---|
| Penalty: _____ |
| |
| Hearing Officer's Signature    Hearing Date |
| Warden's Approval |

TW

_V. Burroughs_    4-5-89

Reporting Officer's Signature    Date
V. Burroughs, CO III

Time & Date
Inmate Notified  1942   4-11-89    Notifying Officer

Witness(es) Requested? Yes ☒  No ☐ List, if Yes: Inmate Shawn, C-106

Wishes to Present Documentary Evidence? Yes ☐  No ☒ List, if Yes: _____

Counsel Substitute Requested? Yes ☒  No ☐    Jackson

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

Date received: _____
Date typed 04/04/89
Date for Off. Sign. 04/04/89
Date received 4/7/89
Inmate waiver of his/her right to 24 hour notice:

X _Requested not to sign_
Inmate's Signature

_____
Inmate's Signature

I-47 (Rev. 6-84)

№ 263499

| Type of Report: | | |
|---|---|---|
| Major | ☒ LGR | |
| Minor | ☐ | |

**TEXAS DEPARTMENT OF CORRECTIONS**
DISCIPLINARY REPORT

Disciplinary Report No.
04/08/89
Date of Offense

DARRINGTON
UNIT

NAME: BEATTY, TRACY                TDC No: 485951          CLASS: L-3

CELL / WING: _____ C-105 _____    ASSIGNMENT: _____ AD. SEG. _____

REPORTING OFFICER: _____ V. BURROUGHS _____    TITLE: ___ CO III  2C ___

OFFENSE (TITLE & CODE No.): Level 2 – Code 24; Refusing/failing to obey orders

OFFENSE DESCRIPTION:

On 4/8/89 at approximately 2125 hours, inmate Beatty, Tracy, #485951, was observed with facial hair. The inmate was given the opportunity to shave and offered a razor. However, the inmate refused. The inmate was then informed that he was in violation of code 24, refusing to obey orders, and that disciplinary action would be taken.

| FOR USE WITH MINOR DISCIPLINARY |
|---|
| Penalty: _____ |
| _____ |
| Hearing Officer's Signature    Hearing Date |
| Warden's Approval |

*V. Burroughs CO III* 4-20-89

Reporting Officer's Signature
V. BURROUGHS, CO III
Date

jml

Time & Date
Inmate Notified  4/15/89    0750

Notifying Officer  *Basham*

Witness(es) Requested? Yes ☐  No ☑ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐  No ☑ List, if Yes: _____

Counsel Substitute Requested? Yes ☑  No ☐    *Basham*

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

Date received: _____
Date typed 04/19/89
Date for Off. Sign. 04/19/89
Date received 4/24/89

*Tracy L. Beatty*
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice.

_____
Inmate's Signature

I-47 (Rev. 6-84)

*Psyche*

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 329309

| Type of Hearing: |
| Major ( X ) |
| Minor ( ) |
| By: L. G. REEVES |
| Rank: MAJOR |
| Informal Resolution |
| Not Appropriate ( ) |

DARRINGTON
_____
Unit

Date received: 5-16-89
Date typed 05/19/89
Date for Off. Sign. 05/19/89
Date received 5-22-89

Disciplinary Report No.
05/15/89
Date of Offense
L-3   A2
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: BEATTY, TRACY
(Last,                    First)
TDC No. _____ 485951

Housing Assignment: _____ C-105 _____
(Wing-Cell/Dorm-Bed)
Job Assignment: _____ AD. SEG.

Level: 1 Code: 04; Threatening an Officer    Level: _ Code: _____

Level: 3 Code: 42; Use indecent/vulgar language Level: _ Code: _____

OFFENSE DESCRIPTION:  Place and Location: c-line one row

Time: 1235    Date: 05/15/89    On the date and at the place above,

Inmate BEATTY, TRACY    TDC No. 485951    was informed discip-
linary action would be taken on the following incident: I, Officer D. Davis, CO III,
was standing on C-line one row, grease pencil board, when inmate Beatty stated,
"You're a dick sucker, mother fucker! Somebody's going to knock you in your
mother fucking mouth." I then went over to cell C-105 to warn inmate Beatty
of the consequences of his bahavior. Inmate Beatty then stated, "I'll knock
you in your mother fucking mouth. I don't want to hear all that shit! Open this
door! Go get the Picket boss and open this cell door and I'll bust you in your
mother fucking mouth, Bitch! I'd like to see the mother fucking snatch you fell
out of! Your mama's a hoe! Bring that case over to me and I'll write it down
for you and you sign it!"

Witnesses:    Officer Batiste, CO III; Officer King, CO III

D. A. DAVIS, CO III    D. A. Davis Co III  5/21/89
jml Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified 5/30/89 0935    Notifying Official/Title W. Basham C.S.I
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

I/M wouldn't sign this report

10-17-2002
NO Change    Inmate's Signature/Date
By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's statement: | | | | |
| Penalty: | | | | |

Hearing Date and Time    Hearing Officer's Signature    Warden's Signature

FORM I-47
(Rev. 9-88)
(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

LOO19

Psych
1ST

## TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 354409

| Type of Hearing: | | |
|---|---|---|
| Major (XX) | | |
| Minor ( ) | | |
| By: L. G. REEVES | | |
| Rank: MAJOR | | |
| Informal Resolution | | |
| Not Appropriate ( ) | | |

Unit DARRINGTON

Date received: 6-5-89
Date typed 06/08/89
Date for Off. Sign. 06/08/89
Date received 6/8/89

Disciplinary Report No.
06/02/89
Date of Offense
L-3   A2
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: BEATTY, TRACY                TDC No. 485951
            ( Last,            First )

Housing Assignment: C-105            Job Assignment: AD. SEG.
                ( Wing-Cell/Dorm-Bed )

Level: 3 Code: 42: Use indecent/vulgar language Level: ___ Code: _____

Level: ___ Code: _____            Level: ___ Code: _____

OFFENSE DESCRIPTION:  Place and Location: C-104

Time: 1015 hours Date: 06/02/89      On the date and at the place above,

Inmate BEATTY, TRACY        TDC No. 485951        was being taken
out of C-104 for recreation.  At this time, I was asking inmate Beatty if he was
going to recreation.  Inmate Beatty then stated, "Yeah, I'm going to recreation,
dicksucker, you got a list with my name on it, don't call me an inmate."  I informed
inmate Beatty that I could call him an inmate.  Inmate Beatty still continued to
use indecent and vulgar language to me.  Sgt. Larty was informed of this situation.
Inmate Beatty's recreation was then cancelled due to his assault attitude. (

Witnesses:

jml    A. HOUSTON, CO III, 1A/AS        A. Houst    CO III  6-8-89
    Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified 6-26-89  1250        Notifying Official/Title W. BASHAM C S 1
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.
    7-16

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

                            Inmate's Signature/Date

                            Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's statement: | | | | |
| Penalty: | | | | |

Date and Time        Hearing Officer's Signature        Warden's Signature

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

LOO18

TEXAS DEPARTMENT OF CORRECTIONS № 354708

DISCIPLINARY REPORT

Type of Hearing:
Major ( x )
Minor ( )
By: L. REEVES
Rank: MAJOR
Informal Resolution
Not Appropriate ( )

DARRINGTON

Date recieved: 5/22/89 Unit
Date typed: 6/1/89
Date for Off. Sign.: 6/1/89
Date Returned: 6/5/89

Disciplinary Report No.
5/22/89
Date of Offense A2
L3
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( X )
MHMR Restrictions:
Yes ( ) No ( X )

Inmate's Name: BEATTY,           TRACY                     TDC No. 485951
                    ( Last,           First )

Housing Assignment: C-105                         Job Assignment: Ad Seg
                    ( Wing-Cell/Dorm-Bed )

Level: 1 Code: 04 THREAT. AN OFFICER     Level: 2 Code: 16 POSSESSION OF CONTRABAND

Level: 2 Code: 24 REF./FAILING TO OBEY ORDERS   Level: 3 Code: 42 USE OF INDECENT/VULGAR LANG.

OFFENSE DESCRIPTION: Place and Location: C-line

Time: 0840 hrs   Date: 5/22/89        On the date and at the place above,

Inmate BEATTY, TRACY      TDC No.          485951            , who is housed in
C-105 had a TDC full size towel hanging.  The towel was hanging in front of i/m
Beatty's cell door obstructing vision in his cell.  I ordered i/m Beatty to take
the towel lose and give it to me.  I/m Beatty refused stating, "Fuck you punk!"
Officer Batiste, K., CO III, was a witness.  I/m Beatty had further comments,
"You suck mother fucking dicks! Fuck that punk! Coward mother fucker, I'll break
his god-damn jaw! Your mama's a hoe, bitch!"  Comments were directed at reporting
officer and officer Knight, CO III and officer Washington were witness to these
comments.  The towel that i/m Beatty had was confiscated.  I/m Beatty placed security
jeopardy by his threats of harm.  Therefore, i/m Beatty was not afforded the
opportunity to recreate.

Witnesses: NONE

D. DAVIS, CO III/1F/Admin. Seg.        D. Holbrook Sgt for
dac      Reporting Employee's Name (Title & shift/card/location)

INMATE NOTIFICATION
Time & Date Notified 6/3/89 1220      Notifying Official/Title W. Bashan C.S. 1
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.
       7-3         10-17-2002         Refused to sign
By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.       Inmate's Signature/Date

no change
                                      Inmate's Signature/Date

USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's statement: | | | | |
| Penalty: | | | | |

Hearing Date and Time        Hearing Officer's Signature        Warden's Signature

FORM I-47
(Rev. 9-88)      (If you do not understand this form, contact your Correctional Counselor for assistance.
                 Si usted no entiende ésta forma, póngase en contacto con su consejero correccional.)      LO019

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 419345

| Type of Hearing: |
|---|
| Major ( ✗ ) |
| Minor ( ) |
| By: *J S Mc Donald* |
| Rank: *Asst. Major* |
| Informal Resolution |
| Not Appropriate ( ) |

DARRINGTON
Unit

Date received: 07/31/89
Date typed 08/01/89
Date for Off. Sign. 08/01/89
Date received

Disciplinary Report No.
07-29-89
Date of Offense
L-3    CC
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's  Name:  BEATTY, TRACY
(  Last,                       First )
TDC No. ___485951___

Housing  Assignment: ____D-103____
( Wing-Cell/Dorm-Bed )
Job  Assignment: ____PHD____

Level: _1_ Code: 03: Striking an Officer ____ Level: _2_ Code:24: Refuse/fail obey orders

Level: _3_ Code: 04: Use of indecent/vulgar lang ____ Code: ____

OFFENSE DESCRIPTION:  Place and Location: ~~Main Hallway in front of Infirmary~~

Time: _1830_ Date: _07-29-89_ On the date and at the place above,

Inmate BEATTY, TRACY ____ TDC No.485951 _____, was placed in PHD
for the following: I, Officer A. Cano, CO II, while being assigned to Infirmary
Security, answered the knocking at the door to fine inmate Beatty, Tracy,
#485951. Inmate said, "I need to see a nurse." I replied by saying, "Let
me see your sick call pass." Inmate replied, "I don't have one." I then
told the inmate, "there is only one nurse at the time and she is busy working
the pill window, come back later." I proceeded to close the door, when
the inmate grabbed the door so I could not close it and said, "Fuck no."
At that moment, I placed my right hand on his right arm and said, "Turn
around to be handcuffed." Inmate Beatty resisted by pushing my arm away..
At that point, the situation escalated into a use of force. I, Officer
Cano, reacted by placing my hands on his upper body to place inmate on the
ground. At that time, we both struggled and fell to the ground. At that
time, numerous officers came to assist me and we restrained inmate Beatty
and brought him in to the Infirmary for a physical.

Witnesses: _____

____ A. CANO, CO II  2G/Building ____ *R. G. Waters Lt for A. Cano*
jml Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified *12:53 pm 8/3/89* Notifying Official/Title *B. Agelle CS I*
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

*725-200 7*

*No Change*

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_____
Inmate's Signature/Date

_____
Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's statement: | | | | |
| Penalty: | | | | |

Hearing Date and Time _____ Hearing Officer's Signature _____ Warden's Signature _____

FORM I-47
(Rev. 9-88)

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 400890

Type of Hearing:
Major ( )
Minor ( )
By: LR
Rank: __Major__
Informal Resolution
Not Appropriate ( )

__Darrington__
Unit

Date Typed 8/22/89
Date for Off. Sign. 8/22/89
Date Returned 8/22/89

Disciplinary Report No.
__8-22-89__
Date of Offense
__L3   GC__
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: __Beatty, Tracy__                TDC No. __485951__
                ( Last,              First )

Housing Assignment: __L-124__          Job Assignment: __10 Sqd.__
                ( Wing-Cell/Dorm-Bed )

Level: _2_ Code: _25_ Refuse to work        Level: ___ Code: _____

Level: ___ Code: _____              Level: ___ Code: _____

OFFENSE DESCRIPTION:  Place and Location: __L Line__

Time: __0630__   Date: __8-22-89__   On the date and at the place above,

Inmate __Beatty, Tracy__      TDC No. __485951__          refused to go
to work with his assigned squad.  All inmates were given ample opportunity
to go to work with their assigned squad.  This inmate refused to do so.
The above inmate had no valid lay-in or excuse and is being charged
with the above offense.


SUPERVISOR'S INVESTIGATION REPORTS:

  Said he had a lay-in


Witnesses: _____

  __Sgt. Saxton, 1st BLDG__
  Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified __2330  09-01-89__   Notifying Official/Title __M.A. Smith  LT.__
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

__Refused to sign__
Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_____
Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | L2; C 25 | | | |
|---|---|---|---|---|
| Inmate plea | ( )G (✓)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G (✓)NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's Statement: __J.S.O.   Move Ticket Generated At 2212 on 8-22 wasn't on unit__

Penalty:

__C T O'Neill__

Hearing Date and Time        Hearing Officer's Signature        Warden's Signature

FORM I-47        (If you do not understand this form, contact your Correctional Counselor for assistance.
              Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

## TEXAS DEPARTMENT OF CORRECTIONS
### DISCIPLINARY REPORT

№ 400831

| Type of Hearing: |
|---|
| Major (x) |
| Minor ( ) |
| By: JA |
| Rank: Major |
| Informal Resolution |
| Not Appropriate (x) |

Darrington
Unit

Disciplinary Report No.
9-6-89
Date of Offense
13, 7?

Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: Beatty, Tracy                     TDC No.    485951
                ( Last,              First )

Housing Assignment: E-124 D205          Job Assignment: 10 Sqd.
                    ( Wing-Cell/Dorm-Bed )

Level: 2 Code: 23 Creating a Disturbance M-    Level: _____ Code: _____

Level: 2 Code: 24 refusal to order          Level: _____ Code: _____

OFFENSE DESCRIPTION:  Place and Location: Backslab behind Kitchen

Time: 7:10am   Date: 9-6-89    On the date and at the place above,

Inmate Beatty, Tracy          TDC No.    485951
stated to me, Officer K. Gardner, "your a sorry fucking nigger,' you are just fucking
with us, your not selling anything out here with the 10 sqd.".  I, Officer Gardner
ordered inmate Beatty to be quiet and he refused to do so and kept being very
belligerent with me.   Inmate Beatty was causing a major scene and started some of
the other inmates in on the situation which could have caused major problem.  My
Supervisor was notified of this problem and inmate Beatty was picked up by Building
Security.   It should be mentioned that inmate Beatty kept stating, "Fuck you Gardner,
lock me up".

Witnesses:
TW        K. Gardner, CO III FLD
          Reporting Employee's Name (Title & shift/card/location)

INMATE NOTIFICATION
Time & Date Notified  1:20pm 9-7-89    Notifying Official/Title
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

                                                      Inmate's Signature/Date
By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

         8.3.2002
                                                      Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's
Statement: _____

Penalty: _____

Hearing Date and Time        Hearing Officer's Signature        Warden's Signature

FORM I-47
(Rev. 9-88)        (If you do not understand this form, contact your Correctional Counselor for assistance.
                    Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

L0019

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 403212

| Type of Hearing: |
|---|
| Major ( ) |
| Minor ( X ) GOB |
| By: Cutts |
| Rank: |
| Informal Resolution |
| Not Appropriate (x ) |

Darrington
Unit

Disciplinary Report No.
9-20-89
Date of Offense

Time-Earning Class & Custody
Eligible for Language Assistance:
  Yes ( ) No ( )
MHMR Restrictions:
  Yes ( ) No ( )

Inmate's Name: Beatty, Tracy _____ TDC No. _____ 485951 _____
                    ( Last,              First )

Housing Assignment: _____ L-124 _____     Job Assignment: _____ 10 Sqd. _____
                  ( Wing-Cell/Dorm-Bed )

Level: 2  Code: 25 Refuse to work     Level: _____ Code: _____

Level: _____ Code: _____     Level: _____ Code: _____

OFFENSE DESCRIPTION:  Place and Location: _____ L-line _____
Time: __0615 hrs__  Date: ____9/20/89____  On the date and at the place above,

Inmate __Beatty, Tracy__ TDC No. __485951_____, refused to
go to work with his assigned squad. All inmates were given ample opportunity to
go to work with their assigned squad. This inmate refused to do so. The above
inmate had no valid lay-in or excuse and is being charged with the above offense.

## SUPERVISOR'S INVESTIGATION REPORTS:

Inmate stated he could not work in the sunshine because he had skin problems.

Witnesses: _____

         J. Wooten, SGT./1A/Bldg        _Sgt. J. Wooten_
tsw      Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION
Time & Date Notified __0534 9-27-89__     Notifying Official/Title __J Brown CO/II__
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

                                        _Inm Refused_
                                        Inmate's Signature/Date
By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

                                        _____
                                        Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| | | | | |
|---|---|---|---|---|
| Offense code (s) | 25 | | | |
| Inmate plea | ( )G (X)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G (X)NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's Statement: THEY HAD TO MOVE ME TO 10 A DUE TO SKIN PROBLEM
Penalty:
__10/1/89__                    _P Myers_                   _C.T.O. Smith_
Hearing Date and Time     Hearing Officer's Signature     Warden's Signature

FORM I-47
(Rev. 9-88)
(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)
LOO19

TEXAS DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

№ 508783

| Type of Hearing: | |
|---|---|
| Major (x) | |
| Minor ( ) | |
| By: A. ANDERSON | |
| Rank: MAJOR | |
| Informal Resolution | |
| Not Appropriate (x) | |

DARRINGTON
Unit

Disciplinary Report No.
10/28/89
Date of Offense
L3          CC
Time-Earning Class & Custody
Eligible for Language Assistance:
    Yes ( )  No (x)
MHMR Restrictions:
    Yes ( )  No ( )

Inmate's Name: BEATTY,          TRACY          TDC No. 485951
                ( Last,          First )

Housing Assignment: _____ L-124 _____     Job Assignment: _____ 10 sqd _____
                    ( Wing-Cell/Dorm-Bed )

Level: 2  Code 24 refuse/fail to obey an order  Level: 3  Code 42 Use of indecent/vulgar lang.

Level: _____ Code: _____          Level: _____ Code: _____

OFFENSE DESCRIPTION:  Place and Location: L-line dayroom entrance door.

Time: 1350 hrs     Date: 10/28/89     On the date and at the place above,

Inmate BEATTY, TRACY     TDC No. 485951     attempted to exit the
L-line dayroom before I, D. B. Jackson CO III, could yelled out, "One way in one row!"
I then ordered i/m Beatty to stay inside the dayroom until officer Palasota CO III opened
up the one row gate; i/m Beatty began to reply, "Fuck that shit!" several times.  I/m Beatty
then tried once more to exit the dayroom.  After i/m Beatty refused to comply, I ordered
him to exit the dayroom, to turn around and be handcuffed.  I/m Beatty did comply.  While
escorting i/m Beatty to Captain Ards, I informed him that officer Palasota and myself were
in charge of L-line and that he was going to comply with our orders.  I/m Beatty then replied,
"Fuck that you ain't running nothing."  After bring this incident to the attention of Captain
Ards, he told me to place i/m Beatty inside of his L-124 cell.  I/m Beatty was notified
that disciplinary action would be taken against him.

Witnesses: _____

dac     D. B. JACKSON, CO III/2B/bldg
        Reporting Employee's Name (Title & shift/card/location)

INMATE NOTIFICATION

Time & Date Notified 8:00 AM 11-14-89     Notifying Official/Title _____
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

                                        Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

                                        Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's Statement: | | | | |
| Penalty: | | | | |

Hearing Date and Time          Hearing Officer's Signature          Warden's Signature

FORM I-47
(Rev. 9-88)

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

LCO19

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 508711

| Type of Hearing: |
| Major ( ) |
| Minor ( x ) |
| By: A. Y. ANDERSON |
| Rank: MAJOR |
| Informal Resolution |
| Not Appropriate ( x ) |

DARRINGTON
Unit

Disciplinary Report No.
10/31/89
Date of Offense
L3                    CC
Time-Earning Class & Custody
Eligible for Language Assistance:
  Yes ( ) No ( x )
MHMR Restrictions:
  Yes ( ) No ( )

Inmate's  Name: BEATTY,          TRACY        TDC No. 485951
(Last,              First )

Housing  Assignment: L-124          Job Assignment: medical wk sqd
(Wing-Cell/Dorm-Bed )

Level: 2  Code: 27 out of place          Level: ___ Code: ___

Level: ___ Code: ___          Level: ___ Code: ___

OFFENSE DESCRIPTION:  Place and Location: Unit infirmary

Time: 0700 hrs   Date: 10/31/89  On the date and at the place above,

Inmate BEATTY, TRACY          TDC No.          485951          ), failed to report for
his scheduled medical appointment.  I/m BEATTY was notified of his medical appointment the
day before his scheduled appointment.  Documentation of the notification is maintained in
the Unit Medical Department.  I/m BEATTY did not turn out for work or report to the infirmary
as scheduled, so he was out of place.  I/m BEATTY's failure to report to the infirmary as
scheduled invalidated his lay-in.

27
N6 — V
6 —

Witnesses:

R. L. SNOW, UHA

dac          Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified 1:15pm  11-4-89   Notifying Official/Title A. Butcher  COIV
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | 27 | | | |
|---|---|---|---|---|
| Inmate plea | ( )G (X)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | (X)G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's
Statement:

Penalty: 15 days Commissary rest

11-10-89 1708          CTO7___

Hearing Date and Time          Hearing Officer's Signature          Warden's Signature

FORM I-47
(Rev. 9-88)          (If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende ésta forma, póngase en contacto con su consejero correccional.)

L0019

## TE⟩ ⟩ DEPARTMENT OF CORRECTIC ⟩
## DISCIPLINARY REPORT

№ 490373

**DARRINGTON**
Unit

| Type of Hearing: |
| --- |
| Major ( ) |
| Minor (x) |
| y: A. ANDERSON |
| Rank: MAJOR |
| Informal Resolution |
| Not Appropriate (x) |

Disciplinary Report No.
1/24/90
Date of Offense
L3              CC
Time-Earning Class & Custody
Eligible for Language Assistance:
   Yes ( ) No (x)
MHMR Restrictions:
   Yes ( ) No ( )

Inmate's Name: BEATTY,           TRACY                TDC No. 485951
                  ( Last,              First )

Housing Assignment: ___L-124___                Job Assignment: __10 sqd__
                    ( Wing-Cell/Dorm-Bed )

Level: _2_ Code: _25 Refuse to work_          Level: ___ Code: _____

Level: ___ Code: _____                      Level: ___ Code: _____

OFFENSE DESCRIPTION:   Place and Location: __L-line__

Time: __1300 hrs__  Date: __1/24/90__  On the date and at the place above,

Inmate BEATTY, TRACY          TDC No.      485951          refused to go to work
with his assigned squad.  All inmates were given ample opportunity to go to work with their
assigned squad.  This inmate refused to do so.  The above inmate had no valid lay-in or
excuse and is being charged with the above offense.

⟩RVISOR'S INVESTIGATION REPORTS: The inmate stated he refused--No valid Lay-in.

Witnesses: _____

dac   A.DAY, SGT./ 2nd /Bldg
      Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified _11:22  2-1-90_     Notifying Official/Title _G.Alvarado coIII_

You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

                                              _Ref to Sign_
                                           Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

                                           Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | L2 C25 | | | |
| --- | --- | --- | --- | --- |
| Inmate plea | ( )G (✓)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G (✓)NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's
Statement: _I/M Had CELL PASS For Pm By Doctor._

Penalty: _____

_2-6-90    0826_            R.Howell              CT O'Reilly
Hearing Date and Time      Hearing Officer's Signature      Warden's Signature

FORM I-47          (If you do not understand this form, contact your Correctional Counselor for assistance.
(Rev. 9-88)         Si usted no entiende ésta forma, póngase en contacto con su consejero correccional.)

LOO1

## TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 488729

| Type of Hearing: |
| Major ( ) |
| Minor ( X) |
| By: A. Y. ANDERSON |
| Rank: MAJOR |
| Informal Resolution |
| Not Appropriate ( X ) |

DARRINGTON
_____
Unit

Disciplinary Report No. 1/5/90
Date of Offense ___ CC
Time-Earning Class & Custody
Eligible for Language Assistance:
   Yes ( ) No ( X)
MHMR Restrictions:
   Yes ( ) No ( )

Inmate's  Name: BEATTY, TRACY         TDC No. 485951
       ( Last,            First )

Housing Assignment: L-124       Job Assignment: 10 sqd
        ( Wing-Cell/Dorm-Bed )

Level: 2 Code: 27 Out of place      Level: ____ Code: _____

Level: ____ Code: _____      Level: ____ Code: _____

OFFENSE DESCRIPTION:  Place and Location: Unit Infirmary
Time: 0630 hrs     Date: 1/5/89     On the date and at the place above,

Inmate BEATTY, TRACY     TDC No. 485951 , failed to report for
his scheduled medical appointment.  I/m BEATTY was notified of his medical appointment
the day before his scheduled appointment.  Documentation of this notification is maintained
in the unit Medical Department.  I/m BEATTY did not turn out for work or report to the
infirmary as scheduled, so he was out of place.  I/m BEATTY's failure to report to the
infirmary as scheduled invalidated his lay-in.

*G* _____

*NG JAR*

Witnesses: _____

      R. TAYLOR, U.H.A.
dac    Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified *1-11-90 7:45*   Notifying Official/Title *R. Botler.* CO4??

You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

                               Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

                               Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | 27 | | | |
|---|---|---|---|---|
| Inmate plea | ( )G (X)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | (X)G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's Statement: *They Told me About my Lay-In*

Penalty: *30 days Recreation Restriction* *15 days Commissary Restriction*

*1-13-90*    *1300*      *R. Ander*      *CTO7____*
Hearing Date and Time    Hearing Officer's Signature    Warden's Signature

FORM I-47
(Rev. 9-88)

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende ésta forma, póngase en contacto con su consejero correccional.)

LO019

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 403772

| Type of Hearing: |
| --- |
| Major ( ) |
| Minor (x) |
| By: A. ANDERSON |
| Rank: MAJOR |
| Informal Resolution |
| Not Appropriate ( ) |

DARRINGTON
Unit

Disciplinary Report No.
12/27/89
Date of Offense
L3                    CC
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No (x)
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: BEATTY,         TRACY         TDC No. 485951
              ( Last,         First )

Housing Assignment: _____ L-124 _____        Job Assignment: __ 10 sqd __
                    ( Wing-Cell/Dorm-Bed )

Level: 2 Code: 24 Refuse/fail to obey an order   Level: 3 Code: 45 Viol. writ/posted rules

Level: ___ Code: _____   Level: ___ Code: _____

OFFENSE DESCRIPTION:  Place and Location: the infirmary

Time: 0300 hrs   Date: 12/27/89   On the date and at the place above,

Inmate BEATTY, TRACY   TDC No. _____ 485951 _____ came to the infirmary
for his shwer and treatment.  I/m Beatty has a full beard and I, officer Power's C, CO III,
ordered i/m Beatty to shave.  I/m Beatty stated he wasn't going to shave until time for
him to go back to work.  Therefore I am charging i/m Beatty with a level 2 code 24 refusing
to obey an order and level 3 code 45 violation of a posted of written rule.

24
NG ✓
G —

45
NG ✓
G —

Witnesses: _____

C. POWERS, CO III/2/3 E/Bldg

dac        Reporting Employee's Name (Title & shift/card/location)

## INMATE NOTIFICATION

Time & Date Notified 12-28-89  17:30   Notifying Official/Title _____
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | 24 | 45 | | |
| --- | --- | --- | --- | --- |
| Inmate plea | ( )G (X)NG ( )None | ( )G (X)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | (X)G ( )NG ( )Dism. | (X)G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's
Statement:
Penalty: Verbal Rep.

12-29-89   2630
Hearing Date and Time        Hearing Officer's Signature        Warden's Signature

FORM I-47        (If you do not understand this form, contact your Correctional Counselor for assistance.
                 Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 509367

| Type of Hearing: |
|---|
| Major (X) |
| Minor ( ) |
| By: _____ |
| Rank: _____ |
| Informal Resolution |
| Not Appropriate (X) |

DARRINGTON
Unit

Disciplinary Report No.
12/19/89
Date of Offense
L-3      CC
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No (X)
MHMR Restrictions:
Yes ( ) No (X)

Inmate's Name: BEATTY,                    TRACY              TDC No. _____ 485951 _____
( Last )                    ( First )

Housing Assignment: _____ D-207 _____        Job Assignment: _____ PHD _____
( Wing-Cell/Dorm-Bed )

Level: _1_ Code: _04; Threatening an Officer_    Level: ____ Code: _____

Level: ____ Code: _____                      Level: ____ Code: _____

OFFENSE DESCRIPTION:   Place and Location: _Medical Dept. D. McManus' Office_

Time: _1100_     Date: _12/19/89_     On the date and at the place above,

Inmate _BEATTY, TRACY_        TDC No. _485951_              , threatened to
kick Officer K. King's ass, as well as kill him while he was in Dr. McManus' office.
Inmate Beatty was upset with Officer King, stating the Officer was picking at him.

Witnesses: _____

          K. WILLIAMS, CAPTAIN 1C/Building
jml      Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified _9:58am/12-20-89_    Notifying Official/Title _Obregon CO-II_
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

_8.4.2007_                              X _Tracy Wane Beatty_
                                              Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_no Change_                             X _Tracy Wane Beatty_
                                              Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's Statement: | | | | |
| Penalty: | | | | |

Hearing Date and Time          Hearing Officer's Signature          Warden's Signature

FORM I-47          (If you do not understand this form, contact your Correctional Counselor for assistance.
(Rev. 9-88)          Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

LOO19

# TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

### № 490201

| Type of Hearing: |
|---|
| Major ( x ) |
| Minor ( ) |
| By:  L. REEVES |
| Rank:  MAJOR |
| Informal Resolution |
| Not Appropriate ( x ) |

**DARRINGTON**
Unit

Disciplinary Report No.
1/25/90
Date of Offense
L3        CC
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No (x)
MHMR Restrictions:
Yes ( ) No ( )

Inmate's  Name: **BEATTY,**          **TRACY**          TDC No.  485951
( Last,          First )

Housing  Assignment: _____ L-124 _____  Job Assignment:  10 sqd
( Wing-Cell/Dorm-Bed )

Level: 3 Code: 42 Use of indecent/vulgar lang. Level: ___ Code: _____

Level: ___ Code: _____   Level: ___ Code: _____

OFFENSE DESCRIPTION:  Place and Location:  **unit infirmary**

Time: 0300 hrs   Date: 1/25/90   On the date and at the place above,

Inmate BEATTY, TRACY   TDC No.   485951   was in the infirmary for his treatment, which he receives regularly. I/m Beatty was informed that he was not to heat water with his pail setting in the hydrocallator. At this time, i/m Beatty questioned, "Who said I can't?" and then continued with "That stupid bitch could've told me herself." This is not the first time i/m Beatty has used indecent language in the infirmary, at other times we have tired to resolve it informally. I/m Beatty refuses to comply with unit rules and at the time, is being charged with use of indecent language code 42 level 3.

Witnesses:

**V. HUMBROUGH, LVN/3rd shift/infirmary**
Reporting Employee's Name (Title & shift/card/location)

dac

### INMATE NOTIFICATION
Time & Date Notified 8:15AM 2-8-90  Notifying Official/Title B. Garcia
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

Inmate's Signature/Date

Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's
Statement: _____
Penalty: _____

Hearing Date and Time      Hearing Officer's Signature      Warden's Signature

FORM I-47
(Rev. 9-88)

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

LOO19

## TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 531239

Type of Hearing:
Major (xxxx)
Minor ( )
By: _____
Rank: _____
Informal Resolution
Not Appropriate ( )

_____ MICHAEL _____
Unit

Disciplinary Report No.
3  9  90
Date of Offense
L3 CC
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: __BEATTY, TRACY_____ TDC No. _____485951_____
                    ( Last,          First )

Housing Assignment: ___8_B_52___PH 07____ Job Assignment: _____
                       ( Wing-Cell/Dorm-Bed )

Level: _1_ Code: __3 striking an officer___ Level: ___ Code: _____

Level: ___ Code: _____ Level: ___ Code: _____

OFFENSE DESCRIPTION:  Place and Location: _____

Time: _____ Date: _____ On the date and at the place above,

Inmate _____ TDC No. _____ ,

On 3 9 90 at 1725 hrs.  I, officer Chambers M. Co3 was helping in the routine pat search
of inmates going to and from chow.  I officer Chambers M. pulled inmate Beatty 485951 to
the side to tell him he needed a haircut.  Said inmate then became loud and beligerent
stating "Fuck you I've not getting a hair cut".  I then ordered said inmate to refrain from yelling.
I then instructed said inmate to go to B pod 8 bldg. to get a haircut".  After I told said
inmate to leave, I turned to my left and said inmate struck me with his right fist.
jor use of Foce was necessary to gain control of the inmate.

Witnesses: _____

__M. Chambers COIII 2/E_____
Reporting Employee's Name (Title & shift/card/location)

INMATE NOTIFICATION
Time & Date Notified _1007__ / _3-12-90__  Notifying Official/Title _J. CANTU CS-1_____
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

8-4-2002

_Tracie Vane Beatty_
Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_M. Caine_

_____
Inmate's Signature/Date

USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | | | | |
|---|---|---|---|---|
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| mate's atement: | | | | |
| Penalty: | | | | |

Hearing Date and Time          Hearing Officer's Signature          Warden's Signature

FORM I-47
(Rev. 9-88)

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

L0019

## TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

№ 587634

| Type of Hearing: |
| --- |
| Major ( ) |
| Minor (X) |
| By: JBR |
| Rank: Captain |
| Informal Resolution |
| Not Appropriate (X) |

Eastham
_____
Unit

Disciplinary Report No.
April 26, 1990
Date of Offense

Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: __Beatty_____ __Tracey_____ TDC No. __485951__
( Last,                First )

Housing Assignment: __H/2/10_____ Job Assignment: G/F
( Wing-Cell/Dorm-Bed )

Level: _2_ Code: 25 refusing to work     Level: ___ Code: _____

Level: ___ Code: _____        Level: ___ Code: _____

OFFENSE DESCRIPTION:  Place and Location Building: H/2/10

Time: __6:30 a.m.__  Date: __4/26/90__  On the date and at the place above,

Inmate __Beatty, Tracey_____ TDC No. __485951_____ ,

refused to turn out to work in the garment factory. He stated to the tank officer that he was not going to work.

Witnesses:

__C. Dennis / CO III / 1st shift / M & F Card__
Reporting Employee's Name (Title & shift/card/location)

### INMATE NOTIFICATION

Time & Date Notified _____     Notifying Official/Title _____

You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_Tracy Tori Beatty_
Inmate's Signature/Date

### USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | 2.25 | | | |
| --- | --- | --- | --- | --- |
| Inmate plea | ( )G (✓)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G (✓)NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

Inmate's
Statement: _state he had a lay in - medical_
Penalty: _Not guilty — had lay in._

__5-19-90  1130__       __Lt. Forrest__
Hearing Date and Time       Hearing Officer's Signature       Warden's Signature

FORM I-47
(Rev. 9-88)

(If you do not understand this form, contact your Correctional Counselor for assistance.
Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)

**Texas Dept. of Criminal Justice — INSTITUTION DIVISION**
**DISCIPLINARY REPORT**

№ 527616

| MH |
|---|
| Type of Hearing: |
| Major ( X ) |
| Minor ( ) |
| By: RRT |
| Rank: Major |
| Informal Resolution |
| Not Appropriate ( X ) |

Eastham
Unit

Disciplinary Report No.
June 23, 1990
Date of Offense

Time-Earning Class & Custody 23 CC
Eligible for Language Assistance:
Yes ( ) No (X)
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: __Beatty__ __Tracy__     TDCJ No. __485951__
                 Last        First

Housing Assignment: __H/1/6__          Job Assignment: __Garment Factory__
                    ( Wing-Cell/Dorm-Bed )

Level: _2_ Code: __21: Fighting without a weapon__ Level: ___ Code: _____

Level: ___ Code: _____          Level: ___ Code: _____

OFFENSE DESCRIPTION:   Place and Location: __H-Line__

Time: __08:40AM__   Date: __6/23/90__   On the date and at the place above,

Inmate __Beatty, Tracy__   TDCJ No. __485951__,

was fighting inmate Nelson, Daniel (H/1/12) TDCJ# 483647.   This fight was near one row, one cell.   I immediately yelled "Fight"! several times and ran towards the two inmates.   The door to H-Line was let opened and other Officers ran in to assist in breaking up the fight.   Inmate Nelson had inmate Beatty in a head-lock, and repeatedly beat on the inmate's facial area with his right fist.   I managed to pull inmate Beatty away and then pulled inmate Nelson away.   Both inmates were finally separated.   As a procedure, I handcuffed inmate Nelson, which other Officers restrained inmate Beatty.   He and inmate Nelson were then taken out of H-Line and then escorted to the unit infirmary by the other Officers.

Witnesses: _____

__Pagan/COIII/1st/G__
Reporting Employee's Name (Title & shift/card/location)

**INMATE NOTIFICATION**
Time & Date Notified __1020 / 7-10-90__   Notifying Official/Title _____
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

Inmate's Signature/Date

Inmate's Signature/Date

| **USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY** | | | |
|---|---|---|---|
| Offense code (s) | | | |
| Inmate plea | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's Statement: | | | |
| Penalty: | | | |

Hearing Date and Time _____   Hearing Officer's Signature _____   Warden's Signature _____

FORM I-47            (If you do not understand this form, contact your Correctional Counselor for assistance.

**Texas Dept. of Criminal Justice — INSTITUTIONAL DIVISION**   № 643217
**DISCIPLINARY REPORT**

| Type of Hearing: |
| --- |
| Major ( ) |
| Minor (X) |
| By: _____ JP |
| Rank: ___ Captain |
| Informal Resolution |
| Not Appropriate (XX) |

EASTHAM UNIT
Unit

Disciplinary Report No.
**9/11/90**
Date of Offense

Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No ( )
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: __Beatty, Tracy__          TDCJ No. __485951__
                     Last               First

Housing Assignment: __N 1 6__                Job Assignment: __G/F__
                     (Wing-Cell/Dorm-Bed)

Level: __2__ Code: __27 Out of place__          Level: ___ Code: ___

Level: ___ Code: _____          Level: ___ Code: ___

OFFENSE DESCRIPTION:  Place and Location: _____

Time: __6:30 a.m.__  Date: __9/11/90__  On the date and at the place above,

Inmate __Beatty, Tracy__          TDCJ No. __485951__ ,

failed to report for his medical appointment.

Witnesses: _____

__Criddle/COIII/1st__
Reporting Employee's Name (Title & shift/card/location)

**INMATE NOTIFICATION**

Time & Date Notified __0648   10-6-90__   Notifying Official/Title __Douglas R Bell CoII__
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.  __10-14-90__

_____
Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_____
Inmate's Signature/Date

**USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY**

| Offense code (s) | 2.27 | | | |
| --- | --- | --- | --- | --- |
| Inmate plea | ( )G (✓)NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | (✓)G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |
| Inmate's Statement: | | | | |
| Penalty: | | | | |

__10-14-90   7:30 PM__          _____          _____
Hearing Date and Time       Hearing Officer's Signature       Warden's Signature

FORM I-47
(Rev. 05/90)          (If you do not understand this form, contact your Correctional Counselor for assistance.
                      Si usted no entiende esta forma, pongase en contacto con su consejero correccional.)

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

...E: 910020496 TDCJ-ID#: 485,51 NAME: BEATTY, TRACY LANE          EA: PHS
..T: BC  HSNG: 8CB1  01      JOB: INSIDE WORK SQUAD #3          IQ: 092
ASS: L1  CUST: CC  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES/NO
.ADE: MI / RWL  OFF.DATE: 02/19/91  08:45 PM  LOCATION: BC PILL LINE

OFFENSE DESCRIPTION

! THE DATE AND TIME ABOVE, AND AT 8 BLDG PILL WINDOW, INMATE BEATTY, TRACY LANE,
`DCJ-ID NO. 485951, DID ENGAGE IN A FIGHT WITHOUT A WEAPON WITH INMATE JACKSON,
`ONALD TDCJ-ID NO. 526592.

.IARGING OFFICER: BOHNER, S COIII                      SHIFT/CARD: 2 F

INMATE NOTIFICATION

.ME & DATE NOTIFIED: 2048  2-27-91___      BY:(PRINT) R. Bennett COIII_____
.. ILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
.TICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
.ATEMENT.
.IMATE NOTIFICATION SIGNATURE: X Tracy Lane Beatty_____  DATE: 2-27-91_
` SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
.ARING OFFICER TO PROCEED WITH THE HEARING.
.IMATE WAIVER SIGNATURE: _Tracy Lane Beatty_____  DATE: 2-27-91_

HEARING INFORMATION

.ARING DATE: 2-27-91 TIME: 2125___
.IMATE STATEMENT: _I am guilty_____
-------------------------------------------------------------------------
-------------------------------------------------------------------------

.FENSE CODES:                    |_21.0_|_____|_____|_____|
.IMATE PLEA: (G, NG, NONE) |_G__|_____|_____|_____|
.NDINGS:  (G, NG, DS)  |_G__|_____|_____|_____|

PUNISHMENT

.SS OF PRIV(DAYS)___22__   REPRIMAND..................
.RECREATION(DAYS)_____   EXTRA DUTY(HOURS)...........
.COMMISSARY(DAYS)_15__   CONT.VISIT SUSP THRU __/__/__
.PROPERTY(DAYS).......   CELL RESTR(DAYS)............
_____(DAYS)......

.IMATE SIGNATURE FOR RECEIPT OF FINAL REPORT X Tracy Lane Beatty_____

.t Leslie M. Noyes_____              _____
.ARING OFFICER(PRINT)                    WARDEN

.ORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
.EV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 910128226 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE          EA:
UNIT: EA    HSNG: R-2    05      JOB: GARMENT FACTORY (TEMPORARY)    IQ: 101
CLASS: S4  CUST: MI  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
GRADE: MA / JBR  OFF.DATE: 08/20/91  02:30 PM  LOCATION: EA HALLWAY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND IN HALLWAY, INMATE BEATTY,TRACY LANE, TDCJ-ID
NO. 485951, WAS IN THE INFIRMARY WHEN IN FACT SAID INMATE HAD NO AUTHORIZATION
TO BE IN SUCH PLACE. INMATE BEATTY DID LEAVE HIS AREA WHICH RESULTED IN A
BREACH OF INSTITUTIONAL SECURITY IN THAT SUCH ACT CAUSED HIM TO BE UNACCOUNTED
FOR.

CHARGING OFFICER: GAMEZ, O. CO III              SHIFT/CARD: 2 B

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: *4:16AM  8/23/91*  BY:(PRINT) *J Johnson*
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE: *Tracy Beatty*          DATE: *8/23/91*
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____          DATE:_____

### HEARING INFORMATION

HEARING DATE *8/26/91*  TIME: *12:15 PM* TAPE# *1257*  SIDE# *II* START# *445* END# *478*
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------
--------------------------------------------------------------

OFFENSE CODES:      | 27.0 | 23.0 |_____|_____|
INMATE PLEA: (G, NG, NONE) | G | NG |_____|_____|
FINDINGS: (G, NG, DS)    | G | G |_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__  BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:_____

HEARING LENGTH: *10* (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND...........✓    SOLITARY(DAYS)...........
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS)..........    REMAIN LINE 3............
 *COMMISSARY(DAYS) *30*   CONT.VISIT SUSP THRU __/__/__  REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS).......... *30*  GOOD TIME LOST(DAYS)..____
 *_____(DAYS)..____    SPECIAL CELL RESTR(DAYS)_____  DAMAGES..........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____
----- *Beincy was infirmy when he was supposed to be* _____
*at Classification* _____
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____  NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: *Tracy Lane Beatty*
*DW Wyatt* _____ *Moore* _____
HEARING OFFICER (PRINT)   WARDEN          STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORM

Nº 50745

## TEXAS DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

| Type of Report: | |
|---|---|
| Major | ☒ |
| Minor | ☐ |

Disciplinary Report No.

Date of Offense: **JULY 15, 1988**

DIAGNOSTIC
UNIT

NAME: **BEATTY, TRACY L.**   TDC No: **485951**   CLASS: **S.A.T.IV**

CELL / WING: **B-2**   ASSIGNMENT: **TRANSIENT**

REPORTING OFFICER: **W. PETITT**   TITLE: **SERGEANT**

OFFENSE (TITLE & CODE No.): **LEVEL 3 CODE 42 USE OF INDECENT LANGUAGE OR VULGAR LANGUAGE IN THE PRESENCE OF OR DIRECTED AT AN EMPLOYEE**

OFFENSE DESCRIPTION: **ON JULY 15, 1988 AT APPROXIMATELY 11:40 A.M. I, SGT. PETITT, WHILE WORKING THE SOUTH DESK, RECEIVED A CALL FROM MS. COOK STATING THAT OFFICER ALLEN WAS HAVING A PROBLEM WITH AN INMATE. WHEN I ARRIVED, I OBSERVED INMATE BEATTY, TRACY #485951 AND OFFICER ALLEN HAVING A CONFRONTATION. I ASKED OFFICER ALLEN WHAT THE PROBLEM WAS. SHE TOLD ME THT INMATE BEATTY WOULD NOT BE QUIET IN THE HOSPITAL AND THAT SHE HAD TOLD HIM SEVERAL TIMES TO BE QUIET. I INSTRUCTED INMATE BEATTY TO GO TO THE SOUTH DESK. BECAUSE I HAD HAD AN ALTERCATION WITH INMATE BEATTY ON 7/14/88 AND BECAUSE OF HIS ATTITUDE TOWARD OFFICER ALLEN, I MADE THE DECISION TO PLACE HIM IN SPECIAL HOUSING (B-2). AS OFFICER WALLACE AND I PLACED INMATE BEATTY IN B-2 HE STATED, "I'VE DONE TIME ON DARRINGTON AND NEVER CAUGHT A CASE, I COME TO THIS FUCKED UP FARM AND GET SENT TO LOCK-UP. YOU PUT ME BACK IN POPULATION AND I'LL GIVE YOU A REASON TO LOCK ME UP. THAT'S A GODDAMN PROMISE." I THEN ASKED INMATE BEATTY, "EXCUSE ME?" HE AGAIN STATED, "YOU PUT ME BACK IN POPULATION AND I'LL GIVE YOU A REASON TO LOCK ME UP. THAT'S A PROMISE." BECAUSE OF INMATE BEATTY'S ACTIONS I REQUEST THAT HE APPEAR BEFORE THE UNIT DISCIPLINARY HEARING OFFICER.**

---

### FOR USE WITH MINOR DISCIPLINARY

Penalty: _____

_____   _____
Hearing Officer's Signature   Hearing Date

_____
Warden's Approval

Reporting Officer's Signature: *W. Petitt*

Date: **7-18-88**

Time & Date Inmate Notified: *7/8/88 11:4 AM*   Notifying Officer: *C. Marshall*

Witness(es) Requested? Yes ☐   No ☐ List, if Yes: _____

Wishes to Present Documentary Evidence? Yes ☐   No ☐ List, if Yes: _____

Counsel Substitute Requested? Yes ☐   No ☐

You will appear before the Disciplinary Committee 24 hours or more after receipt of this notice.

_____
Inmate's Signature

Inmate waiver of his / her right to 24 hour notice:

_____
Inmate's Signature

I-47 (Rev. 6-84)

TDCJ-ID I   PRELIMINARY REPORT AND HEARING RECORD

CASE: %20107506 TDCJ-ID#: _-5951 NAME: BEATTY,TRACY L;
UNIT: DU  HSNG: UNASGN              JOB: UNASSIGNED-TRANSIENT                    EA:
CLASS:    CUST:      PRIMARY LANGUAGE: ENGLISH                    IQ: 000
GRADE: MA / JWW  OFF.DATE: 03/02/92  12:30 PM  LOCATION: DU RECEIVING PROCESS RM
                                                          MHMR RESTRICTIONS: YES/NO

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT RECEIVING DEPT., INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT: "I'VE BEEN LAYING AROUND THE
COUNTY JAIL WITH THIS RASH, I WANT TO GO TO THE FUCKING HOSPITAL. FUCK YOU, I
AIN'T SIGNING ANYTHING", DIRECTED TO ME, DAVID MERRELL, EMT-SS.

CHARGING OFFICER: MERRELL, DAVID                    SHIFT/CARD: 1 Z

## INMATE NOTIFICATION

TIME & DATE NOTIFIED: 03/04/92  12:4 PM  BY:(PRINT) Oates C5D
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE:_____  DATE:_____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: X Tracy Lane Beatty            DATE: 03/04/92

## HEARING INFORMATION

HEARING DATE: 3/4/92 TIME: 1:40 TAPE# 12 3  SIDE# B  START# 159  END# 184
EXPLAIN BELOW BY NUMBER:(1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING._____

OFFENSE CODES:        |_42.0_|_____|_____|_____|_____|
INMATE PLEA: (G, NG, NONE)  |_NG_|_____|_____|_____|_____|
FINDINGS:  (G, NG, DS)    |_G_|_____|_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__  BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: Mr. Merrills statement at the hearing
                                                        8-29-97

HEARING LENGTH: 5 (MINUTES)
                                                        1-19-98

## PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND.............  SOLITARY(DAYS)...._____
*RECREATION(DAYS)____    EXTRA DUTY(HOURS)..........___  REMAIN LINE 3....5P 3V
*COMMISSARY(DAYS)____    CONT.VISIT SUSP.THRU __/__/__  REDUC.CLASS FROM S4 TO S5
*PROPERTY(DAYS)..____    CELL RESTR(DAYS)...........  GOOD TIME LOST(DAYS)._____
*_____(DAYS)..____    SPECIAL CELL RESTR(DAYS).........  DAMAGES.....$_____
SPECIFIC, FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: offense show
a total disregard for the rules & no defense,

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____  NO / NA
IS PLACED IN PRE-HEARING DETENTION: N/A
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Refused D. Sug.
KR Wheat        Jim Shisler
HEARING OFFICER (PRINT)  WARDEN
                                        STATE CLASS COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 930200294  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE       EA.
UNIT: DA   HSNG: H-1   07       JOB: KITCHEN HELPER  MAIN KT       IQ: 100
CLASS: S4  CUST: MI  PRIMARY LANGUAGE: ENGLISH       MHMR RESTRICTIONS: YES/NO
R  : MI / JMT  OFF.DATE: 07/20/93  05:00 AM  LOCATION: DA H LINE 1 ROW

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT H-107 CELL, INMATE BEATTY,TRACY LANE, TDCJ-
ID NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE
REASON.

CHARGING OFFICER: THOMAS, M. CO III          SHIFT/CARD: 1 E

### INMATE NOTIFICATION

T    & DATE NOTIFIED: _2252_ _7-30-93_  BY:(PRINT)_J. LaChapelle COM_
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: _Ref. to Sign JL_____  DATE: _7-30-93_
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  DATE: _____

### HEARING INFORMATION

HEARING DATE: _8-8-93_ TIME: _505 PM_
INMATE STATEMENT: _____
_____
_____Refused_____
_____

OFFENSE CODES:            |_25.0_|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |_N/G_|_____|_____|_____|
FINDINGS:  (G, NG, DS)     |_G_|_____|_____|_____|

### PUNISHMENT

LOSS OF PRIV(DAYS)_____   REPRIMAND..................._X_
 *RECREATION(DAYS)_____   EXTRA DUTY(HOURS)...........
 *COMMISSARY(DAYS)_____   CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)._____    CELL RESTR(DAYS)...........
 *_Dcl_(DAYS)._15_

  TE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Refyed_____

_D. O. Hott  CAM_                    _DB McElrany_
HEARING OFFICER(PRINT)               WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

# TE   DEPARTMENT OF CORRECT
## DISCIPLINARY REPORT

№ 509236

| Type of Hearing: |
|---|
| Major ( ) |
| Minor ( X ) |
| y: A. ANDERSON |
| nk: MAJOR |
| Informal Resolution |
| Not Appropriate ( X ) |

DARRINGTON
Unit

Disciplinary Report No.
11/16/89
Date of Offense
L3                CC
Time-Earning Class & Custody
Eligible for Language Assistance:
Yes ( ) No (x)
MHMR Restrictions:
Yes ( ) No ( )

Inmate's Name: BEATTY,        TRACY         TDC No.        485951
(Last,        First)

Housing Assignment: L-124        Job Assignment: 10 sqd  =
(Wing-Cell/Dorm-Bed)

Level: 2 Code: 24 Refuse/fail to obey an order Level: 2 Code: 16 Possession of contraband

Level: 2 Code: 12 Possession of unauthorized drugs Level: ___ Code: ___

OFFENSE DESCRIPTION:   Place and Location: P-3    L-line 123

Time: 11:40 pm   Date: 11/16/89   On the date and at the place above,

Inmate BEATTY, TRACY        TDC No.        485951        was found to have in
his cell during a routine shakedown; a homemade stinger, a pocket watch with no property
slip, 35 extra first aid antibiotic ointment, and 15 orange pills with the number M38 branded
on them.  After consulting with the unit infirmary nursing staff, they told me that the
pills were for physchological behavior and that i/m Beatty should have taken the pills
when they were give to him.  I/m Beatty claimed all the contraband that was found in his
cell.  I/m Beatty has been informed that disciplinary action shall be taken against him
for the above rule violations.

24          12          16
G_          G_          G ✓
NG ✓        NG ✓        NG_

Witnesses: _____

R. ANTOINE, CO III/3B/bldg
dac        Reporting Employee's Name (Title & shift/card/location)

INMATE NOTIFICATION

Time & Date Notified 4800 11-28-89   Notifying Official/Title a.Dallen CoII
You will appear before a Hearing Officer 24 hours or more after receipt of this notice.
For minor hearings you have the right to submit a written statement and make a verbal statement.

Refused To Sign
Inmate's Signature/Date

By signing here, you give up your right to 24-hour notice and authorize the hearing officer to proceed with hearing.

_____
Inmate's Signature/Date

## USE THIS SECTION FOR MINOR DISCIPLINARY HEARINGS ONLY

| Offense code (s) | 24 | 12 | 16 | |
|---|---|---|---|---|
| Inmate plea | ( )G (X)NG ( )None | ( )G (X)NG ( )None | (X)G ( )NG ( )None | ( )G ( )NG ( )None |
| Hearing Officer's finding | ( )G (X)NG ( )Dism. | ( )G (X)NG ( )Dism. | (X)G ( )NG ( )Dism. | ( )G ( )NG ( )Dism. |

nate's
tatement:
Penalty: 30 days Commissary Restriction   30 days Rec restriction
12-11-89  2000        n. Orch        C.T. O'Neill
Hearing Date and Time        Hearing Officer's Signature        Warden's Signature

FORM I-47        (If you do not understand this form, contact your Correctional Counselor for assistance.
(Rev. 9-88)        Si usted no entiende esta forma, póngase en contacto con su consejero correccional.)        LO019

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 940064653  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE
UNIT: DA  HSNG: L-1  25  JOB: FIELD OPER/INSIDE YARD SQD 14  EA: 12.9  IQ: 100
CLASS: S3  CUST: ME  PRIMARY LANGUAGE: ENGLISH  MHMR RESTRICTIONS: (YES)NO
GRADE: MI / JMT  OFF.DATE: 12/14/93  04:30 AM  LOCATION: DA LAUNDRY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE LAUNDRY, INMATE BEATTY,TRACY LANE, TDCJ-ID NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE REASON.

*DSWD*
*JM*

CHARGING OFFICER: GONZALES, J. L. LAUNDRY MGR II  SHIFT/CARD: 1 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 12-19-93  09:20  BY:(PRINT) Kiser CODE
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL STATEMENT.
INMATE NOTIFICATION SIGNATURE: _____  DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  DATE: 12-19-93

### HEARING INFORMATION

HEARING DATE: 12-21-93 TIME: 0615
INMATE STATEMENT: _____
REFUSED TO APPEAR "

OFFENSE CODES: | 25.0 | | | | |
INMATE PLEA: (G, NG, NONE) | G | | | | |
FINDINGS: (G, NG, DS) | G | | | | |

### PUNISHMENT

LOSS OF PRIV(DAYS) _____  REPRIMAND.............. ✓
*RECREATION(DAYS) 30  EXTRA DUTY(HOURS)....... _____
*COMMISSARY(DAYS) 30  CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS).. _____  CELL RESTR(DAYS)........ _____
*Dayroom (DAYS).. 30

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

J.E. Wot
HEARING OFFICER(PRINT)                    WARDEN

FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

DISC. PRELIMINARY REPORT AND HEARING RECORD

CASE: 940063340 TDCJ-ID#: 485951 NAME: BEATTY,TRACY L E          EA: 12.9
UNIT: DA  HSNG: L-1   25      JOB: LAUNDRY SORTER                 IQ: 100
CLASS: S3  CUST: ME  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
GRADE: MI / JMT  OFF.DATE: 12/11/93  06:00 AM  LOCATION: DA LAUNDRY

OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE LAUNDRY, INMATE BEATTY,TRACY LANE, TDCJ-
ID NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE
REASON.

CHARGING OFFICER: GONZALES, J. L. LAUNDRY MGR II    SHIFT/CARD: 1 H

INMATE NOTIFICATION

TIME & DATE NOTIFIED: 0430 12-21-93    BY:(PRINT) Sgt Alvarado.
() WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMTENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: I/m Ref to Sign Sgt A          DATE: 12-21-93
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____      DATE:_____

HEARING INFORMATION

HEARING DATE: 12-24-93  TIME: 2137
INMATE STATEMENT: I my pass expired 12-11-93 midnight
_____
Mrs Colvin LVN States I/m was suppose to go to work

| OFFENSE CODES: | 25.0 | | | |
|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | NG | | | |
| FINDINGS: (G, NG, DS) | G | | | |

PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND............____    ✓
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS).......____
 *COMMISSARY(DAYS) 15     CONT.VIST SUSP THRU __/__/__
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS)...........____
 * Dayroom (DAYS).. 3 0

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Tracy Lane Beatty
_____
J. C. Rodriguez                              _____
HEARING OFFICER(PRINT)                        WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 940040204 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE          EA: 12.9
UNIT: DA   HSNG: H-1    07      JOB: KIT HELP MAIN KIT 3RD SHIFT   IQ: 100
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
CODE: MA / JMT  OFF.DATE: 10/31/93  01:30 AM  LOCATION: DA HALLWAY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT P-2 HALL, INMATE BEATTY,TRACY LANE, TDCJ-ID
NO. 485951, DID POSSESS CONTRABAND, NAMELY, FOUR (4) POUNDS OF ROASTED PEANUTS
AND ONE BROWN BAG OF FLOUR, WHICH ARE ITEMS THAT ARE NOT ALLOWED OR ASSIGNED AN
INMATE NOR SOLD THROUGH COMMISSARY.

CHARGING OFFICER: PEREZ, T. CO III               SHIFT/CARD: 3 C

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 8:05AM 11/8/93 BY:(PRINT) B Ross CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: Tracy Lane Beatty DATE: 11/8/93
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____ DATE:_____

### HEARING INFORMATION

HEARING DATE: 11/9/93 TIME: 2:17pm TAPE: 5233 SIDE# 2 START# 278 END# 298
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
HEARING._____
_____
_____ N/A _____
_____

OFFENSE CODES:       |_16.0_|_____|_____|_____|  8-23-99
INMATE PLEA: (G, NG, NONE) |_G_|_____|_____|_____|
FINDINGS:  (G, NG, DS) |_G_|_____|_____|_____|  8-23-99
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT  B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:_____ A + B _____
_____

HEARING LENGTH: 3 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND.............✓   SOLITARY(DAYS).........____
*RECREATION(DAYS)____    EXTRA DUTY(HOURS).........____  REMAIN LINE 3....____
*COMMISSARY(DAYS) 30     CONT.VISIT SUSP THRU __/__/__   REDUC.CLASS FROM S3 to S4
*PROPERTY(DAYS)..____    CELL RESTR(DAYS)......____  GOOD TIME LOST(DAYS)._____
*_____(DAYS)..____    SPECIAL CELL RESTR(DAYS).____  DAMAGES.........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____
_____ Due to possession of contraband. _____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____    NO / NA
DATE PLACED IN PRE-HEARING DETENTION: N/A
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Tracy Lane Beatty
_____
HEARING OFFICER (PRINT)   WARDEN          STATE CLASS COMMITTEE MEMBER
(FORM I-47MA CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 940065477 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE            EA: 12.9
UNIT: DA   HSNG: L-1   25      JOB: FIELD OPER/INSIDE YARD SQD 14   IQ: 100
CLASS: S3  CUST: ME  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: (YES)/NO
DE: MA / JMT  OFF.DATE: 12/15/93  11:30 AM  LOCATION: DA CLASSIF. OFFICE

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE CLASSIFICATION OFFICE, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT:  "YOU'RE AN ASS
HOLE." DIRECTED AT COUNSELOR NOLEN.

CHARGING OFFICER: NOLEN, W. CLASSIFICATION COUNS    SHIFT/CARD: 1 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: _11:08AM 10-23-93_ (PRINT) _B Ross CSII_
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: _Tracy Lane Beatty_  DATE: _10/23/93_
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____    DATE: _____

### HEARING INFORMATION

HEARING DATE: _12/29/93_ TIME: _1:18 PM_ TAPE# _3244_ SIDE# _1_ START# _231_ END# _252_
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
HEARING.

_Logged in    Failed to Appear_

OFFENSE CODES: _____| _42.0_ |_____|_____|_____|
INMATE PLEA: (G, NG, NONE) | _NG_  |_____|_____|_____|           _5-19-2000_
FINDINGS:  (G, NG, DS)     |_____|_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)__ (HEARING)___    BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT  (A)ADMISSION OF GUILT  (B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: _A & B_

HEARING LENGTH: _4_ (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND.............._____    SOLITARY(DAYS)........_____
 *RECREATION(DAYS)_30_    EXTRA DUTY(HOURS)......._____    REMAIN LINE 3....._____
 *COMMISSARY(DAYS)____    CONT.VISIT SUSP THRU __/__/__   REDUC.CLASS FROM _S4_ TO _L_
 *PROPERTY(DAYS)...____   CELL RESTR(DAYS).......____    GOOD TIME LOST(DAYS)_____
 *_____(DAYS)..._____ SPECIAL CELL RESTR(DAYS)._____   DAMAGES..........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
_Due to use of indecent + vulgar language._

DIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____    NO / (NA)
DATE PLACED IN PRE-HEARING DETENTION: _N/A_
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Logged in   Failed to Appear_
_C. Ellingburg_          _B McCraw_
HEARING OFFICER (PRINT)    WARDEN          STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID  DISCIPLINARY REPORT AND HEARING RECORD

```
CASE: 950008324 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE              EA: 12.9
UNIT: DA   HSNG: L-1    23      JOB: FIELD OPER/DA SQD 11              IQ: 100
CLASS: S4  CUST: ME  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/N
GRADE: MI / JMT  OFF.DATE: 09/09/94  11:35 PM  LOCATION: DA L LINE 1 ROW
```

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT L-123, INMATE BEATTY,TRACY LANE, TDCJ-ID NO.
485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE REASON

CHARGING OFFICER: MOUNSEY, D. COIII              SHIFT/CARD: 3 F

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: Sept 15, 94              BY:(PRINT) C. NEWSOME
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMTENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: Refused To Sign              DATE:_____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____      DATE:_____

### HEARING INFORMATION

HEARING DATE: 22 Sept 94 TIME: 1449 hrs
INMATE STATEMENT: My face was raw and I could not go to work
_____
_____
_____

```
OFFENSE CODES:       |__25.0__|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |__NG__|_____|_____|_____|
FINDINGS:  (G, NG, DS)     |__NG__|_____|_____|_____|
```

### PUNISHMENT

```
LOSS OF PRIV(DAYS)____   REPRIMAND.................  ____
 *RECREATION(DAYS)____   EXTRA DUTY(HOURS).........____
 *COMMISSARY(DAYS)____   CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)..____   CELL RESTR(DAYS)..........____
 *_____(DAYS)..____
```

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X Tracy Lane Beatty

J. D. Hosea, Ld.                                DBM Brown
HEARING OFFICER(PRINT)                          WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORM

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 950098525 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE                     EA  12.7
UNIT: DA  HSNG: G-1    05 3-120  JOB: COUNTER ATTND 1ST SHFT                  IG  100
CLASS: S4  CUST: MI  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/N
GRADE: MI / LGR  OFF.DATE: 12/26/94  08:00 AM  LOCATION: DA G LINE 1 ROW

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT G-105, INMATE BEATTY,TRACY LANE, TDCJ-ID NO.
485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE REASON

CHARGING OFFICER: WARD, S. COIII                    SHIFT/CARD. 1 A

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 0100 , 1-4-95 ____     BY:(PRINT) _Officer E. Christopher_
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____     DATE: _____

### HEARING INFORMATION

HEARING DATE: 1.22-95  TIME: 1948 --
INMATE STATEMENT: __She told me I wasn't on the roster__
_____
_____

OFFENSE CODES:       | 25.9 |      |      |      |
INMATE PLEA: (G, NG, NONE) | NG |      |      |      |
FINDINGS : (G, NG, DS)     | G  |      |      |      |

### PUNISHMENT

LOSS OF PRIV(DAYS) _____     REPRIMAND. . . . . . . . . . . . .  ✓
 *RECREATION(DAYS) _____     EXTRA DUTY(HOURS). . . . . . . .
 *COMMISSARY(DAYS) _____     CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS) . _____     CELL RESTR(DAYS). . . . . . . .
 *dayroom__(DAYS). 10

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X _Tray Lane Beatty_

_____          _____
HEARING OFFICER(PRINT)                    WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS RE
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE EST

ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 950039214 TDCJ-ID#: 485951 NAME: BEATTY, TRACY LANE      EA: 12.9
UNIT: DA   HSNG: L-1   23      JOB: FIELD OPER/DA SQD 11        IQ: 100
CLASS: L1  CUST: ME   PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
ADE: MI / JMT   OFF.DATE: 10/15/94  10:34 PM  LOCATION: DA L LINE DAYROOM

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT L-LINE DAYROOM, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, WAS ORDERED BY OFFICER C. JONES TO STEP OUT OF L DAYROOM FOR
THE UNIT 2230 COUNT AND SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: JONES, C. COIII                SHIFT/CARD: 3 F

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 10/20/94 ___155___   BY:(PRINT) K Kahler

YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.

INMATE NOTIFICATION SIGNATURE: ___Tracy Lane Beatty___   DATE: 10-20-94

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: _____   DATE: _____

### HEARING INFORMATION

HEARING DATE: 10-20-94 TIME: 2040

INMATE STATEMENT: _____
_____
___"I DIDNT NO WHAT HE___
___WAS TALKING ABOUT"___

| OFFENSE CODES: | 24.0 | | | |
| INMATE PLEA: (G, NG, NONE) | NG | | | |
| FINDINGS: (G, NG, DS) | G | | | |

### PUNISHMENT

LOSS OF PRIV(DAYS) ___      REPRIMAND................... ✓
*RECREATION(DAYS) 45        EXTRA DUTY(HOURS) ..........
*COMMISSARY(DAYS) 30        CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS) ..____      CELL RESTR(DAYS) ...........
*_____(DAYS) ..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: ___Tracy Lane Beatty___

___Lt. Gist___                        ___B Snelson___
HEARING OFFICER(PRINT)                 WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORM

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 950157525 TDC NO: 485951 NAME: BEATTY,TRACY LANE
UNIT: DA  HRS: J-1   20   JOB: LAUNDRY FOLDER
CLASS: S4  MIN: MI  PRIMARY LANGUAGE: ENGLISH
CODE: MI / LGR  OFF DATE: 03/01/95  04:53 AM  LOCATION: DA J LINE 1 ROW

OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT J-LINE 120, INMATE BEATTY,TRACY LANE, TDC
NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE
REASON.

CHARGING OFFICER: MOUNSEY, D. COIII          SHIFT/CARD: 3 F

INMATE NOTIFICATION

TIME & DATE NOTIFIED: 3-2-95  2332  BY:(PRINT) J SLAWSN
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF
NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: Tray Lane West          DATE:
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:          DATE:

HEARING INFORMATION

HEARING DATE 3-22-95 TIME 0800
INMATE STATEMENT:

UNABle To Wok in the laundry due to HS-18
ReASsiGn to Kitchen on 3-31-95

OFFENSE CODES:                25.0
INMATE PLEA (G, NG, NONE):    NG
FINDING (G, NG, DS):          DS

PUNISHMENT

LOSS OF PRIV(DAYS)          REPRIMAND
  *RECREATION(DAYS)           EXTRA DUTY(HOURS)
  *COMMISSARY(DAYS)           CONT.VISIT SUSP THRU
  *PROPERTY(DAYS)             CELL RESTR(DAYS)
  *          (DAYS)

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT  Tray Lane Beatty

M. And          aweot

(FORM I-47MI)
(REV. 93-90)

## IDC-IID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 950156521 TDCJ-ID: 485951 NAME: BEATTY,TRACY LANE

UNIT: DA  WING: J-1   20   JOB: LAUNDRY FOLDER  MIN. RESTRICTION: YES

STATUS: S4  CUST: MI  PRIMARY LANGUAGE: ENGLISH

DATE: MI , LGR  OFF.DATE: 02/28/95  05:00 AM  LOCATION: DA J LINE 1 ROW

### DEFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT J-LINE 120, INMATE BEATTY,TRACY LANE, TDCJ-
NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE
REASON.

CHARGING OFFICER: GONZALES, J. L. LMII          SHIFT/CARD: 4 Z

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 3-7-95 _____ 2333 ____ BY: (PRINT) _J SLAWSM_

YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.

INMATE NOTIFICATION SIGNATURE: _Tracy Lane Beatty_          DATE: _____

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: _____          DATE: _____

### HEARING INFORMATION

HEARING DATE: 3-22-95 ___ TIME: 0800 _____

INMATE STATEMENT

UNABLE TO Work in the Laundry due to HS-18.
Reassign to Kitchen on 3-21-95

OFFENSE CODE: _____

INMATE PLEA: (G, NG, NONE) _NG_

FINDINGS: (G, NG, DS) _DS_

### PUNISHMENT

| | |
|---|---|
| LOSS OF PRIV(DAYS) _____ | REPRIMAND _____ |
| *RECREATION(DAYS) _____ | EXTRA DUTY(HOURS) _____ |
| *COMMISSARY(DAYS) _____ | CONT.VISIT SUSP THRU __/__/__ |
| *PROPERTY(DAYS) _____ | CELL RESTR(DAYS) _____ |
| *_____ (DAYS) _____ | |

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Tracy Lane Beatty_

HEARING OFFICER(PRINT)          OFFICER

(FORM I-47M)
(REV. 03-90)

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 940203431 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE        RA: 12.9
UNIT: DA   HSNG: E-1    20      JOB: FIELD OPER/DA SQD 11          IQ: 100
CLASS: S4  CUST: MI  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES/NO
GRADE: MA / JMT  OFF.DATE: 07/16/94  09:27 PM  LOCATION: DA E LINE 1 ROW

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT E LINE DAYROOM, INMATE BEATTY,TRACY LANE,TDC
-ID NO. 485951, DID GRAB A HOLD OF THE E LINE DAYROOM DOOR AND STOPPED SAID
OFFICER FROM CLOSING THE DOOR TO THE DAYROOM WHICH RESULTED IN A DISRUPTION OF
OPERATIONS IN THAT SUCH ACT CAUSED A DELAY IN RUNNING THE ONE WAY OUT ON ALL
THREE ROWS OF E LINE. INMATE BEATTY MADE THE FOLLOWING STATEMENT:"YOU SUCK MY
MOTHER FUCKING DICK." DIRECTED AT OFFICER D. MOUNSEY.


CHARGING OFFICER: MOUNSEY, D. COIII            SHIFT/CARD: 3 F

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 11:50AM  7/21/94 BY:(PRINT) P. Ross CS IV
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT 7/21/9
NOTICE. INMATE NOTIFICATION SIGNATURE: Tracy Lane Beatty  DATE: 7/21/9
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____        DATE:_____

### HEARING INFORMATION

HEARING DATE: 7/28/94 TIME: 10:40A TAPE#5309  SIDE# 2  START# 319  END# 35
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENT
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.
_____
_____ N/A _____
_____

| OFFENSE CODES: | 23.0 | 42.0 | | | 5 20 2000 |
| INMATE PLEA: (G, NG, NONE) | NG | G | | | 5-14-2000 |
| FINDINGS: (G, NG, DS) | DS | G | | | |

REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER
EXPLAIN IN DETAIL:_____
_____ A & B _____

HEARING LENGTH: 5  (MINUTES)

### PUNISHMENT

| LOSS OF PRIV(DAYS)_____ | REPRIMAND...................✓ | SOLITARY(DAYS)........... |
| *RECREATION(DAYS)_____ | EXTRA DUTY(HOURS)........... | REMAIN LINE 3............. |
| *COMMISSARY(DAYS)_____ | CONT.VISIT SUSP THRU __/__/_ | REDUC.CLASS FROM 84 TO 5 |
| *PROPERTY(DAYS)........ | CELL RESTR(DAYS).......... | GOOD TIME LOST(DAYS)..... |
| *_____(DAYS).... | SPECIAL CELL RESTR(DAYS).. | DAMAGES.........$____ |

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
Due to use of indecent & vulgar language

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION: NA
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT X Tracy Lane Beatty
C. Ellingburg         R3 McCleary         STATE CLASS.COMMITTEE M
HEARING OFFICER (PRINT)     WARDEN         STATE CLASS.COMMITTEE M
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS 'FORM'
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD
CASE: 950251306 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE          EA: 12.9
UNIT: DA   HSNG: J-1   20       JOB: COOK MAIN KIT 1ST SHIFT        IQ: 100
SS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
GRADE: MI / JS   OFF.DATE: 06/11/95  06:30 PM  LOCATION: DA HALLWAY

OFFENSE DESCRIPTION
ON THE DATE AND TIME ABOVE, AND AT P-3 HALLWAY, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT: "SEWELL YOU ARE A DICK
SUCKING BITCH, YOU ARE A SORRY MOTHER FUCKER." DIRECTED AT OFFICER SEWELL.

CHARGING OFFICER: SEWELL, D. COIII          SHIFT/CARD: 2 F
INMATE NOTIFICATION
TIME & DATE NOTIFIED: 2338   6-14-95   BY:(PRINT)___W.Wilson_____
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMTENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: X _Tracy Lane Beatty_ DATE:_____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____ DATE:_____

HEARING INFORMATION
HEARING DATE: 6-18-95 TIME: 2210
INMATE STATEMENT:__Guilty_____
_____
_____
_____

OFFENSE CODES:      | 42.0 |_____|_____|_____|_____|
INMATE PLEA: (G, NG, NONE) | G |_____|_____|_____|_____|
FINDINGS:  (G, NG, DS)  | G |_____|_____|_____|_____|

PUNISHMENT
LOSS OF PRIV(DAYS)____    REPRIMAND.............. ____
 *RECREATION(DAYS)____    EXTRA DUTY(HOURS).........____
 *COMMISSARY(DAYS)____    CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS)..........____
 *_Prperm_(DAYS)..__15_

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Tracy Lane Beatty_____

_N. G. Rodriguez_____         _Albert_____
HEARING OFFICER(PRINT)               WARDEN

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 960002861  TDCJ-IDS: 485951  NAME: BEATTY, TRACY LANE          EA: 12.9
UNIT: DA  HSNG: D1A  17  JOB: UNASSGN PHD                    IQ: 100
CLASS: S3  CUST: MI  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: (YES) NO
GRADE: MA / LGR  OFF.DATE: 09/04/95  11:55 AM  LOCATION: DA SEARCHER'S DESK

UCC
9/19/95

### OFFENSE DESCRIPTION

(SEE ATTACHED FORM)

CHARGING OFFICER: BRYANT, L. CO III              SHIFT/CARD: 1 A

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 9/8/95 1:57PM BY: (PRINT) PO Ross CS III
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE: _____ DATE: 9/8/95
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____ DATE: _____

### HEARING INFORMATION

HEARING DATE: 9-14-95  TIME: 1210  TAPE# 3422  SIDE# 2  START# 434  END# 488
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _Inmate refused to attend_
_Stated "Do what your gonna do as he_
_exited the room"_

| OFFENSE CODES | 23.0 | 24.0 | 42.0 | |
|---|---|---|---|---|
| INMATE PLEA (G, NG, NONE) | NG | NG | NG | 9-14-99 |
| FINDINGS: (G, NG, DS) | G | G | G | 921 2000 |

REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)___ (HEARING)___ BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL: _Officers report Witness Testimony_
_Documentary Evidence_

HEARING LENGTH: 10 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND.............___   SOLITARY(DAYS).........___
*RECREATION(DAYS) 30    EXTRA DUTY(HOURS).....___   REMAIN LINE 3.........___
*COMMISSARY(DAYS) 30    CONT.VISIT SUSP THRU __/__/__  REDUC.CLASS FROM S3 TO L1
*PROPERTY(DAYS)____     CELL RESTR(DAYS)......___   GOOD TIME LOST(DAYS) √90
*_____ (DAYS)____       SPECIAL CELL RESTR(DAYS)___  DAMAGES.........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
_To deter future offenses of this nature._

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION: _____
(INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT) _refuse to attend_

Capt. K. Guidry   Abbot
HEARING OFFICER (PRINT)   WARDEN          STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA) CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA.

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 960013459 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE
UNIT: DA   HSNG: I-1   18   JOB: FIELD OPER/DA SQD 11
CLASS: S3   CUST: MI   PRIMARY LANGUAGE: ENGLISH   MENT RESTRICTIONS: YES/NO
GRADE: MA / LGR   OFF.DATE: 09/11/95  01:35 PM  LOCATION: DA INFIRMARY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE INFIRMARY FRONT ENTRANCE, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, WAS ORDERED BY OFFICER HOUSTON TO GO INSIDE THE
INFIRMARY WAIT ROOM AND SAID INMATE FAILED TO OBEY THE ORDER.  INMATE BEATTY
MADE THE FOLLOWING STATEMENT:  "FUCK YOU, FIND OUT YOUR DAMN SELF." DIRECTED AT
OFFICER HOUSTON.

CHARGING OFFICER: HOUSTON, B. CO III   SHIFT/CARD: 2 B

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 9/11/95  12:10pm BY:(PRINT) _____
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: _refused_   DATE: 9/11/95
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____   DATE: _____

### HEARING INFORMATION

HEARING DATE: 9/21/95  TIME 1:45 PM  TAPE# 3423   SIDE# 1  START# 177  END# 258
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.

OFFENSE CODES _____   24.0   42.0
INMATE PLEA: (G, NG, NONE)   N G   G
FINDINGS: (G, NG, DS)
REDUCED TO MINOR(PRIOR TO DOCKET) __ (DOCKET) __ (HEARING) __   BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL. _B admission_  _B Officer's report and testimony_

HEARING LENGTH: 20  (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)_____   REPRIMAND.............   SOLITARY(DAYS)..........
*RECREATION(DAYS) 30   EXTRA DUTY(HOURS).....   REMAIN LINE 3..........
*COMMISSARY(DAYS) 30   CONT.VISIT SUSP THRU __/__/__   REDUC.CLASS FROM S1 TO L2
*PROPERTY(DAYS)._____   CELL RESTR(DAYS).....   GOOD TIME LOST(DAYS). 30
*_____(DAYS)._____   SPECIAL CELL RESTR(DAYS)._____   DAMAGES.........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
_seriousness of the violation_

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) _____   NO / NA
DATE PLACED IN PRE-HEARING DETENTION: _____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _refused_
_ERNEST Garcia_ _____
HEARING OFFICER (PRINT). WARDEN   STATE CLASS. COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS PLAN.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA.

TDCJ-ID  DISCIPLINARY REPORT AND HEARING RECORD

CASE: 960052303  TDCJ-ID# 485951 NAME: BEATTY,TRACY LANE                      DR: 12.9
UNIT: DA  HOU: K-1    04        JOB: BUSINESS COMPUTER APPL VOC ED    G: 100
CLASS: S3  CUST: ME  PRIMARY LANG SPOK: ENGLISH        GOOD RESTRAINTS?: YES/NO
TRACT: MI / LGR  OFF DATE: 10/11/95  07:00 AM  LOCATION: DA K LINE 1 ROW

OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT K-LINE 104, INMATE BEATTY,TRACY LANE, TDCJ-ID
NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE
REASON.

CHARGING OFFICER: YRACHETA, T. CO III                         SPECTATOR?: 4 1

INMATE NOTIFICATION
TIME & DATE NOTIFIED: 0136  10/18/95  BY:(PRINT) _Reginald S. Pope_

INMATE NOTIFICATION SIGNATURE: _Refuse to Sign_         DATE: _10/18/95_

INMATE WAIVER SIGNATURE: _____         DATE: _____

HEARING INFORMATION
HEARING DATE: 10/21/95  TIME: 1440
INMATE STATEMENT: _INmate states he do not work IN eleven (11) squad_

OFFENSE CODE: _____   25.0
INMATE PLEA: (G) (NG)           NG
FINDINGS: (G) NG                 NG

PUNISHMENT
LOSS OF PRIV(DAYS)..... REPRIMAND .................
*RECREATION(DAYS) 30   EXTRA DUTY(HOURS) ..........
*COMMISSARY(DAYS) 15   CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS)....    CELL RESTR(DAYS) .............
*_____(DAYS)...

INMATE SIGNATURE FOR RECEIPT OF THIS REPORT X _Tracy Lane Beatty_

_Lt. Roffe_                                        _Wood_
                                                   REVIEW

(FORM I-47MZ)
(REV. 93-90)

PRE-HEARING DETENTION AND HEARING RECORD

CA...: 960249710  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE        EA: 12.9
UNIT: DA  HSNG: E-1  11        JOB: PRE-HEARING DETENTION         IQ: 100
CLASS: L2  CUST: MI  PRIMARY LANGUAGE: ENGLISH       MHMR RESTRICTIONS: YES/NO
GRADE: MA / JMT  OFF.DATE: 04/16/96  06:00 PM  LOCATION: DA PILL LINE

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE MAIN HALLWAY AT THE PILL WINDOW, INMATE
BEATTY,TRACY LANE, TDCJ-ID NO. 485951, DID LOUDLY TELL OFFICER AVILA, THAT HE
WAS NOT GOING TO GET OUT OF THE PILL WINDOW WHICH RESULTED IN A DISRUPTION OF
OPERATIONS IN THAT SUCH ACT CAUSED SAID OFFICER TO STOP RUNNING THE PILL WINDOW
TO ATTEND TO THE MATTER.  INMATE BEATTY WAS ORDERED BY OFFICER AVILA TO LEAVE
THE PILL WINDOW AND SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: AVILA, B. CO III            SHIFT/CARD: 2 A

## INMATE NOTIFICATION

TIME & DATE NOTIFIED: 9.45 mn  4/22/96  BY:(PRINT) C. Tedrick CST
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: _____  DATE: 4/22/96
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  DATE: _____

## HEARING INFORMATION

HEARING DATE: 4-23-96  TIME: 1412  TAPE# 3481  SIDE# A  START# 145  END# 220
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING._____

OFFENSE CODES:      |_23.0_|_24.0_|_____|_____|_____| 11-16-2000
INMATE PLEA: (G, NG, NONE)  | NG | G |_____|_____|_____|  3-19-2001
FINDINGS:  (G, NG, DS)      | G  | G |_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: Officers report, Officers Testimony
_____

HEARING LENGTH: 12 (MINUTES)

## PUNISHMENT

LOSS OF PRIV(DAYS)___   REPRIMAND............ ____   SOLITARY(DAYS)...... √ 15
*RECREATION(DAYS) 30    EXTRA DUTY(HOURS)........ ____   REMAIN LINE 3.......... ___
*COMMISSARY(DAYS) 30    CONT.VISIT SUSP THRU __/__/_   REDUC.CLASS FROM L2 TO L3
*PROPERTY(DAYS).. ____   CELL RESTR(DAYS)....... ___   GOOD TIME LOST(DAYS) √ 90
*_____(DAYS).. ____   SPECIAL CELL RESTR(DAYS). ____   DAMAGES........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
Due to inmate Beatty's behavior that disrupted
Normal operations of the unit.
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____ (NO) / NA
TE PLACED IN PRE-HEARING DETENTION: 4-16-96
MATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X Hand Cuffed  Copy given
_____
HEARING OFFICER (PRINT)    WARDEN               STATE CLASS COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

960249696 TDCJ-ID# 485951 NAME: BEATTY,TRACY ANE EA: 12.9
DA HSNG: E-1 /1 JOB: PRE-HEARING DETENTION IQ: 100
SS: L2 CUST: MI PRIMARY LANGUAGE: ENGLISH MHMR RESTRICTIONS: YES/NO
ADE: MA / JMT OFF.DATE: 04/14/96 11:20 AM LOCATION: DA INMATE DINING ROOM

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE CHOW HALL FOOD LINE, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, DID POSSESS CONTRABAND, NAMELY, SIX SMALL
WHITE PILLS WITH THE LETTERS "EL" PRINTED ON THEM, WHICH IS AN ITEM THAT IS
NOT ALLOWED OR ASSIGNED TO AN INMATE, AND NOT BOUGHT BY THE INMATE FOR HIS
USE FROM THE COMMISSARY. INMATE BEATTY WAS ORDERED BY OFFICER JONES TO GIVE
HIS NAME AND TDCJ NUMBER AND SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: JONES, C. CO III            SHIFT/CARD: 1 F

## INMATE NOTIFICATION

TIME & DATE NOTIFIED: 9:55 Am 4/22/96 BY:(PRINT) C. Jedrick CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE: _Tracy Beatty_ DATE 4/22/96
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____ DATE: _____

## HEARING INFORMATION

HEARING DATE: 4-24-96 TIME: 0:45 AM TAPE# 3431 SIDE# A START# 250 END# 280
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _____N/A_____

OFFENSE CODES: _____ | 16.0 | 24.0 | _____ | _____ |
INMATE PLEA: (G, NG, NONE) | NG | NG | _____ | _____ | 3-14-2000
FINDINGS: (G, NG, DS) | G | G | _____ | _____ | 6-12-2000
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__ BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: B,C - chain other

HEARING LENGTH: 5 (MINUTES)

## PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND................____    SOLITARY(DAYS).......____
 *RECREATION(DAYS)30      EXTRA DUTY(HOURS).......____      REMAIN LINE 3.........____
 *COMMISSARY(DAYS)30      CONT.VISIT SUSP THRU __/__/__     REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS)..____    CELL RESTR(DAYS)........____      GOOD TIME LOST(DAYS) 30
 *_____(DAYS)..____    SPECIAL CELL RESTR(DAYS).____     DAMAGES.........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
_____ Nature of other _____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION: _____
DATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _Refuse to appear Copy pend_
Capt. McDaniel         Wood

HEARING OFFICER (PRINT)    WARDEN              STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

INMATE DISCIPLINARY REPORT AND HEARING RECORD

96022692? ........... 485951 ....... BEATTY,TRACY LANE

DA ...... K-4 ...... BUSINESS COMPUTER APPL VOC ED

...... L2 ...... ME ...... ENGLISH

...... MI ... LGR ...... 03/26/96   09:57 AM ...... DA HALLWAY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT P-3 HALLWAY AND K-LINE, INMATE BEATTY,TRACY
LANE, TDCJ-ID NO. 485951, STATED TO OFFICER WYATT THAT "HE WAS IN 10:30 SCHOOL"
WHEN IN FACT INMATE BEATTY KNEW SUCH STATEMENT WAS A LIE.

CHARGING OFFICER, WYATT, M. SGT. ........... SHIFT/GRP: 1 U

### INMATE NOTIFICATION

& DATE NOTIFIED: 2339   9-4-96 ........... BY:(PRINT) Rucker

INMATE NOTIFICATION SIGNATURE X Tracy Lane Beatty ........... DATE:

INMATE WAIVER SIGNATURE: _____ Tracy Lane Beatty ........... DATE: 4/6/96

### HEARING INFORMATION

HEARING DATE 4/6/96 ....... TIME 1500

INMATE STATES No told officer Wyatt
THAT 12:00 Vocational and that had to conf with 10:30 School.

OFFENSE CODES:

33.0

NG

### PUNISHMENT

LOSS OF PRIV(DAYS) ........... REPRIMAND ...........
*RECREATION(DAYS) 10 ........... EXTRA DUTY(HOURS) ...........
*COMMISSARY(DAYS) 10 ........... CONT.VISIT SUSP THRU __/__/__
*PROPERTY(DAYS) ........... CELL RESTR(DAYS) ...........
*_____(DAYS) ...........

NT. Rofes ........... X Tracy Lane Beatty

(FORM I-47HT) (REV. 03-96)

TDCJ-II DISCIPLINARY REPORT AND HEARING RECORD

CASE: 960348711 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE          EA: 12.9
UNIT: DA   HSNG: L-1   26    JOB: FIELD OPER/DA SQD 11            IQ: 100
CLASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
DE: MI / LGR  OFF.DATE: 07/05/96  06:00 AM  LOCATION: DA L LINE 1 ROW

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT L-LINE 126, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, REFUSED TO TURN OUT FOR HIS WORK ASSIGNMENT WITHOUT
A LEGITIMATE REASON.

CHARGING OFFICER: BRYANT, L. CO III           SHIFT/CARD: 1 A

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 2300/7-16-96  BY:(PRINT) _____
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE: _____        DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.                 DATE: _____
INMATE WAIVER SIGNATURE: _____

### HEARING INFORMATION

HEARING DATE: 7-21-96  TIME: 600
INMATE STATEMENT: _____
_____
        I overslept
_____

| OFFENSE CODES: | 25.0 | | | | |
|---|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | G | | | | |
| FINDINGS: (G, NG, DS) | G | | | | |

#### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND................ ✓
  *RECREATION(DAYS) 10   EXTRA DUTY(HOURS)........ ____
  *COMMISSARY(DAYS)____   CONT.VISIT SUSP THRU __/__/__
  *PROPERTY(DAYS)..____   CELL RESTR(DAYS)........ ____
  *_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:X Tray Lane Beatty

Lt. Vil                                    WARDEN
HEARING OFFICER(PRINT)

(FORM I-47MI)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FOR
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FOR

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970026643 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE
UNIT: DA HSNG: E-1 06 JOB: PRE-HEARING DETENTION EA: 12/9
CLASS: L3 CUST: ME PRIMARY LANGUAGE: ENGLISH IQ: 100
GRADE: MA / JMT OFF.DATE: 09/20/96 05:45 PM LOCATION: DA INFIRMARY MHMR RESTRICTIONS: YES/N

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT IN FRONT OF THE PILL WINDOW, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, THREATENED TO INFLICT HARM ON OFFICER MOUNSEY IN
THAT SAID INMATE STATED "I OUGHT TO KICK YOU IN YOUR ASS AND TAKE THOSE
SANDWICHES". INMATE BEATTY MADE THE FOLLOWING STATEMENT: "WHY DO YOU WANT TO
WRITE THAT BULLSHIT UP?" DIRECTED AT OFFICER MOUNSEY.

CHARGING OFFICER: MOUNSEY, D. CO III                    SHIFT/CARD: 3 Z

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 11.20 AM 9-25-96 BY:(PRINT) C. Tedrick CST
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE: _____ DATE: 9-25-96
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____                DATE: _____

### HEARING INFORMATION

HEARING DATE: 9/07/96 TIME: 8:50AM TAPE# 3510 SIDE# 2 START# 022 END# 078
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.
_____
_____
_____

OFFENSE CODES:
INMATE PLEA: (G, NG, NONE) | 04.0 | 42.0 | | | |
FINDINGS: (G, NG, DS)      | N-G  | G    | | | | 6-12-2002
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__ BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, d)OTHER.
EXPLAIN IN DETAIL: (A) admission of guilt
(B) officers reports

HEARING LENGTH: 9 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)     REPRIMAND.................
 *RECREATION(DAYS) 90   EXTRA DUTY(HOURS)........     SOLITARY(DAYS).........
 *COMMISSARY(DAYS) 30   CONT.VISIT SUSP. THRU...__/__/__  REMAIN LINE 3.........✓
 *PROPERTY(DAYS)..__    CELL RESTR(DAYS).........__/__/__  REDUC.CLASS FROM __ TO __
 *_____(DAYS)..__     SPECIAL CELL RESTR(DAYS).__  GOOD TIME LOST(DAYS)✓ 30
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:  DAMAGES.........$___
due to serious nature of the violation

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO / NA
PLACED IN PRE-HEARING DETENTION:_____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:_____  Inmate Handcuffed
ERNEST Carein  J. Snyff
HEARING OFFICER (PRINT)    WARDEN              STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

## IDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970026634 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE
UNIT: DA HSNG: E-1 06 JOB: PRE-HEARING DETENTION EX: 12/9
CLASS: L3 CUST: ME PRIMARY LANGUAGE: ENGLISH Q: 100
GRADE: MA / JMT OFF.DATE: 09/21/96 04:46 PM LOCATION: DA INMATE DINING ROOM
MHMR RESTRICTIONS: YES/NO

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE SERVING LINE, LEFT SIDE, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, THREATENED TO INFLICT HARM ON OFFICER MOUNSEY IN
THAT SAID INMATE STATED "WHEN I GET OUT OF PRISON, I AM GOING TO SHOOT EVERY
MOUNSEY IN THE PHONE BOOK FROM HERE TO DALLAS."

CHARGING OFFICER: MOUNSEY, D. CO III                    SHIFT/CARD: 3 Z

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 11:36 Am 9-25-96 BY:(PRINT) C. Tedrick CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE: X _____ DATE: 9-25-9
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____                    DATE: _____

### HEARING INFORMATION

HEARING DATE: 9/27/96 TIME: 8:30AM TAPE#3516 SIDE# 2 START# 028 END# 166
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _____

(2) due to on going investigation

OFFENSE CODES: 04.0
INMATE PLEA: (G, NG, NONE) N.G.
FINDINGS: (G, NG, DS) G
REDUCED TO MINOR(PRIOR TO DOCKET) ___ (DOCKET) ___ (HEARING) ___ BY:(INITIAL) ___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: (B) Officers report
(C) Officers Testimony

HEARING LENGTH: 14 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS) ___    REPRIMAND............    SOLITARY(DAYS).... 15
*RECREATION(DAYS) 30    EXTRA DUTY(HOURS)....    REMAIN LINE 3........
*COMMISSARY(DAYS) 30    CONT.VISIT SUSP THRU __/__/    REDUC.CLASS FROM __ TO __
*PROPERTY(DAYS).. ___    CELL RESTR(DAYS).......    GOOD TIME LOST(DAYS) 60
* ___ (DAYS)..    SPECIAL CELL RESTR(DAYS).    DAMAGES........$ ___
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
Due to serious nature of the offense and
fact that inmate contended to threaten
Security Staff

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ___ NO NA:
TE PLACED IN PRE-HEARING DETENTION: _____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Inmate Handcuffed.
ERNEST Caraway J. SWD
HEARING OFFICER (PRINT)    WARDEN
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.    STATE CLASS COMMITTEE MEMBER
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA

# TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 960198736 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE                ENT: 12.8
UNIT: DA   HSNG: K-1   11       JOB: BUSINESS COMPUTER APPL VOC ED   ID: 100
CLASS: L2   CUST: ME  PRIMARY LANGUAGE: ENGLISH        M+MR RESTRICTIONS: YES/NO
GRADE: MA / LGR  OFF.DATE: 02/28/96  10:10 AM  LOCATION: DA INMATE DINING ROOM

## OFFENSE DESCRIPTION
ON THE DATE AND TIME ABOVE, AND AT THE INMATE CHOW HALL SERVING LINE, INMATE
BEATTY,TRACY LANE, TDCJ-ID NO. 485951, WAS ORDERED BY OFFICER LAIRD-TACQUARD
TO HAND OVER HIS ID CARD AND SAID INMATE FAILED TO OBEY THE ORDER.  INMATE
BEATTY MADE THE FOLLOWING STATEMENT:  "BITCH, SUCK MY DICK." DIRECTED AT
OFFICER LAIRD-TACQUARD.

CHARGING OFFICER: LAIRD-TACQUARD, S. CO III          SHIFT/CARD: 1 C

## INMATE NOTIFICATION
TIME & DATE NOTIFIED: 3/5/96    0955    BY:(PRINT) L. Cantu
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: X barbekate   DATE: 3/5/96
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: X 24 hrs waived. on tape   DATE 3/6/96

## HEARING INFORMATION
HEARING DATE: 3-6-96 TIME: 0852 TAPE# 3468 SIDE# B START# 361 FROM 388
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING POST
HEARING, (2)IF ACCUSED WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
HEARING.

OFFENSE CODES:      | 24.0 | 42.0 |      |      |      |
INMATE PLEA: (G, NG, NONE) | G | G |
FINDINGS:  (G, NG, DS)     | G | G |
REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)__ (HEARING)___  BY:(INITIAL)__
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER
EXPLAIN IN DETAIL: Admission of Guilt  Officers Report

HEARING LENGTH: 8 (MINUTES)

## PUNISHMENT
LOSS OF PRIV(DAYS)___      REPRIMAND..........      SOLITARY(DAYS)........
*RECREATION(DAYS) 30       EXTRA DUTY(HOURS)...      REMAIN LINE 3........
*COMMISSARY(DAYS) 30       CONT.VISIT SUSP THRU _/_/_  REDUC.CLASS FROM __ TO
*PROPERTY(DAYS)....        CELL RESTR(DAYS)....      GOOD TIME LOST(DAYS)
*_____(DAYS).....          SPECIAL CELL RESTR(DAYS)..  DAMAGES.........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
To deter future offenses of this nature

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO / NA
IF PLACED IN PRE-HEARING DETENTION:_____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT
Capt K. Guidry   J.Sft       WARDEN        STATE CLASS.COMMITTEE AT
(FORM I-47MA) CONTACT YOUR CORRECTIONAL COUNSEL IF YOU DO NOT UNDERSTAND THIS
(REV. 03-90)

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 960188673  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE          SA: 12.9
UNIT: DA  HSNG: K-1   11       JOB: BUSINESS COMPUTER APPL VOC ED  IQ: 100
CLASS: L2  CUST: ME  PRIMARY LANGUAGE: ENGLISH       MHMR RESTRICTIONS: YES/NO
CODE: MI / LGR  OFF.DATE: 02/17/96  09:36 AM  LOCATION: DA MISCELLANEOUS

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE FRONT OF K-LINE DOOR, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, WAS ORDERED BY OFFICER JONES TO GO INTO THE
DAYROOM AND HAVE A SEAT AND SAID INMATE FAILED TO OBEY THE ORDER.  INMATE
BEATTY DID LOUDLY YELL "OFFICER JONES YOU CAN KISS MY ASS, I WANT A SUPERVISOR"
WHICH RESULTED IN A DISRUPTION OF OPERATIONS IN THAT SUCH ACT CAUSED OFFICER
JONES NOT TO BE ABLE TO HEAR INSTRUCTIONS FROM OTHER OFFICERS.

CHARGING OFFICER: JONES, C. CO III                SHIFT/CARD: 1 F

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 2215___2-22-96___  BY:(PRINT)_D, MOWNSEY  COIII
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT.
INMATE NOTIFICATION SIGNATURE X_____  DATE: 2-22-96
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: O  Tracy Lane Beatty          DATE:_____

### HEARING INFORMATION

HEARING DATE: 3-3-96___ TIME: 1910___
INMATE STATEMENT:__This is retaliation_____
_____
_____

| OFFENSE CODES: | 24.0 | 23.0 | | |
|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | NG | NG | | |
| FINDINGS: (G, NG, DS) | G | G | | |

#### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND............... ✓
 *RECREATION(DAYS) 15___  EXTRA DUTY(HOURS)...........
 *COMMISSARY(DAYS) 15___  CONT.VISIT SUSP THRU __/__/__
 *PROPERTY(DAYS)..____   CELL RESTR(DAYS)............
 *_____(DAYS)..____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X  Tracy Lane Beatty

I.J. Murph_____        _____
HEARING OFFICER(PRINT)                    WARDEN

(FORM I-47MI) CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECIONAL SI NO ENTIENDE ESTA FORMA

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970208903 TDCJ-ID# 485951 NAME: BEATTY,TRACY _NE        EA: 12.9
UNIT: DA  HSNG: L-1 (  18    JOB: UNASSGN MEDICAL              IQ: 100
CLASS: L3 CUST: ME  PRIMARY LANGUAGE: ENGLISH       MHMR RESTRICTIONS: /YES/NO
GRADE: MA / CM  OFF DATE: 03/09/97  05:00 PM  LOCATION: DA HALLWAY

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE PILL WINDOW, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, DID INTENTIONALLY DAMAGE A STATE ISSUED SHIRT, BY TEARING
OFF THE FRONT POCKET, SAID PROPERTY BELONGING TO THE STATE OF TEXAS.  INMATE
BEATTY WAS ORDERED BY OFFICER AHUNA TO SUBMIT TO A PAT SEARCH AND SAID INMATE
FAILED TO OBEY THE ORDER.  INMATE BEATTY MADE THE FOLLOWING STATEMENT:  "STUPID
MOTHERFUCKER, THERE IS NOTHING IN MY POCKET STUPID MOTHERFUCKER, SEE IT STUPID
MOTHERFUCKER." DIRECTED AT OFFICER AHUNA.

CHARGING OFFICER: AHUNA, B, CO III                  SHIFT/CARD: 2 E

## INMATE/NOTIFICATION

TIME & DATE NOTIFIED: 7:55AM 8/13/97 BY:(PRINT) B Ross CSIII
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: X Tracy Laye Beatty      DATE: 8/13/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:                                DATE:_____

## HEARING INFORMATION

HEARING DATE: 8/14/97  TIME: 7.50AM TAPE# 5546  SIDE# A  START# 546 END# 583
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.

_____

| OFFENSE CODES: | 18.0 | 24.0 | 43.0 | | |
|---|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | G | NG | NG | | |
| FINDINGS: (G, NG, DS) | G | DS | DS | | |

REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:
                  (A) admission of guilt
                  (B) officers report

HEARING LENGTH: 8.00 (MINUTES)

## PUNISHMENT

LOSS OF PRIV(DAYS)___        REPRIMAND.........            SOLITARY(DAYS).......
 *RECREATION(DAYS) 30        EXTRA DUTY(HOURS)....         REMAIN LINE 3........ ✓
 *COMMISSARY(DAYS) 30        CONT.VISIT SUSP, THRU / /     REDUC.CLASS FROM ___ TO ___
 *PROPERTY(DAYS)....         CELL RESTR(DAYS).....         GOOD TIME LOST(DAYS) ✓ 30
 *_____(DAYS)....         SPECIAL CELL RESTR(DAYS)...   DAMAGES...........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Due to prior disciplinary history and
to deter further violations of this
nature

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)___    NO / NA
DATE PLACED IN PRE-HEARING DETENTION:
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT X Tracy Laye Beatty          MAR 2 6 1997

E Garcia  Capt.
HEARING OFFICER (PRINT)   WARDEN                STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA.

TDCJ— DISCIPLINARY REPORT AND HEARING RECORD

CASE: 980055215 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE ~ EA: 12.9
UNIT: DA HSNG: E-1 11 JOB: U/A TR PENDING TRANSFER IQ: 100
CLASS: L3 CUST: CC PRIMARY LANGUAGE: ENGLISH MHMR RESTRICTIONS: YES/N
GRADE: MA / CM OFF.DATE: 10/13/97 11:01 AM LOCATION: DA E LINE 1 ROW

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT E-LINE 1 ROW CELL 11, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 465951, ASSAULTED OFFICER PINON BY SPITTING
THROUGH THE SPREAD METAL STRIKING SAID OFFICER'S FACE. INMATE BEATTY
THREATENED TO INFLICT HARM ON OFFICER PINON IN THAT SAID INMATE STATED;
"HE WOULD GET ME."

CHARGING OFFICER: PINON, A. CO III                     SHIFT/CARD: 1 E

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 1355   10-27-97   BY:(PRINT) J LARTY CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE:/ _____ DATE: 10-27-9
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:X _____ DATE: 10-27-9

### HEARING INFORMATION

HEARING DATE: 11-5-92   TIME: 1535 hrs   TAPE# DUS266   SIDE# B   START# 000   END# 067
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART O
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 7
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENC
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _____

| OFFENSE CODES: | | 03.0 | 04.0 | | |
|---|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | | G | NG | | |
| FINDINGS: (G, NG, DS) | | G | D | | |

REDUCED TO MINOR(PRIOR TO DOCKET) ___ (DOCKET) ___ (HEARING) ___ BY:(INITIAL) ___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: _____

HEARING LENGTH: 5 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS) ___    REPRIMAND............     SOLITARY(DAYS)........
 *RECREATION(DAYS) ___    EXTRA DUTY(HOURS) ___     REMAIN LINE 3........
 *COMMISSARY(DAYS) 30     CONT.VISIT SUSP THRU _/_/_  REDUC.CLASS FROM ___ TO ___
 *PROPERTY(DAYS) ___      CELL RESTR(DAYS)........   GOOD TIME LOST(DAYS) (C)
 * _____ (DAYS)....     SPECIAL CELL RESTR(DAYS) ___  DAMAGES.........$ ___
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____

NOV 25 1997

CREDIT FOR PRE-HEARING DETENTION TIME: YES (DAYS) ___ NO NA
INMATE PLACED IN PRE-HEARING DETENTION: _____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

_____ Blackwell
HEARING OFFICER (PRINT)        WARDEN              STATE CLASS COMMITTEE MEMB
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FOR
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FOR

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970218066  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE          EA: 12.9
UNIT: DA  HSNG: 8 r04          JOB: PRE-HEARING DETENTION          IQ: 100
CLASS: L3  CUST: ME.  PRIMARY LANGUAGE: ENGLISH          MHMR RESTRICTIONS: YES/NO
DATE: MA / CM  OFF.DATE: 03/18/97  08:25 AM  LOCATION: DA HALLWAY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE OLD BUILDING HALLWAY, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, DID BECOME LOUD IN THE HALLWAY WHICH RESULTED
IN A DISRUPTION OF OPERATIONS IN THAT SUCH ACT CAUSED OFFICER WINGWOOD TO STOP
COUNT IN THE OLD BUILDING.  INMATE BEATTY MADE THE FOLLOWING STATEMENT: "YOU
AND LT. RAFTER CAN SUCK MY DICK, I DON'T CARE ABOUT WHAT YOU ALL WONNA DO, I
HAVE BEEN LOCKED UP HERE FOR YEARS AND NOTHING YOU ALL CAN DO TO ME."  DIRECTED
AT OFFICER IJOMA.

CHARGING OFFICER: WINGWOOD, A. CO III          SHIFT/CARD: 1 B

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 3:31 pm  3/20/97  BY:(PRINT) C. Jedrick CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: _____  DATE: 3/20/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____          DATE:

### HEARING INFORMATION

HEARING DATE: 3/25/97  TIME 9:00 AM  TAPE# 3548  SIDE# B  START# 264  END# 365
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 7
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _____

OFFENSE CODES:                    | 23G    | 8.0   |       |       |   4/15 2004
INMATE PLEA: (G, NG, NONE)        | NG     | G     |       |       |   5-31-01
FINDINGS: (G, NG, DS)
REDUCED TO MINOR(PRIOR TO DOCKET)____ (DOCKET)____ (HEARING)____ BY:(INITIAL)__/
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL:  (A) admission of guilt (code 420)
(B) officer's report
officer's testimony

HEARING LENGTH: 20 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____  REPRIMAND____          SOLITARY(DAYS)...... 15
 *RECREATION(DAYS) 30  EXTRA DUTY(HOURS)......  REMAIN LINE 3......
 *COMMISSARY(DAYS) 30  CONT.VISIT SUSP THRU __/__/  REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS)____   CELL RESTR(DAYS)____    GOOD TIME LOST(DAYS) 60
 *____(DAYS)......     SPECIAL CELL RESTR(DAYS)____  DAMAGES........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
due to seriousness of the violation
and to deter further violations of this
nature                                        APR 04 1997

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ (NO) / NA
DATE PLACED IN PRE-HEARING DETENTION ____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: inmate Handcuffed copy in file
E. Garcia Cpt Not
HEARING OFFICER (PRINT)  WARDEN          STATE CLASS COMMITTEE
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS.IF YOU DO NOT UNDERSTAND THIS
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA

TDCJ  A DISCIPLINARY REPORT AND  ARING RECORD

CASE: 970189049  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE
UNIT: DA  HSNG: L-1  18  JOB: UNASSGN MEDICAL  EA: 12.9
CLASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH  IQ: 106
GRADE: MA / CM  OFF.DATE: 02/21/97  06:00 AM  LOCATION: DA INFIRMARY  MHMR RESTRICTIONS: YES/N

## OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE INFIRMARY DOOR, INMATE BEATTY,TRACY
LANE, TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT:  "YOU RAGGEDY ASS
BITCH."  DIRECTED AT OFFICER SPENCER.

CHARGING OFFICER: SPENCER, C. CO III  SHIFT/CARD: 1 F

## INMATE NOTIFICATION

TIME & DATE NOTIFIED: 10:30am 2/26/97  BY:(PRINT) C. Fedrick CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: X ___ DATE: 2/26/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: ___  DATE: ___

## HEARING INFORMATION

HEARING DATE: 3/3/97  TIME: 8:00AM  TAPE# 3542  SIDE# B  START# 246  END# 352
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART O
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN /
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING.

OFFENSE CODES:

| 42.0 | | | | |
|---|---|---|---|---|

INMATE PLEA: (G, NG, NONE)  NG
FINDINGS: (G, NG, DS)
REDUCED TO MINOR(PRIOR TO DOCKET) ___ (DOCKET) ___ (HEARING) ___  BY:(INITIAL)  12-13-2003  4-1-200
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL:  B)Officers Report
C)Witness Testimony

HEARING LENGTH: 20  (MINUTES)

## PUNISHMENT

LOSS OF PRIV(DAYS) 30  REPRIMAND ....... SOLITARY(DAYS) ....
*RECREATION(DAYS) 30  EXTRA DUTY(HOURS) ...... REMAIN LINE 3 ....
*COMMISSARY(DAYS) 30  CONT.VISIT SUSP THRU _/_/  REDUC.CLASS PROM ___ TO
*PROPERTY(DAYS) ..  CELL RESTR(DAYS) ...... GOOD TIME LOST(DAYS) 60
* ___ (DAYS) ..  SPECIAL CELL RESTR(DAYS) .. DAMAGES ....... $
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
to deter further violations  Inmate
has 3 plus convictions in last 180 days
for same violation

CREDIT FOR PRE-HEARING DETENTION TIME: YES(DAYS) ___  NO / NA ___
DATE PLACED IN PRE-HEARING DETENTION: ___
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X Refused to sign  copy 2nd
ERNEST Garcia ___
HEARING OFFICER (PRINT)  WARDEN  STATE CLASS.COMMITTEE MEMBE
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FOR
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FOR

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970200772 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE          EA: 12.9
UNIT: DA  HSNG: L-1    18    JOB: UNASSGN MEDICAL                  IQ: 100
CLASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH          MHMR RESTRICTIONS: YES/NO
GRADE: MA / CM  OFF.DATE: 02/27/97  02:00 PM  LOCATION: DA HALLWAY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE MAIN HALL WAY AT THE INFIRMARY DOOR,
INMATE BEATTY,TRACY LANE, TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT:
"MAN FUCK YOU, YOU SORRY MOTHER FUCKING BITCH." IN THE PRESENCE OF OFFICER
YRACHETA AND DIRECTED AT OFFICER OKUSANYA. INMATE BEATTY WAS ORDERED BY
OFFICER YRACHETA TO QUIT THE CUSSING AND SAID INMATE FAILED TO OBEY THE ORDER.

CHARGING OFFICER: YRACHETA, T. CO III          SHIFT/CARD: 1 H

### INMATE NOTIFICATION
TIME & DATE NOTIFIED 3/6/97 8:00am BY:(PRINT) _____
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. INMATE NOTIFICATION SIGNATURE: X_____ DATE: 3/6/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: X_____ DATE: 3/6/97

### HEARING INFORMATION
HEARING DATE: 3-7-97 TIME: 10:18 TAPE# 3544 SIDE# B START# 147 END# 172
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 7
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING N/A

OFFENSE CODES: | 43.0 | 24.0 | | |
INMATE PLEA: (G, NG, NONE) | G | NG | | |
FINDINGS: (G, NG, DS) | G | DS | | |
REDUCED TO MINOR(PRIOR TO DOCKET) ___ (DOCKET) ___ (HEARING) ___ BY:(INITIAL) ___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER
EXPLAIN IN DETAIL: Admission of Guilt, Officer's Report.

HEARING LENGTH: 08 (MINUTES)

### PUNISHMENT
LOSS OF PRIV(DAYS) ___  REPRIMAND............  SOLITARY(DAYS)..........
*RECREATION(DAYS) 30  EXTRA DUTY(HOURS)....  REMAIN LINE 3........
*COMMISSARY(DAYS) 30  CONT.VISIT SUSP THRU _/_/_  REDUC.CLASS FROM ___ TO ___
*PROPERTY(DAYS)....  CELL RESTR(DAYS)......  GOOD TIME LOST(DAYS)....
*_____(DAYS)....  SPECIAL CELL RESTR(DAYS)..  DAMAGES.........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
Due To The Serious Nature Of The
Charge.

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ___ NO (NO)
DATE PLACED IN PRE-HEARING DETENTION:            MAR 18 1997
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X_____
N. Ross Capt.              Warden          STATE CLASS.COMMITTEE MEMB
HEARING OFFICER (PRINT)    WARDEN
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FOR

**1 UJ-ID DISCIPLINARY REPORT AND HEARING RECORD**

CASE: 970381272  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE                     EA: 12.9
UNIT: DA  HSNG: D1    10      JOB: PRE-HEARING DETENTION                        IQ: 100
CLASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/N
GRADE: MA / CM  OFF.DATE: 08/08/97  09:05 PM  LOCATION: DA K LINE DAYROOM

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT K-LINE DAYROOM, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, WAS ORDERED BY OFFICER DAWODU TO PUT HIS SHIRT IN WHEN
COMING OUT OF THE DAYROOM AND SAID INMATE FAILED TO OBEY THE ORDER.  INMATE
BEATTY ASSAULTED OFFICER DAWODU BY STRIKING AND GRABBING SAID OFFICER'S LEFT
HAND AND SNATCHING THE SHIRT.

CHARGING OFFICER: DAWODU, T. CO III                    SHIFT/CARD: 3 A

TIME & DATE NOTIFIED: 8/2/97 11:20am  BY:(PRINT) L. Carter
                                    INMATE NOTIFICATION
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE X _____ Inmate gone 8/2/97   DATE: 8/2/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____  3586      A        DATE: _____
8-13-97                                        381    554
                                    HEARING INFORMATION
HEARING DATE: 8-14-97  TIME: 1005A  TAPE# 3585  SIDE# B  START# 273 END# 330
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART O
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 2
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENC
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. Not within 72 hrs due to investigation

Recessed 10lhrs to contact Charging Officers.

| OFFENSE CODES: | 24.0 | 03.0 | | | |
| INMATE PLEA: (G, NG, NONE) | G | NG | | | |
| FINDINGS: (G, NG, DS) | G | NG | | | |

REDUCED TO MINOR(PRIOR TO DOCKET) _____ (DOCKET) _____ (HEARING) _____ BY:(INITIAL) _____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL: admission of Guilt to code #24. Officers report/
testimony

HEARING LENGTH: 26 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)        REPRIMAND..............        SOLITARY(DAYS)...... V 15
 *RECREATION(DAYS) 30     EXTRA DUTY(HOURS).....        REMAIN LINE 3........
 *COMMISSARY(DAYS) 30     CONT.VISIT SUSP THRU __/__    REDUC.CLASS FROM ___ TO
 *PROPERTY(DAYS),.____    CELL RESTR(DAYS)........      GOOD TIME LOST(DAYS) V 12
 *_____(DAYS),.____     SPECIAL CELL RESTR(DAYS)..     DAMAGES.........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
due to serious nature of the incident and fact
that offender refused to comply with orders which
escalated in a physical altercation

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ____ (NO)/ NA
DATE PLACED IN PRE-HEARING DETENTION: 8-2-97                   AUG 26 1997
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: left without copy
X K.Guidry / E.Garcia West
HEARING OFFICER (PRINT)        WARDEN               STATE CLASS.COMMITTEE MEMBE
FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
EV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORM

## TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 980295558 TDCJ NO.: 00485951 NAME: BEATTY,TRACY LANE              EA: 12.9
UNIT: BC  HSNG: 12EF1  65        JOB: PAMIO UNASSIGNED MENTAL            IQ: 100
CLASS: L3  CUST: MH  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS:  (YES)
CODE: MA / GWD  OFF.DATE: 05/14/98  07:45 AM  LOCATION: BC 12 BUILDING
TYPE: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 12-TRIAGE, OFFENDER:  BEATTY,TRACY
LANE, TDCJ-ID NO. 00485951 THREATENED TO INFLICT HARM ON RN JAMES BAKER IN THAT
SAID OFFENDER STATED: "I'LL TEAR YOUR BITCH ASS UP, YOU DICK SUCKING MOTHER-
FUCKER. I'LL GET YOU IN AMARILLO, HO ASS MOTHERFUCKER."

CHARGING OFFICER: BAKER, J. RN-MENDEZ COIII        SHIFT/CARD: 1 H

### OFFENDER NOTIFICATION
TIME & DATE NOTIFIED: 08:45  5-21-98 BY:(PRINT) Boland CSI    IF APPLICABLE INTERPRETER,
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. OFFENDER NOTIFICATION SIGNATURE:_____  DATE:_____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:X Tracy Beatty             DATE: 5-21-98

### HEARING INFORMATION
HEARING DATE: 6-8-98  TIME: 08:16  TAPE# 1923  SIDE# A  START# 425  END# 456
                          TAPE#_____  SIDE#___  START#_____  END#_____
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
7 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF INTERPRETER USED:(SIGNATURE_____):

-----------------------------------------------------------------------------
-----------------------------------------------------------------------------

OFFENSE CODES:              |04.0       |        |        |        |
OFFENDER PLEA: (G)  NG, NONE) | G     |        |        |        |
FINDINGS:      (G)  NG, DS)   | G     |        |        |        |
REDUCED TO MINOR(PRIOR TO DOCKET)  (DOCKET)___ (HEARING)___   BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: I-210- VI's plea of guilt-

### PUNISHMENT
LOSS OF PRIV(DAYS)____   REPRIMAND..............✓    SOLITARY(DAYS)..........
 *RECREATION(DAYS) 15    EXTRA DUTY(HOURS)......     REMAIN LINE 3..........
 *COMMISSARY(DAYS) 15    CONT.VISIT SUSP THRU __/__/__  REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS).. 15    CELL RESTR(DAYS)........ 15    GOOD TIME LOST(DAYS)____
 *_____(DAYS)..        SPECIAL CELL RESTR(DAYS)....   DAMAGES.$_____ /_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Nature of offense
plea of guilt- Conduct of this type will not be tolerated on this unit.

                                                        JUN 17 1998

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____  NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____  HEARING LENGTH  9  (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: X VI handcuffed  K. Spencer CO
Capt. Gilhaus
HEARING OFFICER (PRINT)  WARDEN            STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970252615 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE          EA: 12.9
UNIT: DA  HSNG: K-1    15    JOB: FIELD OPER/DA SQD 12              IQ: 100
CLASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS: YES/NO
GRADE: MA / CM    OFF.DATE: 04/15/97  10:40 AM  LOCATION: DA PILL LINE

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT AT THE PILL WINDOW, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, WAS AT THE PILL WINDOW WHEN IN FACT SAID INMATE HAD NO
AUTHORIZATION TO BE IN SUCH PLACE.

CHARGING OFFICER: SPENCER, C. CO III              SHIFT/CARD: I E

### INMATE/NOTIFICATION

TIME & DATE NOTIFIED: 1010 AM 4/30/97 BY: (PRINT) BROX CS III
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE:_____ DATE:_____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE:_____ DATE:_____

### HEARING INFORMATION

HEARING DATE:_____ TIME:_____ TAPE#:_____ SIDE#___ START#_____ END#_____
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN 72
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING._____

OFFENSE CODES:     | 27.0 |_____|_____|_____|
INMATE PLEA: (G, NG, NONE) |_____|_____|_____|_____|
FINDINGS: (G, NG, DS) |_____|_____|_____|_____|
REDUCED TO MINOR(PRIOR TO DOCKET)__ (DOCKET)__ (HEARING)__   BY:(INITIAL)_____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:_____

HEARING LENGTH:_____(MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)____   REPRIMAND.........____   SOLITARY(DAYS)........____
 *RECREATION(DAYS)____   EXTRA DUTY(HOURS)......____   REMAIN LINE 3........____
 *COMMISSARY(DAYS)____   CONT.VISIT SUSP THRU __/__/__   REDUC.CLASS FROM __ TO __
 *PROPERTY(DAYS)____   CELL RESTR(DAYS).........   GOOD TIME LOST(DAYS)____
 *_____(DAYS)____   SPECIAL CELL RESTR(DAYS)____   DAMAGES........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:_____

HEARING OFFICER (PRINT)   WARDEN           STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FORMA.

## THE DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20010076584 TDCJNO: -00485951 NAME: BEATTY,TRACY LANE                EG: 12,9
UNIT: BC   HSNG: 12CB1   15        JOB: UNASGN MENTAL HEALTH PAM IO      IQ: 100
CLASS: L3   CUST: MH   PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS:   YES
GRADE: MA / GWD   OFF.DATE: 11/09/00   07:15 AM   LOCATION: BC 12 BLDG OTHER
TYPE: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 12-C-OUTSIDE REC YARD, OFFENDER:
BEATTY,TRACY LANE, TDCJ-ID NO. 00485951, THREATENED TO INFLICT HARM ON (COIV L.
ROCHA) IN THAT SAID OFFENDER STATED: "IF YOU WERE MAN ENOUGH, YOU WOULD HAVE
PULLED ME OUT OF THE REC YARD YOURSELF." OFFENDER BEATTY WAS ORDERED BY (OFFICER
ROCHA) TO STOP THROWING THE BALL AT THE REC YARD WINDOWS AND SAID OFFENDER
FAILED TO OBEY THE ORDER.


CHARGING OFFICER: ROCHA, L. COIII                       SHIFT/CARD: 1 1
### OFFENDER NOTIFICATION    IF APPLICABLE INTERPRETER,
TIME & DATE NOTIFIED: 0628 a.m. 11/500 BY:(PRINT) C. Boehning CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES / NO  IF NO, HOW DO YOU
PLEAD? GUILTY / NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X _____ DATE: 11500
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X                              DATE: 11500

### HEARING INFORMATION
HEARING DATE: 11-27-00  TIME: 0905 A  TAPE# 2118  SIDE# A  START# 156  END# 203
TAPE#        SIDE#   START#        END#
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
24 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF INTERPRETER USED:(SIGNATURE_____);

CS Boehning

| OFFENSE CODES: | 04,0  25,0 | | |
|---|---|---|---|
| OFFENDER PLEA: (S, NG, NONE) | None | None | |
| FINDINGS: (G), NG, DS) | G | | |

REDUCED TO MINOR(PRIOR TO DOCKET)____ (DOCKET)____ (HEARING)____  BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: I-210 Did not refute Admitted to making a statement toward directed toward off Rocha

### PUNISHMENT
| LOSS OF PRIV(DAYS) | REPRIMAND................ | SOLITARY(DAYS)........ |
|---|---|---|
| *RECREATION(DAYS) 15 | EXTRA DUTY(HOURS)........ | REMAIN LINE 3..... R.23 |
| *COMMISSARY(DAYS) 15 | CONT.VISIT SUSP THRU __/__/__ | REDUC.CLASS FROM ___ TO ___ |
| *PROPERTY(DAYS)..___ | CELL RESTR(DAYS).____ | GOOD TIME LOST(DAYS)____ |
| *_____(DAYS)..___ | SPECIAL CELL RESTR(DAYS).___ | DAMAGES/FORFEIT.$_____ |

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:_____ DEC 0 6 2001

Nature of the offense Discy Hg To discourage such acts as type behavior is not tolerated
DID FOR PRE-HEARING DETENTION TIME? YES(DAYS)___ NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____  HEARING LENGTH 7  (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Handcuffed
Capt McCoy                     Major Paul Ohlmen
HEARING OFFICER (PRINT)       WARDEN            STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 06-98) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

TDCJ D. SIBILIARY REPORT AND HEARI RECORD

CASE: 20030068379 TDCJNO: 00485951 NAME: BEATTY,TRACY LANE                    EA: 12/9
UNIT: BC  HSNG: 12DB1   18      JOB: UNASGN MENTAL HEALTH PAMIO      IQ: 100
CLASS: L2  CUST: MH  PRIMARY LANGUAGE: ENGLISH       MHMR RESTRICTIONS:       YES
GRADE: MA / FDP  OFF.DATE: 11/04/02  01:40 PM  LOCATION: BC 12 BLDG D POD B SECT
T   ID

## OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 12-DB-18, OFFENDER:  BEATTY,TRACY LANE
, TDCJ-ID NO. 00485951, WAS ORDERED BY (OFFICER J. GUTIERREZ) TO  STOP BEATING
AND BANGING ON HIS CELL DOOR AND SAID OFFENDER FAILED TO OBEY THE ORDER.

4O s/phone - △ was beating on cell door. I ordered him to stop. He
did not stop beating on the door.

CHARGING OFFICER: GUTIERREZ, J. COIII  34385        SHIFT/CARD  1 2
### OFFENDER NOTIFICATION    IA APPLICABLE INTERPRETER,
TIME & DATE NOTIFIED 5:40AM  11/07/02    BY:(PRINT)  G Petschess
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY (NOT GUILTY)
OFFENDER NOTIFICATION SIGNATURE: Tracy LaneBeaty      DATE: 11/07/02
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: K.McCase Beatt    DATE: 11/07/01
   11-12-02    OO HEARING INFORMATION
HEARING DATE: 1-8-02   TIME: 06:24AM   TAPE# 2470   SIDE# B  START# 106   END# 157
COUNSEL SUBSTITUTE AT HEARING:  √  TAPE# 2470   SIDE# A  START# 221   END# 283
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
7 HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING. (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM  THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) Recessed hearing unable to contact CP  11-8-02 (06:35AM)
(3) dismissed due to disrespectful behavior stating fuck you, you will do what
CSI Petsch notified CSI Pacheco @ hearing

OFFENSE CODES:                    24.0
OFFENDER PLEA: (G, NG, NONE)      NG
FINDINGS:  (G, NG, DS)            G
REDUCED TO MINOR(PRIOR TO DOCKET)__  (DOCKET)__  (HEARING)__  BY:(INITIAL)__
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL (B) △ states I was trying to get my medication she refused to
let me see a supervisor. I was banging the door.

LOSS OF PRIV(DAYS)           REPRIMAND............._____   SOLITARY(DAYS)___
 *RECREATION(DAYS) 45        EXTRA DUTY(HOURS)........_____ REMAIN LINE 3........___
 *COMMISSARY(DAYS) 45        CONT.VISIT SUSP THRU __/__    REDUC.CLASS FROM L2 TO L3
 *PROPERTY(DAYS)..._____     CELL RESTR(DAYS)........ 45   GOOD TIME LOST(DAYS) 45
 *_____(DAYS)...._____      SPECIAL CELL RESTR(DAYS)___   DAMAGES/FORFEIT.$___
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Nature of Offense
(3) code 24's within 180 day period Disc. Hist. To prevent future
actions of this nature
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) √  NO __ NA __
DATE PLACED IN PRE-HEARING DETENTION: __    HEARING LENGTH: 11 (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Dhandcuffed @ hearing
Capt Moore  ___ McCase   ___ B.Grigani
HEARING OFFICER (PRINT)   WARDEN        STATE CLASS. COMMITTEE MEMBER
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

TDCJ ID  DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20030037978 TDCJNO: 00485951 NAME: BEATTY,TRACY LANE           EA: 12.9
UNIT: BC   HSNG: 12DF1   65        JOB: UNASGN MENTAL HEALTH PAMIO    IQ: 100
CLASS: L2  CUST: MH  PRIMARY LANGUAGE: ENGLISH         MHMR RESTRICTIONS:   YES
GRADE: MA  RJC  OFF.DATE: 10/04/02  06:15 PM  LOCATION: BC 12 BLDG D POD F SECT
    ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 12-D-65 CELL, OFFENDER: BEATTY,TRACY
LANE, TDCJ-ID NO. 00485951, DID  PLACE HIS ARM THROUGH THE FOOD SLOT DOOR ON HIS
CELL WHICH RESULTED IN A SIGNIFICANT DISRUPTION OF OPERATIONS IN THAT SUCH ACT
CAUSED A DELAY IN PASSING NESSECITIES AND SHOWERING OFENDERS ON POD.   OFFENDER
BEATTY WAS ORDERED BY (OFFICER SILVAS COIII) TO PLACE HIS ARM BACK INTO HIS CELL
AND SAID OFFENDER FAILED TO OBEY THE ORDER.

CHARGING OFFICER: SILVAS, R. COIII              SHIFT/CARD: 2 2

### OFFENDER NOTIFICATION IF APPLICABLE INTERPRETER,

TIME & DATE NOTIFIED: 10 08 02  0333 BY:(PRINT) Pacheo CS
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY NG
OFFENDER NOTIFICATION SIGNATURE: Chose CS to Sign         DATE: 10-08-02
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE:_____       DATE:_____

### HEARING INFORMATION

HEARING DATE: 10 09 02 TIME: 1154 AM TAPE# 2663   SIDE#B  START#153  END#299
COUNSEL SUBSTITUTE AT HEARING: C P  TAPE#_____  SIDE#_____ START#____  END#____
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
24 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) N/A   CS & G Petsch Present At Hearing
AO Not Contacted  No Non Frivolous Evidence Present

| OFFENSE CODES: | 23.0 | 24.0 |
|---|---|---|
| OFFENDER PLEA: (G, NG) NONE) | NG | G |
| FINDINGS: ((G), NG, DS) | DS | G |

REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY INITIAL
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: B) FaiO   A) AO refused his shower wanted a pass
to be able to shower alone  him to go to 10 Bldg. AO would not let him
Go He held the slot to get rank.

### PUNISHMENT

| | | |
|---|---|---|
| LOSS OF PRIV(DAYS)____ | REPRIMAND_____ | SOLITARY(DAYS)......_____ |
| *RECREATION(DAYS) 30 | EXTRA DUTY(HOURS)......._ | REMAIN LINE 3.......____ |
| *COMMISSARY(DAYS) 30 | CONT.VISIT SUSP THRU __/__/_ | REDUC.CLASS FROM __ TO __ |
| *PROPERTY(DAYS)..____ | CELL RESTR(DAYS)......30 | GOOD TIME LOST(DAYS) 5 |
| *_____(DAYS)..____ | SPECIAL CELL RESTR(DAYS).___ | DAMAGES/FORFEIT.$_____ |

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
NO offenses past 80 Days To Discourage Repeat

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____  NO / NA
DATE PLACED IN PRE-HEARING DETENTION:_____  HEARING LENGTH  4  (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: A  in Hand restraints
___ TDHS dept ___    Mack Clem           STATE CLASS COMMITTEE MEMBER
HEARING OFFICER (PRINT)   WARDEN
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

## TDCJ   DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20000350791 TDCJNO: 00485951 NAME: BEATTY,TRACY LANE                EA: 12/9
UNIT: BC    HSNG: 12CA1   03        JOB: UNASGN MENTAL HEALTH PAMIO        IQ: 100
CLASS: L3  CUST: MH   PRIMARY LANGUAGE: ENGLISH          MHMR RESTRICTIONS: YES
GRADE: MA / JHO  OFF.DATE: 07/23/00  02:47 AM   LOCATION: BC 12 BLDG C POD A SECT
ION: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 12-CA-03, OFFENDER:  BEATTY,TRACY
LANE, TDCJ-ID NO. 00485951, THREATENED TO INFLICT HARM ON (COIII COLLEY) IN THAT
SAID OFFENDER STATED: "I'LL ROLL THIS MOTHERFUCKING DOOR AND BUST YOU IN YOUR
BITCH-ASS MOUTH." OFFENDER BEATTY WAS ORDERED BY (OFFICER COLLEY) TO STOP YELL-
ING FROM THE CELL AND SAID OFFENDER FAILED TO OBEY THE ORDER.

CHARGING OFFICER: COLLEY, COIII PS                      SHIFT/CARD: 3 1

### DEFENDER NOTIFICATION      IF APPLICABLE INTERPRETER,
TIME & DATE NOTIFIED: 0615am 072800 BY:(PRINT) C. Boehning  CS I
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE X _____           DATE: 072800
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: _____               DATE: _____

### HEARING INFORMATION
HEARING DATE: 7-31-00  TIME: 630 A  TAPE# 2077  SIDE# B  START# 000  END# 116
                                    TAPE# 2077  SIDE# ___  START# ___  END# ___
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF INTERPRETER USED:(SIGNATURE _____ );

CS Boehning present

| OFFENSE CODES: | 104.0 | 24.0 | | | |
|---|---|---|---|---|---|
| OFFENDER PLEA: (G, NG, NONE) | NG | NG | | | |
| FINDINGS: (G, NG, DS) | G | DS | | | |

REDUCED TO MINOR(PRIOR TO DOCKET) ___ (DOCKET) ___ (HEARING) ___  BY:(INITIAL) ___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:
I-210 officer testimony @ hearing admission that he made the statement
"If you roll this door I'll beat your ass"

### PUNISHMENT

| LOSS OF PRIV(DAYS) ___ | REPRIMAND, ___ | SOLITARY(DAYS)......... ___ |
|---|---|---|
| *RECREATION(DAYS) 15 | EXTRA DUTY(HOURS), ___ | REMAIN LINE 3 ...... 45 |
| *COMMISSARY(DAYS) 15 | CONT.VISIT SUSP THRU __/__/__ | REDUC.CLASS FROM ___ TO ___ |
| *PROPERTY(DAYS)... ___ | CELL RESTR(DAYS) ........ 15 | GOOD TIME LOST(DAYS) .30 |
| *_____(DAYS)... ___ | SPECIAL CELL RESTR(DAYS), ___ | DAMAGES/FORFEIT.$ ___ |

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: ___
...ture of the offense  Disc by Tp discourage this act
his type behavior is not tolerated.                      AUG 15 2000
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ___   NO   NA
DATE PLACED IN PRE-HEARING DETENTION: ___   HEARING LENGTH  7  (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: Handcuffed

eff X. McCoy          Martin Dhh
HEARING OFFICER (PRINT)   WARDEN              STATE CLASS COMMITTEE MEMBER
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

## TDCJ DISCIPLINARY REPORT AND HEARING RECORD

CASE: 20000247921  TDCJNO: 00485951  NAME: BEATTY,TRACY LANE                EA: 12.F
UNIT: BC  HSNG: 12CC1   31        JOB: UNASGN MENTAL HEALTH PAMIO        IQ: 100
CLASS: L2  CUST: MH  PRIMARY LANGUAGE: ENGLISH        MHMR RESTRICTIONS:    YES
GRADE: MA / CRE  OFF.DATE: 04/16/00   12:30 PM  LOCATION: BC 12 BLDG C POD C SECT
T  ; ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT 12-CC-31, OFFENDER: BEATTY,TRACY
LANE, TDCJ-ID NO. 00485951, ATTEMPTED TO ASSAULT (OFFICER A. PARKER) BY REACHING
OUT OF HIS FOOD SLOT AND ATTEMPTING TO GRAB SAID OFFICER.  OFFENDER BEATTY WAS
ORDERED BY (OFFICER A. PARKER) TO PULL HIS HANDS BACK INTO HIS FOOD SLOT AND
SAID OFFENDER FAILED TO OBEY THE ORDER.

CHARGING OFFICER: PARKER, A. COIII PS 12 Ond          SHIFT/CARD: 1 F

### OFFENDER NOTIFICATION             IF APPLICABLE INTERPRETER,

TIME & DATE NOTIFIED: 04-20-00   0852Am BY:(PRINT) CoNuoda CS1
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X Tracy Lane Beatty      DATE: 04-20-00
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X Tracy Lane Beatty           DATE: 04-20-00

### HEARING INFORMATION

HEARING DATE: 04-24-00 TIME: 07:20 Am TAPE# 0099   SIDE# A  START# 310  END# 350
TAPE#_____     SIDE#_____  START#_____    END#_____
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
24 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF INTERPRETER USED:(SIGNATURE_____):
CS Stewart present at the hearing.

OFFENSE CODES:              |03.0    |          |          |          |
OFFENDER PLEA: (G) (NG, NONE) | NG     |          |          |          |
FINDINGS: (G) NG, (DG)      | DG     | DG       |          |          |
REDUCED TO MINOR(PRIOR TO DOCKET)____ (DOCKET)____ (HEARING)____  BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: Officer's Field + Officer's Statement at the hearing.

### PUNISHMENT

LOSS OF PRIV(DAYS)____    REPRIMAND............    SOLITARY(DAYS)........____
*RECREATION(DAYS) 15      EXTRA DUTY(HOURS)....____ REMAIN LINE 3....____ S4
*COMMISSARY(DAYS) 15      CONT.VISIT SUSP THRU  /__/__  REDUC.CLASS FROM L2 TO L3
*PROPERTY(DAYS)..____     CELL RESTR(DAYS).........15  GOOD TIME LOST(DAYS)..____
*____(DAYS)..____         SPECIAL CELL RESTR(DAYS)____  DAMAGES/FORFEIT.$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: Seriousness of
the offense + This type of behavior will not be tolerated + lack
of Disc history was taken into account.

**MAY 0 9 2000**

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ / NO / NA
DATE PLACED IN PRE-HEARING DETENTION:____  HEARING LENGTH  8  MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT:____

_____          _____          _____
HEARING OFFICER (PRINT)    WARDEN          STATE CLASS.COMMITTEE MEMBER
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

TDCJ DIS  PLINARY REPORT AND HEARIN' RECORD

CASE: 20030079227 TDCJNO: 00485951 NAME: BEATTY,TRACY LANE                    EA: 12.9
UNIT: BC  HSNG: 12TB1   18        JOB: UNASGN MENTAL HEALTH PAMIO            IQ: 100
CLASS: L2  CUST: MH  PRIMARY LANGUAGE: ENGLISH          MHMR RESTRICTIONS: OK YES
GRADE: MA / FDP  OFF.DATE: 11/17/02  08:15 AM  LOCATION: BC 12 BLDG D POD B SECT
E: ID

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT THE DOOR OF CELL 18, OFFENDER:  BEATTY
,TRACY LANE, TDCJ-ID NO. 00485951, WAS ORDERED BY (LT KEMPH) TO COME TO THE DOOR
AND HAVE THE HAND RESTRAINTS REMOVED AND SAID OFFENDER FAILED TO OBEY THE ORDER
.  OFFENDER BEATTY MADE THE FOLLOWING STATEMENT:  (YOU DON'T HAVE THE RIGHT TO
DO THAT, GET YOUR MOTHERFUCKING RED HEADED BITCH ASS AWAY FROM MY DOOR) IN THE
PRESENCE OF (OFFICER J. WHITE) AND/OR DIRECTED AT (LT KEMPH).


CHARGING OFFICER: WHITE, J. COII              SHIFT/CARD: 1 1
### OFFENDER NOTIFICATION   IF APPLICABLE INTERPRETER,
TIME & DATE NOTIFIED: 0340   11-19-02  BY: (PRINT) C Baker CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES (NO)  IF NO, HOW DO YOU
PLEAD? (GUILTY) NOT GUILTY
OFFENDER NOTIFICATION SIGNATURE: X                    DATE: 11-19-02
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
OFFENDER WAIVER SIGNATURE: X                       DATE: 11-19-02
### HEARING INFORMATION
HEARING DATE: 11-19-02 TIME: 07:24 AM TAPE# 2477   SIDE# A START# 167 END# 215
COUNSEL SUBSTITUTE AT HEARING: WG TAPE#       SIDE#     START#       END#
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
RING, (2)IF ACCUSED OFFENDER WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE) (3) ∆ chose not to attend (See (S-14)
  CSI Baker notified ∆ CSI Ging @ hearing

| OFFENSE CODES: | 24.0 | 42.0 | | |
|---|---|---|---|---|
| OFFENDER PLEA: (G, NG, NONE) | NG | NG | | |
| FINDINGS:  (G, NG, DS) | G | G | | |

REDUCED TO MINOR(PRIOR TO DOCKET)___  (DOCKET)___ (HEARING)___ BY: (INITIALS)
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER
EXPLAIN IN DETAIL: (B) (A) ∆ plead guilty @ notification, ∆ did not
charges

### PUNISHMENT

| | | |
|---|---|---|
| LOSS OF PRIV(DAYS)_____ | REPRIMAND,........ | SOLITARY(DAYS)........ |
| *RECREATION(DAYS) 45 | EXTRA DUTY(HOURS),...... | REMAIN LINE 3..... RL3 |
| *COMMISSARY(DAYS) 45 | CONT.VISIT SUSP THRU __/__/__ | REDUC.CLASS FROM 22 TO L3 |
| *PROPERTY(DAYS)..45 | CELL RESTR(DAYS),..... 45 | GOOD TIME LOST(DAYS)....... |
| *_____(DAYS)... | SPECIAL CELL RESTR(DAYS)_____ | DAMAGES/FORFEIT.$_____ |

SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: nature of offense
current Disc Hist,  To prevent future occurrences of
his nature
CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) N/A NO (NA)
DATE PLACED IN PRE-HEARING DETENTION: __/__/__ HEARING LENGTH 5  (MINUTES)
OFFENDER SIGNATURE FOR RECEIPT OF FINAL REPORT: ∆ chose not to attend
Capt Moore   Maj J Palma
HEARING OFFICER (PRINT)    WARDEN           STATE CLASS. COMMITTEE MEMBER
(FORM I-47MA)CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.

## TDCJ-ID DISCIPLINARY REPORT AND HEARING

CASE: 970389942 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE      EA: 12.9
UNIT: DA  HSNG: SOL  06      JOB: UNASSGN DISCP      IQ: 100
LASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES
GRADE: MA / JS  OFF.DATE: 08/15/97  10:50 AM  LOCATION: DA DISCP CAPT'S OFFICE

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE DISCIPLINARY CAPTAIN'S OFFICE, INMATE
BEATTY,TRACY LANE, TDCJ-ID NO. 485951, THREATENED TO INFLICT HARM ON CAPT.
GARCIA IN THAT SAID INMATE STATED: "I WILL BEAT YOUR BITCH ASS.".

CHARGING OFFICER: GARCIA, E. CAPT.      SHIFT/CARD: 1 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 8:20AM 8/30/97      BY:(PRINT) Ross CSIII
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT BY THI
NOTICE.  INMATE NOTIFICATION SIGNATURE: refused to sign      DATE: 8/30/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____      DATE: _____

### HEARING INFORMATION

HEARING DATE: 8-26-97 TIME: 9:55 AM TAPE# 3589  SIDE# A  START# 418 END# 467
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDEN
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. _____
_____ N/A _____

| OFFENSE CODES: | 04.0 | | | | 5.31 2009 |
|---|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | None | | | | |
| FINDINGS:  (G, NG, DS) | G | | | | |

REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___ BY:(INITIAL)____
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL: D) Inmate statement at time of service / no con Reporting
evidence

HEARING LENGTH: 6 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS) _____     REPRIMAND............     SOLITARY(DAYS)..... ✓
  *RECREATION(DAYS) 30      EXTRA DUTY(HOURS)...     REMAIN LINE 3........ ✓
  *COMMISSARY(DAYS) 30      CONT.VISIT SUSP THRU __/__/__     REDUC.CLASS FROM ___ TO
  *PROPERTY(DAYS).. __      CELL RESTR(DAYS)........     GOOD TIME LOST(DAYS) ✓
  * _____(DAYS).. __      SPECIAL CELL RESTR(DAYS)..     DAMAGES.........$____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
Disc history _____
2nd staff assault 180 days _____      SEP 04 1997

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)____ NO / NA
DATE PLACED IN PRE-HEARING DETENTION: _____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: _____

Cpt DeLeon      J.Sharp
HEARING OFFICER (PRINT)      WARDEN      STATE CLASS COMMITTEE MEM
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FO

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 970403375  TDCJ-ID#: 485951  NAME: BEATTY,TRACY LANE        EA: 12.9
UNIT: DA  HSNG: SOL  06     JOB: UNASSGN DISCP                    IN: 100
CLASS: L3  CUST: ME  PRIMARY LANGUAGE: ENGLISH    MHMR RESTRICTIONS: YES
GRADE: MA / NA    OFF.DATE: 08/27/97  10:15 PM  LOCATION: DA PUNITIVE SEGREGATI

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT SOLITARY #6, INMATE BEATTY,TRACY LANE,
TDCJ-ID NO. 485951, THREATENED TO INFLICT HARM ON OFFICER DAWODU IN THAT
SAID INMATE STATED: "I WILL KICK YOUR ASS WHENEVER I COME OUT OF HERE,
YOU MOTHER FUCKER LIE ON ME, WHENEVER I SEE YOU I WILL TAKE CARE OF YOU.".


CHARGING OFFICER: DAWODU, T, CO III              SHIFT/CARD: 3 A

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 11:11am    8/29/97  BY:(PRINT) C. Tedrick CSI
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THI
NOTICE.  INMATE NOTIFICATION SIGNATURE: Tracy Lane Beatty    DATE: 8/29/9
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____    DATE: _____

### HEARING INFORMATION

HEARING DATE: 9-4-97  TIME: 1:20 AM  TAPE# 35-97  SIDE# A  START# 000  END# 106
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDEN
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING. N/A
Inmate was removed from hearing due to belligent
behavior

OFFENSE CODES:        | 04.0 |      |      |      |      |
INMATE PLEA: (G, NG, NONE) | NG |      |      |      |      |
FINDINGS: (G, NG, DS) | G |      |      |      |      |
REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___  BY:(INITIAL) ___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL: B, C-Charging Officer

HEARING LENGTH: 10 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)___    REPRIMAND.............. ___    SOLITARY(DAYS)........ 15
 *RECREATION(DAYS) 30    EXTRA DUTY(HOURS)....... ___   REMAIN LINE 3.......... ✓
 *COMMISSARY(DAYS) 30    CONT.VISIT SUSP THRU __/__/__   REDUC.CLASS FROM ___ TO
 *PROPERTY(DAYS).. ___   CELL RESTR(DAYS)....... ___    GOOD TIME LOST(DAYS) 90
 *_____(DAYS).. ___    SPECIAL CELL RESTR(DAYS).. ___  DAMAGES.........$ ___
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED: _____
third SA in 180 days
1 code 04
1 code 03                                                SEP 24 1997

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS) ___  NO / 45
DATE PLACED IN PRE-HEARING DETENTION: _____
INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Absent copy
Cpt. McDaniel        J. Sharp
HEARING OFFICER (PRINT)    WARDEN            STATE CLASS COMMITTEE MEMB
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FOR
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FOR

## TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD

CASE: 980036741 TDCJ-ID#: 485951 NAME: BEATTY,TRACY LANE      DA: 12.9
UNIT: DA   HSNG: E-1   11      JOB: U/A TR PENDING TRANSFER      IQ: 100
CLASS: L3  CUST: CC  PRIMARY LANGUAGE: ENGLISH      MHMR RESTRICTIONS: YES/
GRADE: MA / CM   OFF.DATE: 09/28/97  02:40 PM  LOCATION: DA INFIRMARY

### OFFENSE DESCRIPTION

ON THE DATE AND TIME ABOVE, AND AT THE INFIRMARY PILL WINDOW, INMATE BEATTY,
TRACY LANE, TDCJ-ID NO. 485951, DID SOLICIT ASSISTANCE FROM ASHER,M., C.M.A.
TO VIOLATE A TDCJ-ID EMPLOYEE RULE (INMATE/CLIENT RELATIONSHIP ASSOCIATION
OR COORESPONDENCE), IN THAT SAID INMATE WROTE A LETTER TO MS. ASHER,

CHARGING OFFICER: ASHER, M. CMA                     SHIFT/CARD: 2 H

### INMATE NOTIFICATION

TIME & DATE NOTIFIED: 10:25AM 9/30/97 BY:(PRINT) C. Dedrick CST
YOU WILL APPEAR BEFORE A HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE.  INMATE NOTIFICATION SIGNATURE: X Tracy Braly       DATE: 9/30/97
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
INMATE WAIVER SIGNATURE: _____      DATE:_____

### HEARING INFORMATION

HEARING DATE: 10-1-97 TIME: 1346 TAPE# 3598  SIDE# A  START# 261 END# 308
EXPLAIN BELOW BY NUMBER: (1)IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART OF
HEARING, (2)IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
HOURS PRIOR TO HEARING, (3)IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE EVIDENCE
STAGE, (4)IF ANY WITNESSES OR (5)DOCUMENTATION WAS EXCLUDED FROM HEARING, AND
(6)IF INMATE WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A WITNESS AT
THE HEARING,_____
_____
_____

| OFFENSE CODES: | 30.0 | | | — | |
|---|---|---|---|---|---|
| INMATE PLEA: (G, NG, NONE) | NG | | | | |
| FINDINGS: (G, NG, DS) | G | | | | |

REDUCED TO MINOR(PRIOR TO DOCKET)___ (DOCKET)___ (HEARING)___   BY:(INITIAL)___
IF GUILTY, EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER,
EXPLAIN IN DETAIL: Admission of Guilt officers report
Evidence (copy of letter)
HEARING LENGTH: 7 (MINUTES)

### PUNISHMENT

LOSS OF PRIV(DAYS)_____   REPRIMAND.............   SOLITARY(DAYS)........
 *RECREATION(DAYS)_____   EXTRA DUTY(HOURS).......   REMAIN LINE 3........
 *COMMISSARY(DAYS)_____   CONT.VISIT SUSP THRU __/__/   REDUC.CLASS FROM ___ TO ___
 *PROPERTY(DAYS)..._____   CELL RESTR(DAYS).......   GOOD TIME LOST(DAYS)√ 19
 *_____(DAYS)..._____   SPECIAL CELL RESTR(DAYS)._____   DAMAGES........$_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:
To deter future offenses of this nature.  OCT 14 1997

CREDIT FOR PRE-HEARING DETENTION TIME? YES(DAYS)_____   NO /(NO)
DATE PLACED IN PRE-HEARING DETENTION: N/A   INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: Handasped f
Capt K Guidry      Not
HEARING OFFICER (PRINT)   WARDEN               STATE CLASS COMMITTEE MEMBER
(FORM I-47MA)CONTACT YOUR CORRECTIONAL COUNS IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 03-90) COMUNIQUESE CON SU CONSEJERO CORRECCIONAL SI NO ENTIENDE ESTA FOR

*I-0262-03 90*

*EMERGENCY ACTION CENTER   3/9/18*
*RECEIVED   2116   DATE*
*UNIT   MI   REC. BY*
*CROSS   UOF#*
*REFERENCE INCIDENT#*
*CUSTODY CODE:*

*Staff Assault*

CONFIDENTIAL

T. D. C. J.   —   I N S T I T U T I O N A L   D I V I S I O N
                    MESSAGE SYSTEM                    PAGE   1 OF   1
*——————————FORWARD MESSAGE TO——————————*
RECEIVING DEST: EAC1 EMERGENCY ACTION CENTER      DATE/TIME SENT: 03/09/90   21:16
RECEIVING SEQ# 0427                               SENDING CRT# MI21     MSG# 1893

ATTN: EAC1
      HUNTSVILLE

   RE:  I-0262-03-90

ON 3/9/90 AT APPROXIMATELY 1725 HOURS OFFICER CHAMBERS, MICHAEL COIII WAS
COUNSELING INMATE BEATTY, TRACY #485951 ABOUT GETTING A HAIRCUT.  INMATE
BEATTY BECAME BELLIGERANT AND ARGUMENTATIVE.  OFFICER CHAMBERS ORDERED THE
INMATE TO GO GET A HAIRCUT.  INMATE BEATTY STATED HE WOULD.  AS OFFICER
CHAMBERS WAS WALKING AWAY. INMATE BEATTY STRUCK OFFICER CHAMBERS IN THE
NOSE.  A MUOF WAS NECESSARY TO GAIN CONTROL OF THE INMATE.

*Beatty, Tracy   #485951   W/M   29 CC*
*Chambers, Michael   SS# 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   W/M   24 CO3*

END OF MESSAGE

CONFIDENTIAL

*181*

```
TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD
920107506                   C261        BEATTY, TRACY LANE           000
WRIT DU  TDCJ  UNASGN                    UNASSIGNED-TF      NT             YES/NO
                                         ENGLISH
      MA    JUW              03 02 92  12 30 PM           DU RECEIVING PROCESS PM
```

### OFFENSE DESCRIPTION
ON THE DATE AND TIME ABOVE, AND AT RECEIVING DEPT.. INMATE BEATTY,TRACY LANE.
TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT  'I'VE BEEN LAYING AROUND THE
COUNTY JAIL WITH THIS RASH, I WANT TO GO TO THE FUCKING HOSPITAL.  FUCK YOU, I
AIN'T SIGNING ANYTHING', DIRECTED TO ME, DAVID MERRELL, EMT-SS.

CHARGING OFFICER  MERRELL, DAVID

### INMATE NOTIFICATION
TIME & DATE NOTIFIED: 03/04/92   12:40am   BY (PRINT) Oates   C52
YOU WILL APPEAR BEFORE _____  DATE _____
OFFICER.  INMATE NOTIFICATION SIGNATURE _____
BY SIGNING BELOW, YOU _____
HEARING OFFICER TO ENTER THE _____
INMATE WAIVER SIGNATURE  X Tracy Lane Beatty _____  DATE 03/04/92

### HEARING INFORMATION
HEARING DATE 3/1/92       120pm   12.3       B        154      184

FENSE CODES                 42.0
MATE PLEA                    NG

And Merrell statement at the hearing

                              5

### PUNISHMENT
LOSS OF PRIV(DAYS)      REPRIMAND              SOLITARY(DAYS)
                       EXTRA DUTY HOURS        REMAIN IN THE T
                                                               54 DAYS

a total disregard for the rules + (offence record)

                         K'd & refused to sign.

KR Wheat
(FORM I-47MA)
(REV. 03-90)

TDCJ-ID DISCIPLINARY REPORT AND HEARING RECORD
920107506            BEATTY, TRACY LA
WRIT   DU   UNASGN   UNASSIGNED-TF   NT         000
                     ENGLISH                    YES/NO
MA    JWW        03 09 92   12 30 PM   DU RECEIVING PROCESS RM

OFFENSE DESCRIPTION
ON THE DATE AND TIME ABOVE, AND AT RECEIVING DEPT.. INMATE BEATTY, TRACY LANE,
TDCJ-ID NO. 485951, MADE THE FOLLOWING STATEMENT  "I'VE BEEN LAYING AROUND THE
COUNTY JAIL WITH THIS RASH, I WANT TO GO TO THE FUCKING HOSPITAL.  FUCK YOU, I
AIN'T SIGNING ANYTHING", DIRECTED TO ME, DAVID MERRELL, EMT-SS.

CHARGING OFFICER   MERRELL, DAVID
                           INMATE NOTIFICATION
TIME & DATE NOTIFIED: 03/04/12   12:40 am   BY (PRINT)  Oates  CSI
YOU WILL APPEAR BEFORE                                      DATE
OFFICE   INMATE NOTIFICATION SIGNATURE
BY SIGNING BELOW, YOU WILL
HEARING OFFICER TO SCHEDULE
INMATE WAIVER SIGNATURE  X  Tracy Lane Beatty        DATE  03/04/12
                           HEARING INFORMATION               B    154    184
HEARING TIME  3/1/92         1:10 pm   15   3

OFFENSE CODES          42.0
PLEA                   NG

                      No minutes statement at its hearing

                  5

                        PUNISHMENT
LOSS OF PRIV (DAYS)    REPRIMAND              SOLITARY (DAYS)

                   a total disregard for his rules

                        He refused to sign

BR Wheat
(FORM I-47MA)
(REV. 03-90)

14

1                          CAUSE NO. 241-0978-04

2    THE STATE OF TEXAS            *        IN THE DISTRICT COURT
     VERSUS                        *        SMITH COUNTY, TEXAS
3    TRACY BEATTY                  *        241ST JUDICIAL DISTRICT

4         We, STEVE R. AWBREY, CSR, Official Court Reporter, and

5    KIM CHRISTOPHER, CSR, RPR, Deputy Official Court Reporter in

6    and for the 241st Judicial District Court of Smith County,

7    Texas, do hereby certify that the following exhibits

8    constitute true and complete duplicates of the original

9    exhibits, excluding physical evidence, offered into evidence

10   during the Pretrial, Jury Selection, Trial on the Merits,

11   and Punishment Phase in the above numbered cause as set out

12   herein before the HONORABLE JACK SKEEN, JR., Judge of the

13   241st Judicial District Court of Smith County, Texas, and a

14   jury trial beginning July 8, 2004.

15        I further certify that the total cost for the

16   preparation of this Reporter's Record is $_____ and

17   will be paid by Smith County.

18        WITNESS MY OFFICIAL HAND on this, the 6 day of

19   _April_____, 2005.

20

21   KIM CHRISTOPHER, CSR, RPR        STEVE R. AWBREY, CSR
     Texas CSR Number 4219           Texas CSR Number 3940
22   Expiration date: 12-31-06       Expiration date: 12-31-05
     Deputy Official Reporter        Deputy Official Reporter
23   241st Judicial District Court   241st Judicial District Court
     Smith County, Texas             Smith County, Texas
24   100 North Broadway, Room 304    100 North Broadway, Room 221
     Tyler, Texas  75702             Tyler, Texas  75702
25   Telephone:  (903) 535-0575      Telephone:  (903) 535-0603

                        STEVE R. AWBREY, CSR
                   241ST JUDICIAL DISTRICT COURT
                      SMITH COUNTY, TEXAS